# EXHIBIT A

## Case Information

21-CIV-05055 | DR. ANDREW FORREST, vs. FACEBOOK, INC., a Delaware Corporation, et al

Case Number
21-CIV-05055

File Date
09/17/2021

Court
Civil Unlimited

Case Type
(35) Unlimited Other non-PI/PD/WD Tort

Judicial Officer
Foiles, Robert D

Case Status
Active

## Party

Plaintiff
FORREST,, DR. ANDREW

Active Attorneys ▼
Lead Attorney
KLEIN, BRIAN E
Retained

Attorney
NUNO, JOSE R.
Retained

Attorney
PEPPERMAN, DONALD R.
Retained

Defendant
FACEBOOK, INC., a Delaware Corporation

Active Attorneys ▼
Lead Attorney
HEATH, JACOB M.
Retained

Attorney
GUERRA, DANIEL S.
Retained

Defendant
DOES 1 THROUGH 20, INCLUSIVE

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|---|---|---|---|---|
| 09/17/2021 | Complaint | Action | FORREST,, DR. ANDREW | FACEBOOK, INC., a Delaware Corporation DOES 1 THROUGH 20, INCLUSIVE |

## Events and Hearings

09/17/2021 New Filed Case

09/17/2021 Complaint ▼

Complaint

09/17/2021 Civil Case Cover Sheet ▼

Civil Case Cover Sheet

09/17/2021 Summons Issued / Filed ▼

Summons Issued / Filed

| | |
|---|---|
| 09/17/2021 Notice of Assignment for All Purposes ▼ | |
| Notice of Assignment for All Purposes | |

09/17/2021 Cause Of Action ▼

| Action | File Date |
|---|---|
| Complaint | 09/17/2021 |

10/04/2021 Peremptory Challenge Pursuant to CCP 170.6 Against ▼

Peremptory Challenge Pursuant to CCP 170.6 Against Judicial OfficerFWD TO DEPT. 1 & COPY FWD TO DEP

| Judicial Officer | Comment |
|---|---|
| Swope, V. Raymond | Judicial Officer FWD TO DEPT. 1 & COPY FWD TO DEPT. 23 |

10/08/2021 Order ▼

Order Type: CCP 170.6Signed by: JUDGE DAVISDate Signed: 10/6/21

Comment
Type: CCP 170.6 Signed by: JUDGE DAVIS Date Signed: 10/6/21

10/08/2021 Notice of Reassignment for All Purposes ▼

Notice of Reassignment for All Purposes

10/14/2021 Proof of Service by PERSONAL SERVICE of ▼

Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF ASSIG

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF ASSIGNMENT FOR ALL PURPOSES (CIVIL), NOTICE OF CASE MANAGEMENT CONFERENCE, APPROPRIATE DISPUTE RESOLUTION INFORMATION SHEET, ADR STIPULATION AND EVALUATION INSTRUCTIONS, STIPULATION AND ORDER TO APPROPRIATE DISPUTE RESOLUTION, CASE MANAGEMENT STATEMENT (BLANK), PLAINTIFF DR. ANDREW FORREST'S PREEMPTORY CHALLENGE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 170.6, AND DECLARATION OF DONALD R. PEPPERMAN IN SUPPORT THEREOF SERVED TO: KOY SAECHO/ AGENT/ CSC LAWYERS INC. REGISTERED AGENT

10/27/2021 Stipulation & Order ▼

Stipulation & Order Type: JOINT STIPULATION AND ORDER TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO

Comment
Type: JOINT STIPULATION AND ORDER TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO COMPLAINT Signed by: JUDGE FOILES Date Signed: 10/27/2021

11/12/2021 First Amended Complaint ▾

First Amended Complaint

12/03/2021 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of JOINT STIPULATION TO EXTEND FACEBOOK INC.'S TIME TO RESPOND TO AMEN

Comment
JOINT STIPULATION TO EXTEND FACEBOOK INC.'S TIME TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER

12/06/2021 Stipulation & Order ▾

Stipulation & Order

Comment
Type: JOINT STIPULATION TO EXTEND FACEBOOK INC.'S TIME TO RESPOND TO AMENDED COMPLAINT ORDER Signed by: JUDGE FOILES Date Signed: 12/06/2021 COPY MAILED TO DEFENDANT'S ATTORNEY ON 12/07/2021

12/16/2021 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of JOINT STIPULATION TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO AME

Comment
JOINT STIPULATION TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER

12/22/2021 Substitution of Attorney as to ▾

Substitution of Attorney as to Former Attorney: MATAN SHACHAMNew Attorney: JACOB M. HEATH

Comment
Former Attorney: MATAN SHACHAM New Attorney: JACOB M. HEATH

01/03/2022 Case Management Statement ▾

Case Management Statement

01/04/2022 Notice of Case Management Conference ▾

Notice of Case Management Conference Case Management Conference - 1/18/2022 at 10:00 a.m.

Comment
Case Management Conference - 1/18/2022 at 10:00 a.m.

01/04/2022 Notice of Posting Jury Fees ▾

Notice of Posting Jury Fees

### 01/07/2022 Stipulation & Order

Stipulation & Order Type: TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO AMENDED COMPLAINTSigned by:

**Comment**

Type: TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO AMENDED COMPLAINT Signed by: JUDGE FOILES Date Signed: 1/07/2022 COPY MAILED TO DEENDANT'S ATTORNEY ON 1/10/2022

### 01/18/2022 Case Management Conference

**Original Type**
Case Management Conference

~CIV Minute Order - Case Management Conference 01/18/2022

**Judicial Officer**
Halperin, Ernst A.

**Hearing Time**
10:00 AM

**Result**
Held

**Parties Present**
Defendant

   Attorney: HEATH, JACOB M.

### 01/18/2022 Party appeared by audio and/or video

**Comment**
& Attorneys Donald Pepperman and Jose Nuno for Plaintiff

### 01/18/2022 Notice of Case Management Conference

Notice of Case Management Conference Case Management Conference - 5/25/2022 at 9:00 a.m.

**Comment**
Case Management Conference - 5/25/2022 at 9:00 a.m.

### 01/18/2022 Demurrer to Amended Complaint

Demurrer to Amended Complaint TO PLAINTIFF S AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES

**Comment**
TO PLAINTIFF S AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

### 01/18/2022 Request for Judicial Notice

Request for Judicial Notice IN SUPPORT OF ITS DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Comment
IN SUPPORT OF ITS DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

01/31/2022 Proposed Order Received ▾

Proposed Order Received PARTIES' STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'

Comment
PARTIES' STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S DEMURRER; HARDCOPY SIGNED.

02/08/2022 Stipulation & Order ▾

Stipulation & Order Type: TO SET BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S DEMURRERSigned b

Comment
Type: TO SET BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S DEMURRER Signed by: JUDGE FOILES Date Signed: 2/7/2022

02/22/2022 Memorandum of Points and Authorities in Opposition ▾

Memorandum of Points and Authorities in Opposition TO FACEBOOK, INC'S REQUEST FOR JUDICIAL NOTICE IN

Comment
TO FACEBOOK, INC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEMURRER

02/22/2022 Memorandum of Points and Authorities in Opposition ▾

Memorandum of Points and Authorities in Opposition TO FACEBOOK, INC'S DEMURRER TO FIRST AMENDED COMP

Comment
TO FACEBOOK, INC'S DEMURRER TO FIRST AMENDED COMPLAINT

03/08/2022 Memorandum of Points and Authorities in Reply ▾

Memorandum of Points and Authorities in Reply IN SUPPORT OF DEMURRER TO PLAINTIFF S AMENDED COMPLAIN

Comment
IN SUPPORT OF DEMURRER TO PLAINTIFF S AMENDED COMPLAINT

03/08/2022 Memorandum of Points and Authorities in Reply ▾

Memorandum of Points and Authorities in Reply ISO REQUEST FOR JUDICIAL NOTICE

Comment
ISO REQUEST FOR JUDICIAL NOTICE

04/08/2022 Motion ▾

Motion NOTICE OF MOTION AND MOTION TO STAY DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPOR

Comment
NOTICE OF MOTION AND MOTION TO STAY DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

04/08/2022 Proposed Order Received

Proposed Order Received GRANTING DEFENDANT FACEBOOK'S MOTION TO STAY DISCOVERY

Comment
GRANTING DEFENDANT FACEBOOK'S MOTION TO STAY DISCOVERY

04/11/2022 Declaration in Support

Declaration in Support OF JACOB M. HEATH , TO MOTION TO STAY DISCOVERY

Comment
OF JACOB M. HEATH , TO MOTION TO STAY DISCOVERY

04/22/2022 Hearing on Demurrer

Original Type
Hearing on Demurrer

~CIV Minute Order - Hearing on Demurrer 04/22/2022

Judicial Officer
Foiles, Robert D

Hearing Time
9:00 AM

Result
Held

Comment
TO PLAINTIFF'S AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

Parties Present
  Plaintiff
    Attorney: KLEIN, BRIAN E
    Attorney: NUNO, JOSE R.
  Defendant
    Attorney: HEATH, JACOB M.

04/22/2022 Party appeared by audio and/or video

04/22/2022 Argument presented by counsel. Matter submitted.

Comment
9:12 am- 9:26 am

04/22/2022 Motion granted.

Comment
Moving party: Plaintiff Motion title: Request for additional 2 weeks to file the Amended Complaint

04/22/2022 Tentative ruling modified and becomes order:

Comment
Demurrer based on Communications Decency Act Demurrer to the entire complaint based on the Communications Decency Act ("CDA") is sustained as to the first, second, third, fourth, and fifth causes of action. (47 U.S.C. 230, subd. (c)(1).) In Force v. Facebook, the plaintiffs were survivors of persons who were killed in Israel by members of Hamas. The plaintiffs alleged that Facebook was liable for "giving Hamas a forum with which to communicate and for actively bringing Hamas' message to interested parties." Like Plaintiff Forrest, the plaintiffs in Force alleged that Facebook "does not act as a publisher," because "it uses algorithms to suggest content to users, resulting in 'matchmaking.'" The Court of Appeal held that using "matchmaking" algorithms to direct content to readers is a function of a publisher. "[A]rranging and distributing third-party information inherently forms 'connections' and 'matches' among speakers, content, and viewers of content, whether in interactive internet forums or in more traditional media. That is an essential result of publishing." (Force v. Facebook, Inc. (2d Cir. 2019) 934 F.3d 53, 66.) Like a publisher, Facebook decided "where . . . particular third-party content should reside and to whom it should be shown. . . ., [and] what type and format of third-party content they will display." (Force v. Facebook, Inc. (2d Cir. 2019) 934 F.3d 53, 66-67.) Facebook's algorithms might cause more such "matches" than other editorial decisions. But that is not a basis to exclude the use of algorithms from the scope of what it means to be a "publisher" under Section 230(c)(1). The matches also might . . . present users with targeted content of even more interest to them . . . . But it would turn Section 230(c)(1) upside down to hold that Congress intended that when publishers of third-party content become especially adept at performing the functions of publishers, they are no longer immunized from civil liability. (Id.) The Force case involved algorithms that directed content to readers who might be more interested in the content ("matchmaking") Plaintiff Forrest's complaint repeatedly describes Facebook's acts as "curating the user experience." Without defining "curating," Plaintiff alleges that Facebook is doing exactly what it was doing in the Force case: using algorithms to direct content to a subset of users based on those users' interests and demographics ("data points" (see FAC 3-4, 11, 53, 57, 71.) As in Force, Forrest's claims are based on Facebook's using automation to determine where certain ads are seen and by whom. Facebook is being sued for its role as a publisher of ads. Therefore, Section 230(c)(1) immunizes Facebook from liability for all claims arising from Facebook's role as a publisher. Demurrers to the first, second, third, fourth, and fifth claims are be sustained because each of those claims is based on allegations that Facebook committed acts in the role of a publisher, which Section 230(c)(1) precludes. Additional Grounds for Sustaining Demurrer In addition to immunity under the CDA, demurrer to the Second, Fourth, and Fifth causes of action is sustained for the following reasons. Demurrer to the Second Cause of Action is sustained because "substantial assistance" may occur only when the Defendant's "own conduct, separately considered, constitutes a breach of duty to the third person." (Saunders v. Super. Ct. (1994) 27 Cal. App.4th 832, 846.) "It is essential that the defendant's own conduct was tortious. The particular defendant who is to be charged with responsibility must have proceeded tortiously - i.e., with intent to commit a tort or with negligence." (Coffman v. Kennedy (1977) 74 Cal. App. 3d 28, 32.) The FAC does not allege any acts by Facebook that are independently tortious. Demurrer to the Fourth Cause of Action is sustained because a duty to warn does not exist absent a special relationship between Facebook and Plaintiff. (Tarasoff v. Regents of Univ. of Cal. (1976) 17 Cal. 3d 425, 435.) Plaintiff Forrest argues that a special relationship is required only when "nonfeasance" causes harm, whereas Plaintiff alleges "misfeasance." (Opp. at 12-13.) The alleged misfeasance, however, consists of acts of a publisher, which are immunized by the CDA. Demurrer to the Fifth Cause of Action is sustained without leave to amend because Negligent design is a products liability concept. (See Opp. at 12:16-18.) Plaintiff cites no authority holding that the legal theory of products liability, including duty of care, extends to interactive computer services. Terms of Service and Statute of Limitations Arguments Lack Merit. 1. Demurrer based on Terms of Service lacks merit. The Terms of Service document provides that the

Terms govern "your" use of Facebook. (Mov. RJN, Ex. A, at p.1.) The claims in the FAC are not based on Plaintiff's use of Facebook; they are based on Facebook's conduct. Therefore, the Terms of Service do not apply to Forrest's claims. The claims asserted by Forrest could be asserted by a person who never used Facebook, but suffered the same harm. It is unreasonable to hold that the Terms of Service are a defense against a Facebook user, but not against a non-Facebook user who has suffered the same harm. 2. Demurrer based on statute of limitations lacks merit. The demurrer is based on the allegation that Forrest knew of his claims "on or about late March 2019." (Mov. at 20:10.) When a Complaint alleges that a cause of action accrued "on or about" a specific date, a statute-of-limitations argument does not support demurrer. (Childs v. State of California (1983) 144 Cal. App. 3d 155, 159-60.) Further, Judicial Council Emergency Rule 9.12 extends the limitations period for six months. Even if "on or about late March 2019" could be an operative date of accrual, the six-month tolling extends the limitations period to some unspecified date in September 2021. The demurrer does not establish that the common law claims are time-barred as a matter of law. Ruling Demurrer is sustained as to all causes of action. Plaintiff is granted leave of court to file and serve a Second Amended Complaint addressing the above defects, except for the Fifth Cause of action for which leave is not granted, no later than June 03, 2022. If the tentative ruling is uncontested, it shall become the order of the Court. Thereafter, counsel for Defendant Facebook, Inc. shall prepare a written order consistent with the Court's ruling for the Court's signature, pursuant to California Rules of Court, Rule 3.1312, and provide written notice of the ruling to all parties who have appeared in the action, as required by law and the California Rules of Court.

04/22/2022 Matter is called at:

Comment
9:11 am

04/26/2022 Informal Discovery Conference

Original Type
Informal Discovery Conference

~CIV Minute Order - Informal Discovery Conference 04/26/2022

Judicial Officer
Halperin, Ernst A.

Hearing Time
03:00 PM

Result
Held

Parties Present
  Plaintiff
    Attorney: NUNO, JOSE R.
  Defendant
    Attorney: HEATH, JACOB M.

04/26/2022 Proof of Service - ELECTRONIC of

Proof of Service - ELECTRONIC of [PROPOSED] ORDER SUSTAINING DEFENDANT FACEBOOK INC'S DEMURRER

Comment
[PROPOSED] ORDER SUSTAINING DEFENDANT FACEBOOK INC'S DEMURRER

### 04/26/2022 Party appeared by audio and/or video ▾

**Comment**
& Attorney Dan Guerra for Defendant Facebook, Inc.

### 05/05/2022 Order ▾

Order Type: SUSTAINING DEFENDANT FACEBOOK INC s DEMURRERSigned by: JUDGE FOILESDate Signed: 5/4/22

**Comment**
Type: SUSTAINING DEFENDANT FACEBOOK INC s DEMURRER Signed by: JUDGE FOILES Date Signed: 5/4/22

### 05/05/2022 Affidavit of Mailing ▾

Affidavit of Mailing RE: ORDER SUSTAINING DEFENDANT FACEBOOK INC'S DEMURRER

**Comment**
RE: ORDER SUSTAINING DEFENDANT FACEBOOK INC'S DEMURRER

### 05/09/2022 Memorandum of Points and Authorities in Opposition ▾

Memorandum of Points and Authorities in Opposition TO DEFENDANT FACEBOOK, INC.'S MOTION TO STAY DISC

**Comment**
TO DEFENDANT FACEBOOK, INC.'S MOTION TO STAY DISCOVERY

### 05/09/2022 Declaration in Opposition ▾

Declaration in Opposition TO DEFENDANT FACEBOOK, INC.'S MOTION TO STAY DISCOVERY

**Comment**
TO DEFENDANT FACEBOOK, INC.'S MOTION TO STAY DISCOVERY

### 05/11/2022 Notice of Case Management Conference ▾

Notice of Case Management Conference 5/25/2022 at 9:00 a.m.

**Comment**
5/25/2022 at 9:00 a.m.

### 05/13/2022 Memorandum of Points and Authorities in Reply ▾

Memorandum of Points and Authorities in Reply IN SUPPORT OF MOTION TO STAY DISCOVERY

**Comment**
IN SUPPORT OF MOTION TO STAY DISCOVERY

### 05/13/2022 Declaration in Support ▾

Declaration in Support (SECOND) OF JACOB M. OF MOTION TO STAY DISCOVERY

Comment
(SECOND) OF JACOB M. OF MOTION TO STAY DISCOVERY

05/19/2022 Stipulation

Stipulation TO EXTEND FILING DATE FOR SECOND AMENDED COMPLAINT

Comment
TO EXTEND FILING DATE FOR SECOND AMENDED COMPLAINT

05/20/2022 Motion to Stay

Original Type
Motion to Stay

~CIV Minute Order - Motion to Stay 05/20/2022

Judicial Officer
Foiles, Robert D

Hearing Time
9:00 AM

Result
Held

Comment
DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

Parties Present
  Plaintiff
    Attorney: PEPPERMAN, DONALD R.
  Defendant
    Attorney: GUERRA, DANIEL S.

05/20/2022 Matter is called at:

  Comment
  9:30 am

05/20/2022 Party appeared by audio and/or video

05/20/2022 Argument presented by counsel. Matter submitted.

05/20/2022 Tentative ruling adopted and becomes order:

  Comment
  Defendant Facebook, Inc.'s "Motion to Stay Discovery," filed 4-8-22, is DENIED without prejudice to Facebook's right to assert objections to discovery requests, to seek a protective order if appropriate, or otherwise avail itself of the Discovery Act's procedural mechanisms for responding to improper and/or overly burdensome discovery requests. On 4-22-22, the Court sustained Facebook's Demurrer to Plaintiff's First Amended Complaint (FAC), and granted Plaintiff until June 3, 2022 to file an amended pleading. In addition to other grounds for sustaining the Demurrer, the Court found that all five of the FAC's asserted claims are barred by the Communications Decency Act ("CDA"). See 4-22-22 Minute Order; 5-5-22 formal Order. Plaintiff has not yet filed an amended pleading. It seems likely that

Facebook will again challenge the sufficiency of any amended pleading. Facebook seeks a stay of all discovery until Plaintiff demonstrates the ability to assert a "viable complaint"-that is, one that survives a demurrer. Facebook characterizes such a discovery stay as "routine" under these circumstances. See Mot. at 7 (citing Silver v. City of Los Angeles (1966) 245 Cal.App.2d 674-75 and Terminals Equip. Co. v. City and County of San Francisco (1990) 221 Cal.App.3d 234, 238) (where courts stayed discovery under similar procedural circumstances). While the Court clearly can/has discretion to stay discovery pending a resolution of any future demurrer(s), doing so is not the norm. As a general rule, plaintiffs are permitted under the Discovery Act to conduct discovery shortly after serving a complaint, regardless of what demurrers or other challenges to the complaint a defendant may assert. See Code Civ. Proc. Sect. 2030.020; 2031.020. Thus, normally, the filing of a demurrer does not stay discovery, nor does an order sustaining a demurrer with leave to amend. Nor is it clear from the parties' briefing whether discovery in this case would necessarily be pointless/fruitful. Facebook appears to suggest that no amount of discovery could impact/overcome its defense based on the CDA. While that may or may not be true, the briefing does not appear to adequately address/resolve that point. In any event, as does any defendant, the Discovery Act provides Facebook with remedies where discovery requests are overbroad, overly burdensome, or otherwise objectionable, short of seeking an all-out discovery stay. For these reasons, the Court declines to impose a discovery stay at this time. The Court reserves the right to revisit this issue going forward. This motion seeks much broader relief than merely objecting to the Interrogatories and RFPs that Plaintiff has served on Facebook to date. Facebook's 5-13-22 Reply brief argues that Plaintiff's first set of Interrogatories and RFPs (attached to Facebook's papers) are objectionable on multiple grounds. This Order does not reach the merits of any dispute over these specific discovery requests. It merely denies the broader request for a complete stay of discovery at this time.

### 05/25/2022 Case Management Conference

**Original Type**
Case Management Conference

~CIV Minute Order - Case Management Conference 05/25/2022

**Judicial Officer**
Halperin, Ernst A.

**Hearing Time**
9:00 AM

**Result**
Held

**Parties Present**
  Plaintiff
    Attorney: NUNO, JOSE R.
  Defendant
    Attorney: HEATH, JACOB M.
    Attorney: GUERRA, DANIEL S.

### 05/25/2022 Party appeared by audio and/or video

### 05/25/2022 Notice of Case Management Conference

Notice of Case Management Conference 10/20/2022 at 9:00 a.m.

  Comment
  10/20/2022 at 9:00 a.m.

06/17/2022 Second Amended Complaint ▾

Second Amended Complaint

10/20/2022 Case Management Conference ▾

Judicial Officer
Case Management Conferences, -

Hearing Time
9:00 AM

# Financial

FORREST,, DR. ANDREW

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $625.00 |
| | Total Payments and Credits | | | $625.00 |
| 9/20/2021 | Transaction Assessment | | | $435.00 |
| 9/20/2021 | eFile Online Payment | Receipt # 2021-038708-HOJ | FORREST, an individual, DR. ANDREW | ($435.00) |
| 1/5/2022 | Transaction Assessment | | | $150.00 |
| 1/5/2022 | eFile Online Payment | Receipt # 2022-000318-HOJ | FORREST,, DR. ANDREW | ($150.00) |
| 2/1/2022 | Transaction Assessment | | | $20.00 |
| 2/1/2022 | eFile Online Payment | Receipt # 2022-004105-HOJ | FORREST,, DR. ANDREW | ($20.00) |
| 5/20/2022 | Transaction Assessment | | | $20.00 |
| 5/20/2022 | eFile Online Payment | Receipt # 2022-019499-HOJ | FORREST,, DR. ANDREW | ($20.00) |

FACEBOOK, INC., a Delaware Corporation

| | | |
|---|---|---|
| Total Financial Assessment | | $1,030.00 |
| Total Payments and Credits | | $595.00 |

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 10/27/2021 | Transaction Assessment | | | $435.00 |
| 12/6/2021 | Transaction Assessment | | | $20.00 |
| 12/6/2021 | eFile Online Payment | Receipt # 2021-050131-HOJ | FACEBOOK, INC., a Delaware Corporation | ($20.00) |
| 12/16/2021 | Transaction Assessment | | | $20.00 |
| 12/16/2021 | eFile Online Payment | Receipt # 2021-051812-HOJ | FACEBOOK, INC., a Delaware Corporation | ($20.00) |
| 1/20/2022 | Transaction Assessment | | | $465.00 |
| 1/20/2022 | eFile Online Payment | Receipt # 2022-002300-HOJ | FACEBOOK, INC., a Delaware Corporation | ($465.00) |
| 4/11/2022 | Transaction Assessment | | | $90.00 |
| 4/11/2022 | eFile Online Payment | Receipt # 2022-014115-HOJ | FACEBOOK, INC., a Delaware Corporation | ($90.00) |

## Documents

Complaint

Civil Case Cover Sheet

Summons Issued / Filed

Notice of Assignment for All Purposes

Peremptory Challenge Pursuant to CCP 170.6 Against Judicial OfficerFWD TO DEPT. 1 & COPY FWD TO DEP

Order Type: CCP 170.6Signed by: JUDGE DAVISDate Signed: 10/6/21

Notice of Reassignment for All Purposes

Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF ASSIG

Stipulation & Order Type: JOINT STIPULATION AND ORDER TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO

First Amended Complaint

Proof of Service - ELECTRONIC of JOINT STIPULATION TO EXTEND FACEBOOK INC.'S TIME TO RESPOND TO AMEN

Stipulation & Order

Stipulation & Order Type: TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO AMENDED COMPLAINTSigned by:

Proof of Service - ELECTRONIC of JOINT STIPULATION TO EXTEND FACEBOOK, INC.'S TIME TO RESPOND TO AME

Substitution of Attorney as to Former Attorney: MATAN SHACHAMNew Attorney: JACOB M. HEATH

Case Management Statement

Notice of Case Management Conference Case Management Conference - 1/18/2022 at 10:00 a.m.

Notice of Posting Jury Fees

~CIV Minute Order - Case Management Conference 01/18/2022

Notice of Case Management Conference Case Management Conference - 5/25/2022 at 9:00 a.m.

Demurrer to Amended Complaint TO PLAINTIFF S AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES

Request for Judicial Notice IN SUPPORT OF ITS DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Proposed Order Received PARTIES' STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'

Stipulation & Order Type: TO SET BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S DEMURRERSigned b

Memorandum of Points and Authorities in Opposition TO FACEBOOK, INC'S REQUEST FOR JUDICIAL NOTICE IN

Memorandum of Points and Authorities in Opposition TO FACEBOOK, INC'S DEMURRER TO FIRST AMENDED COMP

Memorandum of Points and Authorities in Reply IN SUPPORT OF DEMURRER TO PLAINTIFF S AMENDED COMPLAIN

Memorandum of Points and Authorities in Reply ISO REQUEST FOR JUDICIAL NOTICE

Motion NOTICE OF MOTION AND MOTION TO STAY DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPOR

Proposed Order Received GRANTING DEFENDANT FACEBOOK'S MOTION TO STAY DISCOVERY

Declaration in Support OF JACOB M. HEATH , TO MOTION TO STAY DISCOVERY

~CIV Minute Order - Hearing on Demurrer 04/22/2022

Order Type: SUSTAINING DEFENDANT FACEBOOK INC s DEMURRERSigned by: JUDGE FOILESDate Signed: 5/4/22

Proof of Service - ELECTRONIC of [PROPOSED] ORDER SUSTAINING DEFENDANT FACEBOOK INC'S DEMURRER

~CIV Minute Order - Informal Discovery Conference 04/26/2022

Affidavit of Mailing RE: ORDER SUSTAINING DEFENDANT FACEBOOK INC'S DEMURRER

Memorandum of Points and Authorities in Opposition TO DEFENDANT FACEBOOK, INC.'S MOTION TO STAY DISC

Declaration in Opposition TO DEFENDANT FACEBOOK, INC.'S MOTION TO STAY DISCOVERY

Notice of Case Management Conference 5/25/2022 at 9:00 a.m.

Memorandum of Points and Authorities in Reply IN SUPPORT OF MOTION TO STAY DISCOVERY

Declaration in Support (SECOND) OF JACOB M. OF MOTION TO STAY DISCOVERY

Stipulation TO EXTEND FILING DATE FOR SECOND AMENDED COMPLAINT

~CIV Minute Order - Motion to Stay 05/20/2022

~CIV Minute Order - Case Management Conference 05/25/2022

Notice of Case Management Conference 10/20/2022 at 9:00 a.m.

Second Amended Complaint