1  JACOB M. HEATH (SBN 238959)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA  94025
3  Tel:    (650) 614-7321
   Fax:   (650) 614-7401
4  Email: jheath@orrick.com

5  Attorney for Defendant
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANDREW FORREST, an individual, | Case No. |
| Plaintiff, | [San Mateo County Superior Court Case No. 21-CIV-05055] |
| v. | **PROOF OF SERVICE BY MAIL** |
| FACEBOOK, INC., a Delaware Corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On June 23, 2022, I served the following documents:

- **NOTICE OF REMOVAL**
- **CIVIL COVER SHEET**
- **FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES AND INDIVIDUALS**

on plaintiff Dr. Andrew Forrest by placing a true and correct copy thereof in sealed envelopes addressed as follows:

> Brian E. Klein (Bar No. 258486)
> Donald R. Pepperman (Bar No. 109809)
> Jose R. Nuño (Bar No. 312832)
> WAYMAKER LLP
> 515 S. Flower Street, Suite 3500
> Los Angeles, California 90071

*Attorneys for Plaintiff*

The sealed envelopes were placed for collection and mailing at the business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on the same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 23, 2022, in Fremont, California.

*/s/ Sema Virrueta*
Sema Virrueta