WAYMAKER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST, an individual,<br><br>        Plaintiff,<br>  v.<br><br>FACEBOOK, INC., a corporation; and DOES 1 through 20,<br><br>        Defendants. | Case No. 5:22-cv-03699-EJD (VKD)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Edward J. Davila<br><br>Hearing Date: January 19, 2023<br>Time: 9:00 a.m.<br>Courtroom: 4<br>Trial Date: Not yet set |

THE COURT, for good cause shown, hereby grants Plaintiff's Motion for Leave to Amend the Second Amended Complaint ("Motion").

IT IS HEREBY ORDERED THAT:

(1) Plaintiff shall have leave of court to amend his Second Amended Complaint, and file the proposed Third Amended Complaint attached as Exhibit 1 to the Motion, no later than _____.

**IT IS SO ORDERED.**

Dated:_____       _____
                                    HON. EDWARD J. DAVILA
                                    United States District Court Judge