1  JACOB M. HEATH (Bar No. 238959)
   jheath@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
4  Facsimile:    +1 650 614 7401

5  DANIEL S. GUERRA (Bar No. 267559)
   dguerra@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA 94105-2669
   Telephone:    +1 415 773 5700
8  Facsimile:    +1 415 773 5759

9  MARK C. SMITH (Bar No. 319003)
   mark.smith@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
11 Sacramento, California 95814
   Telephone:   +1 916 447 9200
12 Facsimile:    +1 916 329 4900

13 Attorneys for Defendant Facebook, Inc.

14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

18

19 DR. ANDREW FORREST,                    Case No. 5:22-cv-03699-EJD

20            Plaintiff,                   **NOTICE OF WITHDRAWAL BY
                                           COUNSEL**
21      v.
                                           Judge:   Hon. Edward J. Davila
22 FACEBOOK, INC., A DELAWARE
   CORPORATION,
23
             Defendant.
24

25

26

27

28

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Mark C. Smith of Orrick, Herrington & Sutcliffe LLP hereby withdraws his appearance as counsel for Defendant Facebook, Inc. ("Facebook"),[1] and therefore requests that his name be removed from the Court and the parties' service lists.

Jacob M. Heath, Daniel S. Guerra, and Abigail Colella of Orrick, Herrington & Sutcliffe LLP will continue to represent Facebook in this matter.

Dated:  March 17, 2023

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ Mark C. Smith
         MARK C. SMITH

Attorneys for Defendant FACEBOOK, INC.

---

[1] On October 28, 2021, Facebook, Inc. changed its name to Meta Platforms, Inc. Because Plaintiff's Second Amended Complaint refers to Meta as "Facebook," for ease of reference this notice does likewise.