JACOB M. HEATH (Bar No. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

Attorneys for Defendant Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC., a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 22-cv-03699-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Judge:   Hon. P. Casey Pitts |

1

**[PROPOSED] ORDER**

2  Having considered the parties' papers, the applicable law, the relevant pleadings and
3  papers on file, and arguments with respect to Defendant Meta Platforms, Inc.'s ("Meta") Motion
4  to Dismiss Plaintiff's Third Amended Complaint ("Motion"), the Court concludes that Meta's
5  Motion is GRANTED.  Plaintiff's Third Amended Complaint is dismissed with prejudice.

6

7  **IT IS SO ORDERED.**

8

9  DATED: _____                    _____
                                                P. CASEY PITTS
10                                              United Stated District Judge