1  Karen L. Dunn (admitted *pro hac vice*)          Jacob M. Heath (SBN: 238959)
   kdunn@paulweiss.com                               jheath@orrick.com
2  **PAUL, WEISS, RIFKIND, WHARTON**                 **ORRICK, HERRINGTON &**
      **& GARRISON LLP**                                **SUTCLIFFE LLP**
3  2001 K Street, NW                                 1000 Marsh Road
   Washington, DC 20006                              Menlo Park, CA 94025-1015
4  Telephone: (202) 223-7300                         Telephone: (650) 614-7400
   Facsimile:  (202) 223-7420                        Facsimile:  (650) 614-7401
5

6  Meredith R. Dearborn (SBN: 268312)
   mdearborn@paulweiss.com
7  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
8  535 Mission Street, 24th Floor
   San Francisco, CA 94105
9  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
10

11 *Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST, | Case No. 22-cv-03699-PCP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING META'S DEADLINE TO MOVE TO STAY** |
| v. | |
| META PLATFORMS, INC., | Dept.: Courtroom 8, 4th Floor |
| Defendant. | Judge: Hon. P. Casey Pitts |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby agree as follows:

WHEREAS, both discovery and Meta Platforms, Inc's ("Meta's") deadline to answer Dr. Forrest's complaint are currently stayed;

WHEREAS, the Court stated that Meta may file a motion of up to five pages requesting that this stay be extended by July 1 (Dkt. 121 at 14);

WHEREAS, the parties are in the process of meeting and conferring concerning the stay, and in agreement that a short extension would assist this meet and confer process;

THEREFORE, IT IS STIPULATED AND AGREED:

1. Meta's motion requesting extension of the stay will be due on July 9, 2024.
2. The current stay will remain in place at least until July 9, 2024.
3. The future deadlines in this case are all set forth in Dkt. 121.  No other deadline is impacted by this stipulation.

Dated:  June 28, 2024               Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**

By:  */s/ Meredith Dearborn*
     Meredith Dearborn

Karen L. Dunn (*pro hac vice*)
kdunn@paulweiss.com
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Meredith R. Dearborn (SBN: 268312)
mdearborn@paulweiss.com
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

Jacob M. Heath (SBN: 238959)

---

| | |
|---|---|
| 1 | jheath@orrick.com |
| 2 | 1000 Marsh Road |
|   | Menlo Park, CA 94025-1015 |
|   | Telephone: (650) 614-7400 |
| 3 | Facsimile: (650) 614-7401 |

*Attorneys for Defendant Meta Platforms, Inc.*

Dated:  June 28, 2024                **BAILY & GLASSER LLP**

By:  */s/ Leslie Brueckner*
    Leslie Brueckner

Leslie Brueckner (SBN: 140968)
lbrueckner@baileyglasser.com
Arthur Bryant (SBN: 208365)
abryant@baileyglasser.com
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Facsimile: (510) 463-0291

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
John Roddy (*pro hac vice*)
jroddy@baileyglasser.com
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3934

Katherine E. Charonko (*pro hac vice*)
kcharonko@baileyglasser.com
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

Elizabeth L. Stryker (*pro hac vice*)
estryker@baileyglasser.com
94 Long Street, Suite 200
Westover, WV 26501
Telephone: (304) 594-0087
Facsimile: (304) 594-9709

**DEREK G. HOWARD LAW FIRM, INC.**

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
Ashley M. Romero (SBN: 286251)
ashley@drekhowardlaw.com
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

*Attorneys for Plaintiff Dr. Andrew Forrest*

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER EXTENDING META'S MOTION TO STAY | CASE NO. 22-CV-03669-PCP |

**ATTESTATION**

I, Meredith Dearborn am the ECF user whose identification and password are being used to file this document. I attest under penalty of perjury that concurrence in this filing has been obtained from counsel listed above.

           /s/ Meredith Dearborn
           Meredith Dearborn

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: July  1 , 2024

           _____
           Hon. P. Casey Pitts
           UNITED STATES DISTRICT JUDGE