United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREW FORREST,
Plaintiff,

v.

META PLATFORMS, INC.,
Defendant.

Case No. 22-cv-03699-PCP (VKD)

**ORDER RE MARCH 7, 2025 DISCOVERY DISPUTES**

Re: Dkt. Nos. 186, 187

The Court held a hearing on two discovery disputes (Dkt. Nos. 186 and 187) on March 18, 2025. Based on the discussion at the hearing, and the progress towards resolution of these disputes that the parties have already made, the Court orders further proceedings as follows:

1. In view of Meta's identification of Scam Ads, as disclosed during the hearing, the parties shall confer further regarding: (1) the production of responsive documents concerning these identified Scam Ads, including whether production of responsive information for a representative sample of such ads may suffice for now; and (2) the production of responsive documents sufficient to show what tools or other processes (whether automated or not) impacted the content of the ad in question, from the "input" by a third party to the "output" to the end user or audience.

2. The parties shall confer further regarding: (1) the scope of Dr. Forrest's Interrogatories Nos. 1-9 and whether the scope can be clarified and/or narrowed; and (2) a date certain for Meta to provide substantive answers to these interrogatories (as clarified/narrowed) without improper reliance on Rule 33(d).

3. The parties shall file a joint status report on **April 1, 2025**, advising of their progress regarding the matters described above, identifying (without argument) any disputes that

United States District Court
Northern District of California

remain, and providing their agreed or respective proposals for further proceedings, if any.

**IT IS SO ORDERED.**

Dated: March 18, 2025

Virginia K. DeMarchi
United States Magistrate Judge