| | |
|---|---|
| John C. Quinn (*pro hac vice*) <br> jquinn@heckerfink.com <br> Hyatt Mustefa (*pro hac vice*) <br> hmustefa@heckerfink.com <br> Jocelyn Hassel (*pro hac vice*) <br> jhassel@heckerfink.com <br> Tayonna Ngutter (*pro hac vice*) <br> tngutter@heckerfink.com <br> **HECKER FINK LLP** <br> 350 Fifth Avenue, 63rd Floor <br> New York, NY 10118 <br> Telephone: (212) 763-883 <br><br> Joshua Matz (*pro hac vice*) <br> jmatz@heckerfink.com <br> Joanne Grace Dela Peña (*pro hac vice*) <br> jdelapena@heckerfink.com <br> **HECKER FINK LLP** <br> 1050 K Street NW, Suite 1040 <br> Washington, DC 20001 <br> Telephone: (212) 763-0883 <br><br> *Attorneys for Plaintiff Dr. Andrew Forrest* <br><br> [Additional Counsel on Signature Page] | Walter F. Brown Jr. (SBN: 130248) <br> wbrown@paulweiss.com <br> **PAUL, WEISS, RIFKIND,** <br> **WHARTON & GARRISON LLP** <br> 535 Mission Street, 24th Floor <br> San Francisco, CA 94105 <br> Telephone: (628) 432-5100 <br> Facsimile: (628) 232-3101 <br><br> Karen L. Dunn (*pro hac vice*) <br> kdunn@dirllp.com <br> Melissa F. Zappala (*pro hac vice*) <br> mzappala@dirllp.com <br> **DUNN ISAACSON RHEE LLP** <br> 401 9th Street NW <br> Washington, DC 20004 <br> Telephone: (202) 240-2900 <br> Facsimile: (202) 240-2050 <br><br> *Attorneys for Defendant Meta Platforms, Inc.* <br><br> [Additional Counsel on Signature Page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST, <br><br>                   Plaintiff, <br><br>        - against - <br><br> META PLATFORMS, INC., <br><br>                   Defendant. | Case No. 22-cv-03699-PCP <br><br> **JOINT STATUS REPORT** <br><br> The Hon. Judge Virginia K. DeMarchi |

Pursuant to this Court's May 21, 2025 Orders, *see* ECF 213; ECF 214, and June 18, 2025 Order, *see* ECF 223, Plaintiff Dr. Andrew Forrest and Defendant Meta Platforms, Inc. (together, the "Parties"), jointly submit this status report to advise of their progress in resolving their disputes regarding Plaintiff's responses to Meta's discovery requests, *see* ECF 205, and Plaintiff's proposed modifications to the Amended Protective Order, *see* ECF 206.

With respect to the Parties' dispute regarding Plaintiff's responses to Meta's discovery requests, the Parties met and conferred on May 29, 2025, regarding (i) "what searches have been undertaken to date and what additional searches might be required to fully respond to Meta's disputed requests for production," ECF 213 at 2; (ii) "the extent Dr. Forrest objects to any of Interrogatories Nos. 1-4" and "these objections and [the Parties'] attempt to resolve them," *id.* at 3; and (iii) "[i]f Dr. Forrest resists Meta's discovery on the basis of attorney-client privilege or work product protection, [his] support [for] the privilege or protection claimed," *id.* On June 20, 2025, Plaintiff sent Meta a letter describing the searches undertaken to date and made a production of materials. The Parties have continued to correspond on these issues and make steady progress in negotiations.

With respect to the Parties' dispute regarding Plaintiff's proposed modifications to the Amended Protective Order, the Parties have made substantial progress on a framework of a potential agreement.

The Parties respectfully request that the Court permit the Parties a brief period of additional time to meet and confer, and respectfully propose to file another joint status report advising the Court of their progress with respect to the Parties' disputes on July 15, 2025.

Dated: July 1, 2025

Respectfully submitted,

By:

| | |
|---|---|
| /s/ John C. Quinn | /s/ Walter F. Brown Jr. |
| John C. Quinn (*pro hac vice*) | Walter F. Brown Jr. (SBN: 130248) |
| jquinn@heckerfink.com | wbrown@paulweiss.com |
| Hyatt Mustefa (*pro hac vice*) | **PAUL, WEISS, RIFKIND,** |
| hmustefa@heckerfink.com | **WHARTON & GARRISON LLP** |
| Jocelyn Hassel (*pro hac vice*) | 535 Mission Street, 24th Floor |
| jhassel@heckerfink.com | San Francisco, CA 94105 |
| Tayonna Ngutter (*pro hac vice*) | Telephone: (628) 432-5100 |
| tngutter@heckerfink.com | Facsimile: (628) 232-3101 |
| **HECKER FINK LLP** | |
| 350 Fifth Avenue, 63rd Floor | Amy L. Barton (*pro hac vice*) |
| New York, NY 10118 | abarton@paulweiss.com |
| Telephone: (212) 763-0883 | T. Patrick Cordova (*pro hac vice*) |
| | pcordova@paulweiss.com |
| Joshua Matz (*pro hac vice*) | **PAUL, WEISS, RIFKIND,** |
| jmatz@heckerfink.com | **WHARTON & GARRISON LLP** |
| Joanne Grace Dela Peña (*pro hac vice*) | 1285 Avenue of the Americas |
| jdelapena@heckerfink.com | New York, NY 10019 |
| **HECKER FINK LLP** | Telephone: (212) 373-3000 |
| 1050 K Street NW, Suite 1040 | Facsimile: (212) 757-3990 |
| Washington, DC 20001 | |
| Telephone: (212) 763-0883 | Karen L. Dunn (*pro hac vice*) |
| | kdunn@dirllp.com |
| Leslie Brueckner (SBN: 140968) | Melissa F. Zappala (*pro hac vice*) |
| lbrueckner@singletonschreiber.com | mzappala@dirllp.com |
| **SINGLETON SCHREIBER** | **DUNN ISAACSON RHEE LLP** |
| 591 Camino de la Reina, Suite 1025 | 401 9th Street NW |
| San Diego, CA 92108 | Washington, DC 20004 |
| Telephone: (619) 573-1851 | Telephone: (202) 240-2900 |
| | Facsimile: (202) 240-2050 |
| Elizabeth Ryan (*pro hac vice*) | |
| eryan@baileyglasser.com | Jacob M. Heath (SBN: 238959) |
| **BAILEY & GLASSER LLP** | jheath@orrick.com |
| 176 Federal Street, 5th Floor | **ORRICK, HERRINGTON &** |
| Boston, MA 02110 | **SUTCLIFFE LLP** |
| Telephone: (617) 439-6730 | 1000 Marsh Road |
| | Menlo Park, CA 94025-1015 |
| Derek G. Howard (SBN: 118082) | Telephone: (650) 614-7400 |
| derek@derekhowardlaw.com | Facsimile: (650) 614-7401 |
| **DEREK G. HOWARD LAW FIRM, INC.** | |
| 42 Miller Avenue | |
| Mill Valley, CA 94941 | |
| Telephone: (415) 432-7192 | |
| | |
| *Attorneys for Plaintiff Dr. Andrew Forrest* | *Attorneys for Defendant Meta Platforms, Inc.* |

**FILER'S ATTESTATION**

I, Walter F. Brown Jr., am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: July 1, 2025              By:    */s/ Walter F. Brown Jr.*
                                          Walter F. Brown Jr.