| | |
|---|---|
| John C. Quinn (*pro hac vice*)<br>jquinn@heckerfink.com<br>Hyatt Mustefa (*pro hac vice*)<br>hmustefa@heckerfink.com<br>Jocelyn Hassel (*pro hac vice*)<br>jhassel@heckerfink.com<br>Tayonna Ngutter (*pro hac vice*)<br>tngutter@heckerfink.com<br>**HECKER FINK LLP**<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>Telephone: (212) 763-883<br><br>Joshua Matz (*pro hac vice*)<br>jmatz@heckerfink.com<br>Kaitlin Konkel (*pro hac vice*)<br>kkonkel@heckerfink.com<br>Joanne Grace Dela Peña (*pro hac vice*)<br>jdelapena@heckerfink.com<br>**HECKER FINK LLP**<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>Telephone: (212) 763-0883<br><br>*Attorneys for Plaintiff Dr. Andrew Forrest*<br><br>[Additional Counsel on Signature Page] | Walter F. Brown Jr. (SBN: 130248)<br>wbrown@paulweiss.com<br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br><br>Karen L. Dunn (*pro hac vice*)<br>kdunn@dirllp.com<br>Melissa F. Zappala (*pro hac vice*)<br>mzappala@dirllp.com<br>**DUNN ISAACSON RHEE LLP**<br>401 9th Street NW<br>Washington, DC 20004<br>Telephone: (202) 240-2900<br>Facsimile: (202) 240-2050<br><br>Meredith R. Dearborn (SBN: 268312)<br>mdearborn@dirllp.com<br>**DUNN ISAACSON RHEE LLP**<br>345 California Street, Suite 600<br>San Francisco, CA 94104-2671<br>Telephone: (202) 240-2900<br>Facsimile: (202) 240-2050<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>[Additional Counsel on Signature Page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>               Plaintiff,<br><br>       - against -<br><br>META PLATFORMS, INC.,<br><br>               Defendant. | Case No. 22-cv-03699-PCP<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO EXTEND CASE**<br>**SCHEDULE**<br><br>The Hon. P. Casey Pitts |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Dr. Andrew Forrest and Defendant Meta Platforms, Inc. (the "Parties"), by and through their respective counsel, submit this stipulation and [proposed] order:

**WHEREAS**, on May 27, 2025, the Parties filed a joint revised proposed case schedule, *see* ECF 215, which the Court approved the next day, *see* ECF 216;

**WHEREAS**, the joint revised case schedule set July 29, 2025 as the deadline for substantial completion of document production, *see* ECF 215 at 2;

**WHEREAS**, the Parties have conferred and agree that there is good cause for a 30-day extension of time for the Parties to substantially complete document production;

**IT IS HEREBY STIPULATED** that the substantial completion deadline is extended by 30 days, with corresponding extensions for subsequent deadlines, as follows:

| **Event** | **Deadline** |
|---|---|
| Substantial completion of document production | ~~July 29, 2025~~<br>**August 28, 2025** |
| Completion of fact discovery | ~~September 29, 2025~~<br>**October 29, 2025** |
| Meta's Motion for Summary Judgment on Section 230 defense and opening expert report(s) (if applicable) | ~~November 14, 2025~~<br>**December 15, 2025** |
| Dr. Forrest's Opposition to Meta's Summary Judgment Motion; Cross-Motion for Partial Summary Judgment (if applicable); and opening expert report(s) (if applicable) | ~~December 31, 2025~~<br>**January 30, 2026** |
| Meta's Reply in Further Support of Summary Judgment; Opposition to Dr. Forrest's Cross-Motion for Partial Summary Judgment (if applicable); and rebuttal expert report(s) (if applicable) | ~~January 30, 2026~~<br>**March 2, 2026** |
| Dr. Forrest's Reply in Further Support of Partial Summary Judgment (if applicable) and rebuttal expert report(s) (if applicable) | ~~March 2, 2026~~<br>**April 1, 2026** |

Dated: July 22, 2025

Respectfully submitted,

By:

| /s/ John C. Quinn | /s/ Walter F. Brown Jr. |
|---|---|
| John C. Quinn (*pro hac vice*) | Walter F. Brown Jr. (SBN: 130248) |
| jquinn@heckerfink.com | wbrown@paulweiss.com |
| Hyatt Mustefa (*pro hac vice*) | **PAUL, WEISS, RIFKIND,** |
| hmustefa@heckerfink.com | **WHARTON & GARRISON LLP** |
| Jocelyn Hassel (*pro hac vice*) | 535 Mission Street, 24th Floor |
| jhassel@heckerfink.com | San Francisco, CA 94105 |
| Tayonna Ngutter (*pro hac vice*) | Telephone: (628) 432-5100 |
| tngutter@heckerfink.com | Facsimile: (628) 232-3101 |
| **HECKER FINK LLP** | |
| 350 Fifth Avenue, 63rd Floor | Amy L. Barton (*pro hac vice*) |
| New York, NY 10118 | abarton@paulweiss.com |
| Telephone: (212) 763-0883 | T. Patrick Cordova (*pro hac vice*) |
| | pcordova@paulweiss.com |
| Joshua Matz (*pro hac vice*) | **PAUL, WEISS, RIFKIND,** |
| jmatz@heckerfink.com | **WHARTON & GARRISON LLP** |
| Kaitlin Konkel (*pro hac vice*) | 1285 Avenue of the Americas |
| kkonkel@heckerfink.com | New York, NY 10019 |
| Joanne Grace Dela Peña (*pro hac vice*) | Telephone: (212) 373-3000 |
| jdelapena@heckerfink.com | Facsimile: (212) 757-3990 |
| **HECKER FINK LLP** | |
| 1050 K Street NW, Suite 1040 | Karen L. Dunn (*pro hac vice*) |
| Washington, DC 20001 | kdunn@dirllp.com |
| Telephone: (212) 763-0883 | Melissa F. Zappala (*pro hac vice*) |
| | mzappala@dirllp.com |
| Leslie Brueckner (SBN: 140968) | **DUNN ISAACSON RHEE LLP** |
| lbrueckner@singletonschreiber.com | 401 9th Street NW |
| **SINGLETON SCHREIBER** | Washington, DC 20004 |
| 591 Camino de la Reina, Suite 1025 | Telephone: (202) 240-2900 |
| San Diego, CA 92108 | Facsimile: (202) 240-2050 |
| Telephone: (619) 573-1851 | |
| | Meredith R. Dearborn (SBN: 268312) |
| Elizabeth Ryan (*pro hac vice*) | mdearborn@dirllp.com |
| eryan@baileyglasser.com | **DUNN ISAACSON RHEE LLP** |
| **BAILEY & GLASSER LLP** | 345 California Street, Suite 600 |
| 176 Federal Street, 5th Floor | San Francisco, CA 94104-2671 |
| Boston, MA 02110 | Telephone: (202) 240-2900 |
| Telephone: (617) 439-6730 | Facsimile: (202) 240-2050 |
| | |
| Derek G. Howard (SBN: 118082) | Jacob M. Heath (SBN: 238959) |
| derek@derekhowardlaw.com | jheath@orrick.com |
| **DEREK G. HOWARD LAW FIRM, INC.** | **ORRICK, HERRINGTON &** |
| 42 Miller Avenue | **SUTCLIFFE LLP** |
| Mill Valley, CA 94941 | 1000 Marsh Road |
| Telephone: (415) 432-7192 | Menlo Park, CA 94025-1015 |
| | Telephone: (650) 614-7400 |
| *Attorneys for Plaintiff Dr. Andrew Forrest* | Facsimile: (650) 614-7401 |
| | |
| | *Attorneys for Defendant Meta Platforms, Inc.* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 22, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. P. Casey Pitts
　　　　　　　　　　　　　　　　　　　　　United States District Judge