UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREW FORREST,
Plaintiff,

v.

META PLATFORMS, INC.,
Defendant.

Case No. 22-cv-03699-PCP (VKD)

**ORDER RE AUGUST 1, 2025 DISCOVERY DISPUTE RE DESIGN AND REVIEW DOCUMENTS**

Re: Dkt. No. 239

The parties ask the Court to resolve a dispute regarding Dr. Forrest's requests for production of certain "design" and "review" documents showing how Meta's Content Modification Tools and Optimization Tools work. Dkt. No. 239. The Court heard oral argument regarding this matter on August 12, 2025. Dkt. No. 252. For the reasons stated at the hearing, the Court orders as follows:

1. By **August 28, 2025**, Meta must complete its production of documents responsive to RFPs 15 and 16 with respect to design and review documents that show how Meta's Content Modification Tools and Optimization Tools work. This production must include any source code responsive to these requests, but it need not include documents reflecting proposals or designs that Meta did not implement during the relevant period.

2. By **August 28, 2025**, the parties shall exchange privilege logs reflecting any documents withheld from production on grounds of a privilege or protection to date.

**IT IS SO ORDERED.**

Dated: August 13, 2025

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California