| | |
|---|---|
| John C. Quinn (*pro hac vice*) | Karen L. Dunn (*pro hac vice*) |
| jquinn@heckerfink.com | kdunn@dirllp.com |
| Hyatt Mustefa (*pro hac vice*) | Melissa F. Zappala (*pro hac vice*) |
| hmustefa@heckerfink.com | mzappala@dirllp.com |
| Jocelyn Hassel (*pro hac vice*) | **DUNN ISAACSON RHEE LLP** |
| jhassel@heckerfink.com | 401 9th Street NW |
| Tayonna Ngutter (*pro hac vice*) | Washington, DC 20004 |
| tngutter@heckerfink.com | Telephone: (202) 240-2900 |
| **HECKER FINK LLP** | Facsimile: (202) 240-2050 |
| 350 Fifth Avenue, 63rd Floor | |
| New York, NY 10118 | Walter F. Brown Jr. (SBN: 130248) |
| Telephone: (212) 763-883 | wbrown@paulweiss.com |
| | **PAUL, WEISS, RIFKIND,** |
| Joshua Matz (*pro hac vice*) | **WHARTON & GARRISON LLP** |
| jmatz@heckerfink.com | 535 Mission Street, 24th Floor |
| Joanne Grace Dela Peña (*pro hac vice*) | San Francisco, CA 94105 |
| jdelapena@heckerfink.com | Telephone: (628) 432-5100 |
| Kaitlin Konkel (*pro hac vice*) | Facsimile: (628) 232-3101 |
| kkonkel@heckerfink.com | |
| Brian Remlinger (*pro hac vice*) | |
| bremlinger@heckerfink.com | |
| **HECKER FINK LLP** | |
| 1050 K Street NW, Suite 1040 | |
| Washington, DC 20001 | |
| Telephone: (212) 763-0883 | |

*Attorneys for Plaintiff Dr. Andrew Forrest*    *Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]    [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>        Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-03699-PCP<br><br>**JOINT STATUS REPORT**<br><br>The Hon. Judge Virginia K. DeMarchi |

1    Pursuant to this Court's May 21, 2025 Order, *see* ECF No. 213, and August 28, 2025 Order, *see* ECF No. 264, Plaintiff Dr. Andrew Forrest and Defendant Meta Platforms, Inc. (together, the "Parties"), jointly submit this status report to advise of their progress in resolving their dispute regarding Plaintiff's responses to Meta's discovery requests, *see* ECF 205.

The Parties are continuing to confer regarding "what searches have been undertaken to date and what additional searches might be required to fully respond to Meta's disputed requests for production," including the production of a privilege log of materials withheld from disclosure in the Australian criminal proceedings and from this litigation. ECF 213 at 2; *see* ECF 257. The Parties are currently scheduling a conference of lead counsel to further discuss resolution of the dispute.

The Parties respectfully request that the Court permit the Parties a brief period of additional time to meet and confer, and respectfully propose to file another joint status report advising the Court of their progress with respect to the Parties' dispute regarding Plaintiff's responses to Meta's discovery requests on September 9, 2025.

Dated: September 2, 2025

Respectfully submitted,

By:

| /s/ John C. Quinn | /s/ Karen L. Dunn |

John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192

*Attorneys for Plaintiff Dr. Andrew Forrest*

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (*pro hac vice*)
asimons@paulweiss.com
Paloma Rivera (*pro hac vice*)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Jacob M. Heath (SBN: 238959)
jheath@orrick.com
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015

Telephone: (650) 614-7400
Facsimile: (650) 614-7401

*Attorneys for Defendant Meta Platforms, Inc.*

**FILER'S ATTESTATION**

I, Walter F. Brown Jr., am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: September 2, 2025          By:    */s/ Walter F. Brown Jr.*
                                                                Walter F. Brown Jr.