# EXHIBIT 1

John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

*Attorneys for Plaintiff Dr. Andrew Forrest*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**DECLARATION OF JAMES MICKENS IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S POSITION IN SUPPLEMENTAL JOINT DISCOVERY LETTER BRIEF**<br><br>The Honorable Virginia K. DeMarchi |

I, James Mickens, declare as follows:

1. I am the Gordon McKay Professor of Computer Science at Harvard University, a co-director of Harvard's Berkman-Klein Center for Internet and Society, and a co-director of Harvard's Applied Social Media Lab. I have been retained by counsel for Plaintiff Dr. Andrew Forrest in this matter. I make this declaration based on my own personal knowledge, my review of documents provided to me by Plaintiff's counsel, and my review of documents and data provided to me by counsel for Meta Platforms, Inc. ("Meta").

**Background and Qualifications**

2. At a high level, my research expertise covers the domains of software architecture, distributed systems, and large-scale storage platforms. Software architecture refers to the design, implementation, and testing of complex pieces of software. An example of a complex piece of software is a distributed system; in a distributed system, multiple pieces of code running on different computers use the network to coordinate their activity and achieve a common goal. For instance, the computers might want to provide a database which stores extremely large amounts of information, with each server storing a portion of the information. A multi-server database like this is an example of a large-scale storage platform. Large-scale storage platforms are used by companies like Google, Amazon, and Meta to hold and query search engine data, user emails, and data related to advertising (e.g., the advertising videos shown to users).

3. I received a bachelor's degree in computer science from the Georgia Institute of Technology, and a PhD in computer science from the University of Michigan. Post-graduation, I spent seven years as a researcher in the Distributed Systems Research Group at Microsoft Research. Before joining Harvard in 2015, I was also a visiting professor at MIT, where I worked with the Parallel and Distributed Operating Systems research group.

4. As a researcher and a teacher, I have extensive experience with software engineering, distributed systems, and large-scale storage platforms. For example, I regularly teach an undergraduate course on operating system design, and a graduate-level course on computer security that focuses on a variety of security challenges in distributed systems. Harvard recognized

my teaching excellence in these areas by naming me a Harvard College Professor in 2022.

5. I have also published research related to software engineering, distributed systems, and large-scale storage platforms. For example, I have published 10 papers at the Symposium on Networked Systems Design and Implementation, a top conference in the field of distributed systems. As a result of my strong track record of distributed systems research, I was nominated to serve as a Program Chair for the conference in 2021; I accepted the nomination and helped to supervise the review of the hundreds of papers submitted to the conference. While at Microsoft, I was also a member of the Distributed Systems Research Group, where I did academic-style research as well as applied research in collaboration with product groups.

6. I have also been qualified as an expert in litigation related to the engineering, deployment, and security of complex pieces of software (both distributed and single-machine). For example, in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR (N.D. Cal. 2020), and *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD (N.D. Cal. 2020), I testified on the architecture and the security of mobile operating systems (specifically, iOS and Android) and the associated first-party app stores (namely, the Apple App Store and the Google Play Store). In *United States et al. v. Google LLC*, Case No. 1:20-cv-03010-APM (D.D.C. 2020), I analyzed Google's Chrome browser and Google's distributed systems related to advertising and search. Furthermore, in the case *In re Facebook Inc. Derivative Litigation*, Case No. 2018-0307-JTL (Del Ch. 2018), I specifically analyzed various distributed systems belonging to Meta, explaining to the court how complex APIs handled private user data.

**The Parties' Discovery Dispute**

7. I understand that the Court issued an order on August 14, 2025 that relates to Meta's data production and my role in evaluating it. Specifically, I understand that the August 14 order directed Meta to "complete its production of Scam Ad data from the relevant data sources, including the mapping data," by August 28, 2025. ECF 259 at 2. I further understand that my role is to review, analyze, and evaluate Meta's data production and prepare a declaration regarding the contents and sufficiency of that production and potential ways to supplement it. *See id.*

8. Counsel for Dr. Forrest have asked me to review, analyze, and evaluate Meta's data production. My work has generally fallen into two categories: (1) review of Meta's Source Code to understand generally the capabilities of its tools and processes with respect to Content Modification and Optimization; and (2) evaluate the sufficiency of Meta's production to "determine, for each Scam Ad at issue, what tools or processes were applied to the ad, and what those tools or processes did to the ad between 'input' and 'output.'" *Id.* at 1.

9. To that end, I reviewed Source Code for Meta's ad tools made available on a Source Code computer in Palo Alto on August 28 and 29, and again on September 25. In total, I reviewed three volumes of data comprising thousands of Source Code files. Information provided by Meta in the volume names indicated that one volume contained 7 terabytes of data, one 5 terabytes, and one 4 terabytes. I utilized a Linux-specific search tool called Blink that was loaded onto the Source Code Computer to conduct targeted searches and prioritize my review.

10. In addition, I have reviewed, analyzed, and evaluated Scam Ad data produced by Meta both before and after the August 28 deadline set by the Court. This includes data produced for approximately 28,300 Scam Ads prepared by Meta using its litigation tool, Switchboard. This also includes 167 Excel and TSV files containing approximately 42 gigabytes of Hive data.

11. Finally, I have also reviewed, analyzed, and evaluated the "enum" mapping data that I received on non-copyable paper on August 20, and compared the mapping data with the data in the Hive tables.

12. While the production was voluminous, based on my review and analysis, my conclusion is that Meta has not produced data sufficient for me to "determine, for each Scam Ad at issue, what tools or processes were applied to the ad, and what those tools or processes did to the ad between 'input' and 'output.'" *See id.* at 1. As the rest of this declaration explains in detail, Meta's production of Hive data is incomplete across several key metrics.

13. As an initial matter, while Source Code helps me to understand generally how Meta's ad tools function and how its tools might theoretically impact an ad, Source Code alone cannot tell me how any optimization specifically impacted any particular Scam Ad. In other words,

Source Code is no substitute for data about Inputs, Outputs, and the concrete, raw changes that Meta's tools and processes made to specific Scam Ads.

14. For example, I understand from my review of Meta's Source Code that many of Meta's tools utilize AI such as large language models. Such tools are non-deterministic, meaning that they may produce different outputs if repeatedly asked to process the same input(s). By contrast, deterministic tools always generate a consistent result when asked to evaluate the same input(s) multiple times. The non-deterministic nature of AI tools means that, for a particular Ad Id, the AI-generated Ad content associated with a particular impression may be entirely unique, even if the Inputs across all impressions for that Scam Ad were the same.

15. The Hive data Meta produced covers only a small portion of Scam Ad IDs and the associated "impressions." An "impression" is an instance where Meta displays an ad to an End-User. Because Meta's ad tools are dynamic and can modify Advertiser content up to and including the moment when an Ad is displayed to an individual End-User, and based on information Meta retains about that unique End-User, each impression for a given Ad ID may vary in significant ways, including with respect to its content and appearance. This dynamic content modification process, called [redacted] was described in Meta documents that I reviewed. *See, e.g.*, META-0077041. [redacted] *Id.*

16. As a result, in order for me to "determine, for each Scam Ad at issue, what tools or processes were applied to the ad, and what those tools or processes did to the ad between 'input' and 'output,'" *see* ECF 259 at 1, I must review data related to each impression of each of the Scam Ads. But Meta has produced certain data related to only a sliver of the full population of Scam Ad impressions.

17. Most fundamentally, for the relatively small number of Scam Ads for which Meta has provided data related to the optimizations applied to these impressions, the "enum" mapping data Meta produced only indicates generally what optimization was applied to the relevant

impression. (I use the term "optimization," as Meta does, to refer to a change to an ad made by Meta's tools and processes.) The mapping data does not contain the level of detail necessary to understand how an optimization changed the Ad Creative, or how and when Meta combined various optimizations for a given impression. Put simply, the data shows that changes were made, but does not show what the changes were.

**Source Code**

18. I have reviewed the Source Code for Meta's ad tools that was produced on the Source Code Computer.

19. While Source Code provides helpful information related to the capabilities and operation of Meta's tools and systems, the information I can obtain from Source Code alone—or even in conjunction with the other data Meta has produced—is limited.

20. Reviewing Source Code allows me to understand the general capabilities of Meta's advertising products. The Source Code reveals that Meta's tools are capable of making substantial changes to the raw Inputs uploaded by advertisers.

21. For example, during my review of the Source Code I observed that many of Meta's advertising tools use generative AI technology. Generative AI technology is typically non-deterministic. In other words, if identical inputs are given to a generative AI tool, the tool may still produce different outputs. This means that even if I were provided complete information about the advertising Inputs, I could not predict the output that these generative AI tools would produce.

22. From my review of the Source Code and Design Documents produced by Meta, I understand that Meta's tools, including its Advantage+ Creative suite of tools, can modify advertiser-provided text by generating new text based on that provided by the advertiser; modify advertiser-supplied images, including by applying filters and enhancing images, cropping images, by generating new pixels to "extend" an image, or by generating entirely new images based on those provided by the advertiser; extract elements of an image and place these elements on a new background; generate video based on an advertiser-provided image; expand the size of a video to fit multiple formats; transform an ad between different formats; apply templates; add animation;

highlight portions of a video ad or carousel ad; add music; extract key information from advertiser Inputs and highlight this text; and many other features.

23. While Source Code allows me to understand generally how these various features work, Source Code represents static algorithms: those algorithms can tell me theoretically how certain ad optimizations might transform an ad, but Source Code alone cannot tell me how any optimization actually impacted any particular Scam Ad. As a result, Source Code is no substitute for data about Inputs, outputs, and the concrete, raw changes that Meta's tools and processes made to specific Scam Ads, impression by impression.

**Meta's Production of Hive Data**

24. Meta has produced approximately 167 data files containing Hive data. The file names correspond to names of Hive tables, identified by Meta's counsel, from which the data is pulled, and those Hive tables are also referenced in Meta's internal documents.

25. Each data file contains numerous data fields, which are organized into named columns. Meta produced 16 files that purport to describe the contents of these data fields by providing field descriptions. These files are called schemas, legends, or glossaries.

26. With respect to these 16 glossary files, I have observed that many are incomplete. This makes it impossible to interpret the corresponding data contained in those files.

27. For example, numerous field descriptions provided in the glossary files are blank. The description fields in the glossaries for the "[redacted]" and "[redacted]" files are entirely empty. Many of the descriptions in the "[redacted]" glossary file contain only the word "[redacted]" Almost half of the descriptions in the "[redacted]" glossary file state only "[redacted]." Outsiders without access to Meta's internal tooling cannot access this URL.

28. To make matters worse, many of the remaining field descriptions that are provided in the glossary files are not intelligible without additional information—information which Meta has not provided. For example, the [redacted] table includes a number of fields that appear to contain information related to optimizations. One field, called

"[redacted]," has a field description that states, "[redacted]." It is not apparent from this description what "[redacted]" means in this context. It is possible that this refers to the optimizations that were actually applied to the Ad content that was shown to an End-User; alternatively, "[redacted]" optimizations could refer to optimizations enabled by the advertiser for the Ad ID, but that were not necessarily applied for each impression involving the Ad ID. Other interpretations are possible, but no clarity has been provided by Meta. The term is not defined elsewhere in other glossary files.

29. As another example, the [redacted] table appears to contain information related to Scam Ad images. Many fields in this table begin with "[redacted]," such as "[redacted]," "[redacted]," and "[redacted]." *See* META-0107422. However, it is not evident from the field descriptions for these fields whether these data relate to image Inputs, images that Meta's tools have already modified, or final, rendered outputs. *See* META-0107421. Because [redacted], it is not evident that these fields describe output images.

30. I understand from counsel for Plaintiff that Meta has represented that it has provided the glossary files as they exist, verbatim, in Meta's internal interfaces. I understand from counsel that Meta has stated it will not supplement incomplete glossaries.

**<u>Hive Data Related to Optimizations</u>**

31. The Hive data files capture different types of data related to the Scam Ads.

32. As relevant here, Meta produced two sets of Hive data files that appear to contain data related to optimizations that were actually applied to the Scam Ads. In less technical terms, these files contain data reflecting which tools, processes, and features acted upon an Input, *i.e.*, made a change to advertiser-provided Ad Creative.

33. Meta produced the first of these two sets of additional Hive data files, [redacted] on July 25. The data in these files relate to Scam Ad impressions with date

stamps for a selection of dates over a 3-month-period from early November 2024 to late January 2025. There are only approximately 273 unique Scam Ad IDs included in these files.

34. On September 19, Meta produced another set of files for a Hive table called "[redacted]." The [redacted] files contain approximately 267,483 impressions with dates between August 2023 and January 2025 for approximately 11,168 unique Ad IDs. Given the far higher number of impressions per Ad ID represented in the [redacted] files, the impression data in the [redacted] files appears highly underinclusive. In other words, there are far more impressions of the Scam Ad IDs that were actually shown to End-Users than were captured in the [redacted] files.

**Enum Mapping Data**

35. I have also reviewed the enum mapping data that Meta produced.

36. In a programming language, an enum (short for "enumeration") allows a programmer to define a set of named numbers. Numeric enum values in the Hive data are paired with short text strings in the mapping data Meta produced. For example, one text string-number pairing that appears in the Hive data is "[redacted]". The numeric values have no intrinsic meaning and are merely used to distinguish between the associated text strings.

37. The [redacted] and [redacted] Hive data files appear to contain numeric enum values that correspond to text strings in the mapping data Meta produced.

*38.* The glossary file for the [redacted] table indicates that the enum values represented in this table refer to optimizations that were actually applied to the impressions contained in this table. *See* META-0105713. There are two such fields in the [redacted] table: "[redacted]" and "[redacted]."

*39.* The field description that corresponds to "[redacted]" reads, "[redacted]." META-0105713. The field

description for "[redacted]" reads "[redacted]." *Id.*

40. The glossary file for the [redacted] tables did not include a field description explaining the contents of the optimization field labeled "[redacted]." *See* META-0112464. However, a field with the same name appears in another Hive table that does have a corresponding internal field description. *See* META-0112380. That description reads "[redacted]" *Id.*

41. I have compared the text strings in the mapping data against the numeric values in these Hive tables. My expert opinion is that (1) the enum text strings generally indicate what optimization was applied to the relevant impression, but (2) the text strings do not contain the level of detail necessary to understand exactly how an optimization changed an Input Ad Creative, or how and when Meta combined various optimizations for a given impression.

42. For example, the numeric enum values [redacted] appear numerous times in the "[redacted]" field of the [redacted] data files, indicating that these optimizations were applied to many impressions. These enums correspond to the text strings "[redacted]" and "[redacted]"

43. The numeric enum values [redacted] also appear numerous times as part of the enum string in the "[redacted]" fields. The corresponding text strings for these enums are "[redacted]," "[redacted]," "[redacted]," "[redacted]" and "[redacted]"

44. The text strings mentioned above indicate that Meta's video-to-carousel optimization was applied to the corresponding impressions. Generally, Meta's video-to-carousel optimizations transform an advertiser-uploaded video into a carousel of two or three shorter clips; in other words, the optimization extracts segments from the video and showcases the selected content for End-Users. *See, e.g.,* META-0105572. Meta may also display text with the carousel

cards. *See* META-0110327; META-0110344.

45. While enum text strings like "[redacted]" appear to indicate whether the relevant carousel was divided into two or three cards or segments, the text strings do not explain which video frames the optimization transformed into the carousel cards. Furthermore, the enum string does not indicate what text (if any) appeared alongside the carousel cards.

46. The numeric enum value [redacted] also appears many times in the "[redacted]" field of the [redacted] data files. This enum corresponds to the text string "[redacted]."

47. In the "[redacted]" field, other enum numeric values are paired with [redacted] including [redacted]. The corresponding text strings for these enums are "[redacted]."

48. These text strings indicate that Meta's thumbnail optimization was applied to the corresponding video impressions. For this optimization, Meta generates up to three thumbnail images for a video, with each thumbnail automatically extracted from frames in the video. The extracted thumbnails are what End-Users see before a video starts and after it ends. *See* About thumbnail images in video ads.[1] Importantly, Meta may apply additional optimizations to thumbnail images, *e.g.*, via the automatic application of image enhancements, or by including overlay text. *See* META-0105485; META-0109082.

49. The text strings provide very limited information about the thumbnail optimizations

[1] Available at https://www.facebook.com/business/help/754258878646865?id=603833089963720.

that Meta applied to these impressions. For example, "[redacted]" appears in some text strings, and may refer to a Meta tool [redacted]. *See* META-0077194. However, the enum text strings do not convey important information like which concepts Meta extracted to generate the thumbnail, and how those concepts influenced which thumbnail Meta ultimately chose to display.

50. The enum numeric values [redacted] also appear numerous times in the "[redacted]" field of the [redacted] data files, indicating that these optimizations were applied to those impressions. These enums correspond to the text strings "[redacted]," "[redacted]," "[redacted]," and "[redacted]."

51. The enum numeric values [redacted] also appear numerous times as part of the enum string in the "[redacted]" field. The corresponding text strings for these enums are "[redacted]," "[redacted]," and "[redacted]."

52. For a given advertiser-submitted creative, liquidity-related optimizations maximize the number of possible ad variations by generating multiple ad components (images, text) and swapping them in and out automatically to personalize the ad for the End-User. *See* META-0109951.

53. These enum-related text strings provide very limited information about the specific changes that Meta's liquidity optimizations applied to relevant impressions. For example, one text string references "[redacted]." [redacted] is the name of Meta's large language model. Thus, the [redacted] model may have generated the text that was displayed with the carousel card. However, Meta's production data does not show what that text was, or what inputs [redacted] was given to produce that text, or whether the generated text was actually displayed to users in the final rendered creative.

54. The numeric enum value [redacted] also appears numerous times in the "[redacted]" field of the [redacted] data files. This enum

corresponds to the text string "[redacted]"

55. Meta's "[redacted]" optimization uses generative AI to "expand" an image by creating new pixels that were not there before. *See* Meta-0010992. An enum text string like "[redacted]" indicates that "[redacted]" was applied to certain impressions, but does not convey important information about how the optimization actually changed the original image, or what it looked like after it was "[redacted]."

56. The enum numeric values [redacted], [redacted], [redacted], [redacted], [redacted] also appear in the "[redacted]" field of the [redacted] data files. The corresponding text strings for these enums are "[redacted]," "[redacted]," "[redacted]," "[redacted]," and "[redacted]"

57. These text strings provide very limited information about the cropping optimizations Meta applied to these impressions. For example, the text strings do not explain how the optimizations changed the video and image Inputs, or what the visual content was in the final, rendered impression.

58. The numeric enum values [redacted] also appear numerous times in the "[redacted]" field of the [redacted] data files. These enums correspond to the text strings "[redacted]," "[redacted]" and "[redacted]"

59. The enum numeric values [redacted], and [redacted] also appear numerous times as part of the enum string in the "[redacted]" field. The corresponding text strings for these enums are "[redacted]," "[redacted]," "[redacted]," "[redacted]," "[redacted]," and "[redacted]."

60. Meta's keyword-related optimizations extract and highlight certain keywords in the

final rendered impression. Some optimizations may also animate keywords. *See* META-0110312.

61. These enum text strings provide very limited information about the keyword optimizations that Meta applied to these impressions. For example, one text string references "[redacted]," which may indicate that the keyword was created by generative AI. But the text string does not convey important information like what keywords Meta extracted and highlighted, how they were generated by generative AI, or how the keywords were finally displayed to an End-User.

62. The numeric enum values [redacted] also appear numerous times in the "[redacted]" field of the [redacted] data files. These enums correspond to the text strings "[redacted]," "[redacted]," "[redacted]," and "[redacted]"

63. The numeric enum values [redacted] also appear numerous times as part of the enum string in the "[redacted]" field. The corresponding text strings for these enums are "[redacted]," "[redacted]," and "[redacted]."

64. These enum text strings indicate that Meta applied templates, sometimes called "[redacted]" to these impressions. A template is a pre-designed layout that can rearrange the appearance of advertiser-provided text and media. The text strings do not convey important information like how the visual layout of [redacted] templates looked.

65. In sum, my expert opinion is that the enum mapping data does not provide sufficient information to understand how Meta's tools and processes changed advertiser Inputs to create outputs.

**Meta Likely Possesses More Scam Ad Data**

66. My understanding is that Meta must possess additional data beyond what it has produced—data that would show what its "tools or processes did to the ad[s] between 'input' and 'output.'" *See* ECF 259 at 1. Based on my experience with how large-scale advertising platforms work, I believe that Meta likely has detailed information about how Meta's systems (1) accepted

raw ad data from advertisers, (2) modified that raw data via tools like Advantage+ Creative, (3) selected which Scam Ads (modified by Meta or otherwise) to show to End-Users, and (4) applied final optimizations at the point of rendering to End-Users.

67. Such detailed information may exist in Hive, as well as in other Meta databases and data repositories.

68. This understanding has been confirmed by my review of the Declaration of Robert Tobkes, a software engineering manager at Meta. *See* Tobkes Decl. ¶ 1. Mr. Tobkes' declaration was provided to me by counsel for Dr. Forrest. Mr. Tobkes explains that additional ad data exists in Meta's production stores, including [redacted]. *Id.* ¶ 8.

69. Other documents produced by Meta also support that it possesses additional relevant data. For example, during a source code inspection on September 25, 2025, I reviewed a document on the Source Code Computer that described a Meta feature that in some cases [redacted]. *See* META-0106141. The operation of this feature may provide further information regarding whether and where some outputs may be stored.

70. The Hive production field description files also reference other tables and data sources that may contain additional information. One Hive table that appears to contain data related to videos includes a field called "[redacted]." The description of this field reads, "[redacted]." META-0107421. [redacted] is [redacted]. *See also* Tobkes Decl. ¶ 8.

71. The Hive data also includes fields called "[redacted]," which refers to IDs associated with Ad Creative images or video. These are likely stored in data repositories outside of Hive, given the large size of the relevant files. The [redacted] is used to pull the Ad Creative from that repository when an ad enters Meta's delivery pipeline for generating the final rendered

creative.

72. Another Hive table, which appears to contain information related to Scam Ad images, includes field descriptions that reference a "[redacted]" called "[redacted]" *See* META-0107420. This table may include more information related to the Scam Ad images.

73. Another table referenced frequently in the field descriptions is "[redacted]," which may contain additional data related to the Scam Ads.

74. Both the Hive data and Meta's internal documents also reference logs. Logs are files that store records of events, actions, and system activities, providing a historical trail of what is happening within a program or system. Data can be logged in Hive tables, and data may also be logged outside of Hive.

75. The Hive data references various logs, including "[redacted]." *See* META-0105715. Given the name of this log, it is likely that it contains information specifically about optimization changes made by Meta's tools and processes. The operation of the optimizations performed by Meta's tools and processes is precisely the kind of information that I would expect Meta to log.

76. Meta's internal documents also referenced other logs, including "[redacted]" and "[redacted]." *See* META-0008791. Logs like these may also contain relevant data regarding the Scam Ads.

77. Finally, Meta's Supplemental Response to Interrogatories 1 and 8 described generally the step-by-step process that occurs when an advertiser creates an Ad. According to Meta, each Ad created by an advertiser is [redacted]. *See* Meta's Suppl. Resp. to Interrogatories 1 and 8 at 6. [redacted]" *Id.* [redacted] are known as [redacted] *Id.*

78. I understand that Meta produced approximately 28,300 [redacted] but it produced no

[redacted] An [redacted] may be a more accurate approximation of the advertiser's Input and is surely retained in Meta's storage system. Likewise, Meta may also retain additional data related to the application of optimizations [redacted] and the resulting impression displayed to the End-User. This raw, code-manipulated data would be a helpful approximation of a final rendered Scam Ad output. This data may exist in logs recording the historical actions of Meta's systems. This data may also be stored in other Hive tables or in another data repository, such as the data production stores.

79. In my expert opinion, Meta's productions thus far have been limited to superficial searches of summary data. I understand from Plaintiff's counsel that Meta conducted its searches in part using Meta's proprietary litigation production tool. Without access to or an understanding of the design and limitations of that tool, or of any other queries Meta has run, I cannot assess whether Meta in fact cannot produce any further data related to Inputs, outputs, or changes its tools and processes made to the Scam Ads.

80. However, given a full explanation of (1) Meta's schemas and (2) Meta's ad-tech tool workflows, I could issue queries to Meta's databases to understand the available universe of data, including data showing how Meta's optimizations concretely transformed Inputs to produce the outputs that End-Users actually saw.

81. I believe that I could issue such queries due to my expertise in distributed systems and database organization. To undertake these efforts, I need pertinent and complete schemas of the relevant data sources. A schema is the logical structure or blueprint that defines how data is organized within a database system, including its tables, fields, relationships, and the rules that ensure data consistency and integrity. Hive, for example, is a large database and is organized using schemas. Schemas will allow me to understand how data is organized so that I can develop queries to access relevant information.

82. I also need the relevant logs that show the operation of Meta's ad tools on advertiser Inputs. Logs will provide further information regarding the operation of Meta's systems and where relevant data may be located.

83. I understand that counsel for Dr. Forrest has asked Meta to provide all pertinent logs and schemas for data sources that contain relevant Scam Ad data. I understand that Meta has refused to provide these.

84. I also understand from reviewing Mr. Tobkes' declaration that the data production stores are "not stored in an organized and centralized manner," and "not accessible directly." Tobkes Decl. ¶ 8-9. However, Mr. Tobkes describes a [redacted], called the Ent Framework. *Id.* ¶ 9. The Ent Framework is also organized using schemas called EntSchemas. *Id.* ¶ 11. I further understand that the Ent Framework is organized around query objects called Ents, and that the [redacted]. *Id.* ¶ 10-11.

85. I understand that the Ent Framework is conceptually similar to an Object-relational mapping or ORM. ORM is a programming technique that acts as a bridge between object-oriented programming languages (like Python, Java, and C#) and relational databases (like Hive), which are systems for storing data in tables. ORM allows developers to interact with the relational database using code objects and classes defined in their programming language, rather than directly writing SQL queries.

86. I understand that querying the Ent Framework and determining which Ents to query will require speaking with subject matter experts and engineers and reviewing parts of Meta's Source Code, which I am willing and able to do. *See id.* ¶ 12. Based on my experience with how large-scale advertising platforms work, I would also expect that Meta possesses documents explaining how to query the Ent Framework and how to understand the data fetched by those queries; Meta would provide such documents to onboarding engineers or to other teams across Meta who are accessing the data production stores.

87. Moreover, based on information Meta has published about the Ent Framework and related systems, I understand that Meta has actively built query solutions to help Meta employees

make sense of the large amount of data that Meta stores.[2] This has included systems to log data about impressions, which various teams at Meta use for different purposes. I understand that Meta has developed systems that allow its engineers and data scientists to efficiently execute custom queries against the vast amount of impression data that Meta stores. I would expect that such systems could be utilized to run queries of relevance to this case.

88. Given my expertise in software architecture, distributed systems, and large-scale storage platforms, I believe that—with the right information, such as schemas and access to Meta's subject-matter experts on Hive and the data production stores—I could quickly develop queries that could be used to locate and retrieve relevant information. Large-scale service companies like Meta regularly run queries like those I would develop. Indeed, Meta's business model depends on its ability to query and analyze its data. I do not expect the queries I would design would be overly burdensome. Rather, I expect that the data extracted by these queries would be of a manageable volume and would not be difficult to produce.

89. My review is ongoing, and I respectfully reserve the right to supplement this declaration or provide an updated declaration.

Dated: October 3, 2025
Boston, MA

James Mickens

[2] *See* Meta Analytics, "Using Log-Time Denormalization for Data Wrangling at Meta," (Mar. 17, 2022), available at https://medium.com/meta-analytics/using-log-time-denormalization-for-data-wrangling-at-meta-3b6fc050268a.