United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREW FORREST,
Plaintiff,

v.

META PLATFORMS, INC.,
Defendant.

Case No. 22-cv-03699-PCP (VKD)

**ORDER SETTING HEARING ON OCTOBER 3, 2025 DISCOVERY DISPUTE AND DIRECTING INVESTIGATION AND PREPARATION IN ADVANCE**

Re: Dkt. No. 274

The Court has reviewed the parties' October 3, 2025 discovery dispute letter (Dkt. No. 274) regarding Meta's compliance with the Court's August 14, 2025 order (Dkt. No. 259). The Court sets this matter for hearing on its next available hearing date, **October 21, 2025 at 10:00 a.m**.

In advance of the hearing, Meta must investigate what data it maintains, showing for the Scam Ads at issue (or at least some subset of them) how Meta's tools or processes actually impacted the ad between "input" and "output," and not merely how the tools or processes "can" impact content. In addition, Meta must investigate the specific additional data sources Dr. Forrest identifies in the discovery dispute letter and in Dr. Mickens's declaration to determine whether they contain the information Dr. Forrest seeks. Meta shall share the results of its investigation with counsel for Dr. Forrest. Finally, the parties must be prepared to address whether the Court should order Meta to produce a knowledgeable witness for deposition by Dr. Forrest, such as Mr. Tobkes, to testify regarding the data sources and information in Meta's possession, custody, or control that can be used to determine how a tool or process has transformed an ad between "input"

and "output," and any other technical matters bearing on resolution of this dispute.

**IT IS SO ORDERED.**

Dated: October 7, 2025

Virginia K. DeMarchi
United States Magistrate Judge