UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW FORREST,<br><br>        Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-03699-PCP (VKD)<br><br>**ORDER FOLLOWING OCTOBER 21, 2025 DISCOVERY HEARING**<br><br>Re: Dkt. No. 274 |

The Court held a hearing on October 21, 2025 regarding the status of discovery in this action and regarding the parties' pending discovery dispute (Dkt. No. 274). Dkt. No. 282. As discussed during the hearing, the parties must confer regarding Meta's further investigation of relevant data sources, and must submit their proposal for completion of "first phase" document discovery to the Court by **October 28, 2025**.

**IT IS SO ORDERED.**

Dated: October 21, 2025

Virginia K. DeMarchi
United States Magistrate Judge