| | |
|---|---|
| John C. Quinn (*pro hac vice*) <br> jquinn@heckerfink.com <br> Hyatt Mustefa (*pro hac vice*) <br> hmustefa@heckerfink.com <br> Jocelyn Hassel (*pro hac vice*) <br> jhassel@heckerfink.com <br> Tayonna Ngutter (*pro hac vice*) <br> tngutter@heckerfink.com <br> Tanveer Singh (*pro hac vice*) <br> tsingh@heckerfink.com <br> **HECKER FINK LLP** <br> 350 Fifth Avenue, 63rd Floor <br> New York, NY 10118 <br> Telephone: (212) 763-0883 <br><br> Joshua Matz (*pro hac vice*) <br> jmatz@heckerfink.com <br> Kaitlin Konkel (*pro hac vice*) <br> kkonkel@heckerfink.com <br> Joanne Grace Dela Peña (*pro hac vice*) <br> jdelapena@heckerfink.com <br> Brian Remlinger (*pro hac vice*) <br> bremlinger@heckerfink.com <br> **HECKER FINK LLP** <br> 1050 K Street NW, Suite 1040 <br> Washington, DC 20001 <br> Telephone: (212) 763-0883 | Leslie Brueckner (SBN: 140968) <br> lbrueckner@singletonschreiber.com <br> **SINGLETON SCHREIBER, LLP** <br> 591 Camino de la Reina, Suite 1025 <br> San Diego, CA 92108 <br> Telephone: (619) 573-1851 <br><br> Elizabeth Ryan (*pro hac vice*) <br> eryan@baileyglasser.com <br> **BAILEY & GLASSER LLP** <br> 176 Federal Street, 5th Floor <br> Boston, MA 02110 <br> Telephone: (617) 439-6730 <br><br> Derek G. Howard (SBN: 118082) <br> derek@derekhowardlaw.com <br> **DEREK G. HOWARD LAW FIRM, INC.** <br> 42 Miller Avenue <br> Mill Valley, CA 94941 <br> Telephone: (415) 432-7192 <br> Facsimile: (415) 524-2419 |

*Attorneys for Plaintiff Dr. Andrew Forrest*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. <br><br> Defendant. | Case No. 22-CV-03699-PCP (VKD) <br><br> **PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> The Honorable Virginia K. DeMarchi |

Pursuant to Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff Andrew Forrest submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with a Joint Discovery Letter Brief ("Letter Brief") and accompanying attachment.

The unredacted Letter Brief contains material designated as Protected Material by Defendant Meta Platforms, Inc. pursuant to the Second Amended Protective Order ("Protective Order") entered in this matter. *See* ECF 234. In addition, as required by the Court's October 29, 2025 order, *see* ECF 289 at 4, the Letter Brief includes as an attachment the proposed discovery requests at issue, Plaintiff's First Set of Requests for Admission. This attachment contains material designated by Defendant as Protected Material pursuant to the Protective Order.

Section 14.4 of the Protective Order provides that "[w]ithout written permission from the Designating Party or a court order . . . , a Party may not file in the public record in this action any Protected Material." *Id.* ¶ 14.4. Section 14.4 further provides that "[a] Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." *Id.* Civil Local Rule 79-5(f), in turn, provides that where, as here, a Filing Party seeks to seal a document because it has been designated as confidential by another party, the Filing Party must file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Based on the foregoing, Plaintiff moves the Court to consider whether the following material should be conditionally filed under seal:

| Document | Designating Party | Portion(s) to Seal | Reason for Sealing |
|---|---|---|---|
| Unredacted Joint Discovery Letter Brief | Defendant Meta Platforms, Inc. | Highlighted portions on page 6 | Designated as "CONFIDENTIAL" Protected Material by Defendant |
| Unredacted Plaintiff's First Set of Requests for Admission | Defendant Meta Platforms, Inc. | Highlighted portions on pages 6-14 | Designated as "CONFIDENTIAL" Protected Material by Defendant |

Consistent with Section 14.4 of the Protective Order, Plaintiff has redacted this material from the publicly filed version of the Letter Brief and the accompanying exhibit. Plaintiff takes

1

PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | CASE NO. 22-CV-03699-PCP (VKD)

no position as to whether the material should be sealed, and he reserves all rights to challenge Defendant's sealing requests and confidentiality designations.

      Plaintiff is serving this motion on Defendant the same day it is being filed, by CM/ECF and email.

Dated: November 24, 2025

Respectfully submitted,

*/s/ John C. Quinn*

| | |
|---|---|
| John C. Quinn (*pro hac vice*) | Leslie Brueckner (SBN: 140968) |
| jquinn@heckerfink.com | lbrueckner@singletonschreiber.com |
| Hyatt Mustefa (*pro hac vice*) | **SINGLETON SCHREIBER, LLP** |
| hmustefa@heckerfink.com | 591 Camino de la Reina, Suite 1025 |
| Jocelyn Hassel (*pro hac vice*) | San Diego, CA 92108 |
| jhassel@heckerfink.com | Telephone: (619) 573-1851 |
| Tayonna Ngutter (*pro hac vice*) | |
| tngutter@heckerfink.com | Elizabeth Ryan (*pro hac vice*) |
| Tanveer Singh (*pro hac vice*) | eryan@baileyglasser.com |
| tsingh@heckerfink.com | **BAILEY & GLASSER LLP** |
| **HECKER FINK LLP** | 176 Federal Street, 5th Floor |
| 350 Fifth Avenue, 63rd Floor | Boston, MA 02110 |
| New York, NY 10118 | Telephone: (617) 439-6730 |
| T: 212.763.0883 | |
| | Derek G. Howard (SBN: 118082) |
| Joshua Matz (*pro hac vice*) | derek@derekhowardlaw.com |
| jmatz@heckerfink.com | **DEREK G. HOWARD LAW FIRM, INC.** |
| Joanne Grace Dela Peña (*pro hac vice*) | 42 Miller Avenue |
| jdelapena@heckerfink.com | Mill Valley, CA 94941 |
| Kaitlin Konkel (*pro hac vice*) | Telephone: (415) 432-7192 |
| kkonkel@heckerfink.com | Facsimile: (415) 524-2419 |
| Brian Remlinger (*pro hac vice*) | |
| bremlinger@heckerfink.com | *Attorneys for Plaintiff Dr. Andrew Forrest* |
| **HECKER FINK LLP** | |
| 1050 K Street NW \| Suite 1040 | |
| Washington, DC 20001 | |
| T: 212.763.0883 | |

PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | CASE NO. 22-CV-03699-PCP (VKD)

## CERTIFICATE OF SERVICE

I, John C. Quinn, hereby certify that on November 24, 2025, the foregoing document and attachments were electronically filed using the Court's CM/ECF system, and an email copy of the documents filed under seal will be sent to counsel of record.

*/s/ John C. Quinn*
John C. Quinn