| | |
|---|---|
| John C. Quinn (*pro hac vice*)<br>jquinn@heckerfink.com<br>Hyatt Mustefa (*pro hac vice*)<br>hmustefa@heckerfink.com<br>Jocelyn Hassel (*pro hac vice*)<br>jhassel@heckerfink.com<br>Tayonna Ngutter (*pro hac vice*)<br>tngutter@heckerfink.com<br>Tanveer Singh (*pro hac vice*)<br>tsingh@heckerfink.com<br>**HECKER FINK LLP**<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>Telephone: (212) 763-0883<br><br>Joshua Matz (*pro hac vice*)<br>jmatz@heckerfink.com<br>Kaitlin Konkel (*pro hac vice*)<br>kkonkel@heckerfink.com<br>Joanne Grace Dela Peña (*pro hac vice*)<br>jdelapena@heckerfink.com<br>Brian Remlinger (*pro hac vice*)<br>bremlinger@heckerfink.com<br>**HECKER FINK LLP**<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>Telephone: (212) 763-0883 | Leslie Brueckner (SBN: 140968)<br>lbrueckner@singletonschreiber.com<br>**SINGLETON SCHREIBER, LLP**<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>Telephone: (619) 573-1851<br><br>Elizabeth Ryan (*pro hac vice*)<br>eryan@baileyglasser.com<br>**BAILEY & GLASSER LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Telephone: (617) 439-6730<br><br>Derek G. Howard (SBN: 118082)<br>derek@derekhowardlaw.com<br>**DEREK G. HOWARD LAW FIRM, INC.**<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone: (415) 432-7192<br>Facsimile: (415) 524-2419 |

*Attorneys for Plaintiff Dr. Andrew Forrest*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>                Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>                Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Virginia K. DeMarchi |

**[PROPOSED] ORDER**

In accordance with Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff Andrew Forrest filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") in connection with the following documents:

| Document | Designating Party | Portion(s) to Seal | Reason for Sealing |
|---|---|---|---|
| Unredacted Joint Discovery Letter Brief | Defendant Meta Platforms, Inc. | Highlighted portions on page 6 | Designated as "CONFIDENTIAL" Protected Material by Defendant |
| Unredacted Plaintiff's First Set of Requests for Admission | Defendant Meta Platforms, Inc. | Highlighted portions on pages 6-14 | Designated as "CONFIDENTIAL" Protected Material by Defendant |

Having considered Plaintiff's Motion and the filings in support of the Motion, the Court ORDERS as follows:

The Motion is GRANTED.

SO ORDERED.

Dated:_____           _____
                                    Hon. Virginia K. DeMarchi, Magistrate Judge