UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW FORREST,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-03699-PCP (VKD)<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR RELIEF RE OCTOBER 29, 2025 ORDER**<br><br>Re: Dkt. Nos. 289, 295 |

On November 25, 2025, the parties filed a joint status report regarding the status of defendant Meta Platforms, Inc.'s ("Meta") investigation and production of Scam Ad data. Dkt. No. 295. In the status report, Meta requests relief from paragraph 7 of the Court's October 29, 2025 order which sets December 5, 2025 as the deadline for completion of "production of all alleged Scam Ad data that Meta had identified prior to the October 21 hearing." *See id.* at 8; Dkt. No. 289 ¶ 7. Meta states that "given the number of optimizations Plaintiff requested, and not for lack of effort . . . it cannot complete its investigation and production within the deadlines . . . ." Dkt. No. 295 at 4. Plaintiff Andrew Forrest opposes Meta's request. *Id.*

The deadlines in the Court's October 29, 2025 are based on the December 19, 2025 fact discovery completion deadline set in Judge Pitts's scheduling order. *See* Dkt. No. 289 ¶ 8; Dkt. No. 287 at 2. The Court expects the parties to comply with the dates in the Court's October 29, 2025 order unless they obtain relief from Judge Pitts's scheduling order. If the parties seek relief from Judge Pitts's scheduling order, they must file an appropriate motion addressed to Judge Pitts.

Accordingly, the Court denies Meta's request for relief from paragraph 7 of the Court's October 29, 2025 order.

**IT IS SO ORDERED.**

Dated: November 26, 2025

Virginia K. DeMarchi
United States Magistrate Judge