John C. Quinn (pro hac vice)
jquinn@heckerfink.com
Hyatt Mustefa (pro hac vice)
hmustefa@heckerfink.com
Jocelyn Hassel (pro hac vice)
jhassel@heckerfink.com
Tayonna Ngutter (pro hac vice)
tngutter@heckerfink.com
Tanveer Singh (pro hac vice)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

*Attorneys for Plaintiff Dr. Andrew Forrest*

[Additional Counsel on Signature Page]

Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
Meredith R. Dearborn (SBN: 268312)
mdearborn@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Karen L. Dunn (pro hac vice)
kdunn@dirllp.com
Melissa F. Zappala (pro hac vice)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>  Plaintiff,<br><br>- against -<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Case No. 22-cv-03699-PCP<br><br>**JOINT STATUS REPORT**<br><br>The Hon. Judge Virginia K. DeMarchi |

1       Pursuant to Judge Pitts's December 10, 2025 order granting the motion of Defendant Meta Platforms, Inc. to extend the case schedule, *see* ECF 301, Plaintiff Dr. Andrew Forrest and Defendant Meta (together, the "Parties") reached agreement on a joint proposal of interim deadlines. Accordingly, the Parties now jointly submit this status report to request that this Court reset interim deadlines for the completion of Meta's investigation and production of additional alleged Scam Ad data. A proposed order setting forth the Parties' joint proposal is attached.

Dated: December 15, 2025

Respectfully submitted,

By:
/s/ *John C. Quinn*
John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

/s/ *Walter F. Brown Jr.*
Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (pro hac vice)
asimons@paulweiss.com
Paloma Rivera (pro hac vice)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Karen L. Dunn (pro hac vice)
kdunn@dirllp.com
Melissa F. Zappala (pro hac vice)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Jacob M. Heath (SBN: 238959)
jheath@orrick.com
**ORRICK, HERRINGTON &**
**SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015

|   |   |   |
|---|---|---|
| 1 | Elizabeth Ryan (*pro hac vice*) | Telephone: (650) 614-7400 |
| 2 | eryan@baileyglasser.com<br>**BAILEY & GLASSER LLP** | Facsimile: (650) 614-7401 |
| 3 | 176 Federal Street, 5th Floor<br>Boston, MA 02110 |   |
|   | Telephone: (617) 439-6730 | *Attorneys for Defendant Meta Platforms, Inc.* |
| 4 |   |   |
| 5 | *Attorneys for Plaintiff Dr. Andrew Forrest* |   |