| | |
|---|---|
| John C. Quinn (*pro hac vice*) <br> jquinn@heckerfink.com <br> Hyatt Mustefa (*pro hac vice*) <br> hmustefa@heckerfink.com <br> Jocelyn Hassel (*pro hac vice*) <br> jhassel@heckerfink.com <br> Tayonna Ngutter (*pro hac vice*) <br> tngutter@heckerfink.com <br> Tanveer Singh (*pro hac vice*) <br> tsingh@heckerfink.com <br> **HECKER FINK LLP** <br> 350 Fifth Avenue, 63rd Floor <br> New York, NY 10118 <br> Telephone: (212) 763-883 <br><br> Joshua Matz (*pro hac vice*) <br> jmatz@heckerfink.com <br> Kaitlin Konkel (*pro hac vice*) <br> kkonkel@heckerfink.com <br> Joanne Grace Dela Peña (*pro hac vice*) <br> jdelapena@heckerfink.com <br> Brian Remlinger (*pro hac vice*) <br> bremlinger@heckerfink.com <br> **HECKER FINK LLP** <br> 1050 K Street NW, Suite 1040 <br> Washington, DC 20001 <br> Telephone: (212) 763-0883 <br><br> *Attorneys for Plaintiff Dr. Andrew Forrest* <br><br> [Additional Counsel on Signature Page] | Walter F. Brown Jr. (SBN: 130248) <br> wbrown@paulweiss.com <br> **PAUL, WEISS, RIFKIND,** <br> **WHARTON & GARRISON LLP** <br> 535 Mission Street, 24th Floor <br> San Francisco, CA 94105 <br> Telephone: (628) 432-5100 <br> Facsimile: (628) 232-3101 <br><br> Karen L. Dunn (*pro hac vice*) <br> kdunn@dirllp.com <br> Melissa F. Zappala (*pro hac vice*) <br> mzappala@dirllp.com <br> **DUNN ISAACSON RHEE LLP** <br> 401 9th Street NW <br> Washington, DC 20004 <br> Telephone: (202) 240-2900 <br> Facsimile: (202) 240-2050 <br><br> *Attorneys for Defendant Meta Platforms, Inc.* <br><br> [Additional Counsel on Signature Page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST, <br><br>         Plaintiff, <br><br>     - against - <br><br> META PLATFORMS, INC., <br><br>         Defendant. | Case No. 22-cv-03699-PCP <br><br> **JOINT STATUS REPORT** <br><br> The Hon. Judge Virginia K. DeMarchi |

1      Pursuant to this Court's December 16, 2025 Order (the "December 16 Order"), *see* ECF 303, Plaintiff Dr. Andrew Forrest and Defendant Meta Platforms, Inc. (together, the "parties") jointly submit this status report.

      Meta sent Plaintiff a report on its findings on January 14, 2026, and the parties met and conferred on January 20, 2026. Meta reported that its investigation into the creative optimizations identified by Plaintiff is now complete. Meta further reported that, subject to technological feasibility, it anticipates substantially completing its production of the available alleged Scam Ad data arising out of its investigation by January 30, 2026, and fully completing its production by February 6, 2026, per paragraph 5 of the December 16 Order.

**The Parties' Statements Regarding Plaintiff's December 17, 2025 Correspondence**

The parties could not agree on a joint statement relating to this topic.

**Plaintiff's Statement.**

In the interest of completeness and transparency, Plaintiff also provides the following update. On December 17, 2025, Plaintiff sent Meta a letter concerning a series of recent reports published by *Reuters*, which indicate that Meta itself projected that 10% of its 2024 revenue (totaling $16 billion) would come from advertisements for scams and banned goods, that Meta's safety staff in 2025 estimated that Meta was a participant in one third of all successful scams in the United States, and, critically, that Meta assesses before the ad auction stage the likelihood that the advertiser perpetrates fraud, only bans the advertisement if Meta's automated systems predict the likelihood of fraud is 95% or higher, and actually charges more (and thus profits more) from advertisements that Meta believes are fraudulent (but is less than 95% certain). Plaintiff explained in his letter that fraud scoring during the ad creation and rendering process is relevant to this phase of discovery and responsive to several of Plaintiff's discovery requests—particularly insofar as fraud scoring happens dynamically as ads undergo various creative optimizations—and thus this reporting, which is sourced from internal documents, indicates that there are substantial deficiencies in Meta's document production and interrogatory responses to date. Despite repeated requests from Plaintiff (who is mindful of the case schedule and of the Court's guidance with respect to the timely raising of discovery issues), Meta has not provided any response to Plaintiff's

December 17 deficiency letter, and has indicated that it will not respond until January 26 at the earliest. Plaintiff continues to pursue these issues and expects to meet and confer with Meta, and to raise any unresolved deficiencies with the Court, promptly after receiving Meta's response.

**Meta's Statement.**

Meta offered to include a neutral statement regarding Plaintiff's December 17, 2025 correspondence, despite considering such statement outside the scope of this joint status report ordered by the Court, because it did not relate to Meta's investigation or any additional requests for relief relating to Meta's investigation and production of additional alleged Scam Ad data per this Court's orders. (*See* ECF 303.) Plaintiff declined to submit such a joint statement. Meta will respond substantively to the characterizations in Plaintiff's statement as necessary, should this issue be brought before this Court in compliance with the discovery dispute procedure outlined in this Court's Standing Order for Civil Cases.

Dated: January 23, 2026

Respectfully submitted,

By:

/s/ *John C. Quinn*
John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

/s/ *Walter F. Brown Jr.*
Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (pro hac vice)
asimons@paulweiss.com
Paloma Rivera (*pro hac vice*)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Jacob M. Heath (SBN: 238959)
jheath@orrick.com
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015

| | | |
|---|---|---|
| 1 | Elizabeth Ryan (*pro hac vice*) | Telephone: (650) 614-7400 |
| 2 | eryan@baileyglasser.com<br>**BAILEY & GLASSER LLP** | Facsimile: (650) 614-7401 |
| 3 | 176 Federal Street, 5th Floor<br>Boston, MA 02110 | |
| 4 | Telephone: (617) 439-6730 | *Attorneys for Defendant Meta Platforms, Inc.* |
| 5 | *Attorneys for Plaintiff Dr. Andrew Forrest* | |

JOINT STATUS REPORT                                              Case No. 22-cv-3699-PCP