# EXHIBIT 6

██████████
████████████████

It is a high level summary, please explore the references for more information.

████████████

████████████████

████████ ┤├ ████████ ┤ ████████████████████████████████████████
████ ┤├ ████████████ ┤ ████████████████████████████████
    ████████
████████████████████████████████ ████████████████████████
    ┆ ████
    ┆ ████
    ┆ ████████
████████ ┤├ ████████████ ██████████████████████
    ┆ ████████████
    ┆ ████
    ┆ ████████████████████████████████████
    ┆ ████████
████████████████ ████████████████
    ┆ ████████████████████
████ ┤├ ████████ ┤├ ████████████████
    ┆ ████████████████ ████████ ████████████

████

████████████████

████████

████████████████████████████████████████

████████████
████
████████
████████████████████
████████████████████
████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META-0105929

[Page content fully redacted]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META-0105931

[Page contents redacted]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META-0105933

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META-0105934

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META-0105935

[Page contents redacted]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY