John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

*Attorneys for Plaintiff Dr. Andrew Forrest*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.<br><br>　　　　　　Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Virginia K. DeMarchi |

Pursuant to Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff Andrew Forrest submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with a Joint Discovery Letter Brief ("Letter Brief") and accompanying attachments.

The unredacted Letter Brief and attachments listed below contain material designated as Protected Material by Defendant Meta Platforms, Inc. pursuant to the Second Amended Protective Order ("Protective Order") entered in this matter. ECF 234. Section 14.4 of the Protective Order provides that "[w]ithout written permission from the Designating Party or a court order . . . , a Party may not file in the public record in this action any Protected Material." *Id.* ¶ 14.4. Section 14.4 further provides that "[a] Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." *Id.* Civil Local Rule 79-5(f), in turn, provides that where, as here, a Filing Party seeks to seal a document because it has been designated as confidential by another party, the Filing Party must file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Under Civil Local Rule 79-5(f)(3) and (4), the Designating Party must file a statement and/or declaration providing its position on sealing within seven days, and any party may file a response within four days of that statement and/or declaration.

Consistent with Section 14.4 of the Protective Order, Plaintiff has redacted the relevant material from the publicly filed versions of the Letter Brief and attachments, as described in more detail below. Plaintiff will file any response opposing sealing on the timeline established in Rule 79-5(f)(4), and he reserves all rights to challenge Defendant's sealing requests and confidentiality designations.

Based on the foregoing, Plaintiff moves the Court to consider whether the following material should be conditionally filed under seal:

| Document | Designating Party | Portion(s) to Seal | Reason for Sealing |
|---|---|---|---|
| Unredacted Joint Discovery Letter Brief | Defendant Meta Platforms, Inc. | Highlighted portions on pages 3-7 | Designated as Protected Material by Defendant |

| Document | Designating Party | Portion(s) to Seal | Reason for Sealing |
|---|---|---|---|
| Unredacted Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 1 and 8 (Exhibit 4) | Defendant Meta Platforms, Inc. | Highlighted portions on pages 2, 5-8 | Designated as Protected Material by Defendant |
| Unredacted Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiff's Interrogatories Nos. 4, 6, 7 (Exhibit 5) | Defendant Meta Platforms, Inc. | Highlighted portions on pages 8-11 | Designated as Protected Material by Defendant |
| Unredacted META-0105928 (Exhibit 6) | Defendant Meta Platforms, Inc. | Highlighted portions on pages Bates numbered META-0105928 to -0105936 | Designated as Protected Material by Defendant |

Plaintiff is serving this motion on Defendant the same day it is being filed, by CM/ECF and email.

Dated: February 9, 2026

Respectfully submitted,

*/s/ John C. Quinn*
John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor

2

|   |   |
|---|---|
| 350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>T: 212.763.0883<br><br>Joshua Matz (*pro hac vice*)<br>jmatz@heckerfink.com<br>Kaitlin Konkel (*pro hac vice*)<br>kkonkel@heckerfink.com<br>Joanne Grace Dela Peña (*pro hac vice*)<br>jdelapena@heckerfink.com<br>Brian Remlinger (*pro hac vice*)<br>bremlinger@heckerfink.com<br>**HECKER FINK LLP**<br>1050 K Street NW | Suite 1040<br>Washington, DC 20001<br>T: 212.763.0883 | Boston, MA 02110<br>Telephone: (617) 439-6730<br><br>Derek G. Howard (SBN: 118082)<br>derek@derekhowardlaw.com<br>**DEREK G. HOWARD LAW FIRM, INC.**<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone: (415) 432-7192<br>Facsimile: (415) 524-2419<br><br>*Attorneys for Plaintiff Dr. Andrew Forrest* |

**CERTIFICATE OF SERVICE**

I, John C. Quinn, hereby certify that on February 9, 2026, the foregoing document and attachments were electronically filed using the Court's CM/ECF system, and an email copy of the documents filed under seal will be sent to counsel of record.

/s/ John C. Quinn
John C. Quinn

4

PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | CASE NO. 22-CV-03699-PCP (VKD)