John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

*Attorneys for Plaintiff Dr. Andrew Forrest*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>              Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.<br><br>              Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Virginia K. DeMarchi |

I, John C. Quinn, declare as follows:

1.    I am a partner with the law firm Hecker Fink LLP, counsel of record for Plaintiff Dr. Andrew Forrest in this action. I make this declaration based on my own personal knowledge.

2.    Attached are true and correct copies of the parties' Joint Discovery Letter Brief ("Letter Brief"); Exhibit 4, Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 1 and 8; Exhibit 5, Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiff's Interrogatories Nos. 4, 6, 7; and Exhibit 6, a document bearing the Bates number META-0105928, which Meta produced in discovery.

3.    Pages 3-7 of the Letter Brief contain material designated by Meta as Protected Material pursuant to the Second Amended Protective Order ("Protective Order") entered in this matter. ECF 234. Those portions are highlighted in the attached copy.

4.    Page 2 and pages 5-8 of Exhibit 4, Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 1 and 8 contain material designated by Meta as Protected Material pursuant to the Protective Order. Those portions are highlighted in the attached copy.

5.    Pages 8-11 of Exhibit 5, Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiff's Interrogatories Nos. 4, 6, 7 contain material designated by Meta as Protected Material pursuant to the Protective Order. Those portions are highlighted in the attached copy.

6.    Pages Bates numbered META-0105928 to -0105936 of Exhibit 6, META-0105928 contain material designated by Meta as Protected Material pursuant to the Protective Order. Those portions are highlighted in the attached copy.

7.    Pursuant to Section 14.4 of the Protective Order, "[w]ithout written permission from the Designating Party or a court order . . . , a Party may not file in the public record in this action any Protected Material." *Id.* ¶ 14.4.

8.    Consistent with the Protective Order, Plaintiff has conditionally redacted the highlighted material from the publicly filed versions of the Letter Brief and the attachments

DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF ANDREW FORREST'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE
SEALED | CASE NO. 22-CV-03699-PCP (VKD)

specified above.

      I declare under the penalty of perjury that the foregoing is true and correct.


Dated:  February 9, 2026                 /s/ *John C. Quinn*

New York, New York                 John C. Quinn

2

DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF ANDREW FORREST'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE
SEALED | CASE NO. 22-CV-03699-PCP (VKD)