| | |
|---|---|
| John C. Quinn (*pro hac vice*) <br> jquinn@heckerfink.com <br> Hyatt Mustefa (*pro hac vice*) <br> hmustefa@heckerfink.com <br> Jocelyn Hassel (*pro hac vice*) <br> jhassel@heckerfink.com <br> Tayonna Ngutter (*pro hac vice*) <br> tngutter@heckerfink.com <br> Tanveer Singh (*pro hac vice*) <br> tsingh@heckerfink.com <br> **HECKER FINK LLP** <br> 350 Fifth Avenue, 63rd Floor <br> New York, NY 10118 <br> Telephone: (212) 763-0883 <br><br> Joshua Matz (*pro hac vice*) <br> jmatz@heckerfink.com <br> Kaitlin Konkel (*pro hac vice*) <br> kkonkel@heckerfink.com <br> Joanne Grace Dela Peña (*pro hac vice*) <br> jdelapena@heckerfink.com <br> Brian Remlinger (*pro hac vice*) <br> bremlinger@heckerfink.com <br> **HECKER FINK LLP** <br> 1050 K Street NW, Suite 1040 <br> Washington, DC 20001 <br> Telephone: (212) 763-0883 | Leslie Brueckner (SBN: 140968) <br> lbrueckner@singletonschreiber.com <br> **SINGLETON SCHREIBER, LLP** <br> 591 Camino de la Reina, Suite 1025 <br> San Diego, CA 92108 <br> Telephone: (619) 573-1851 <br><br> Elizabeth Ryan (*pro hac vice*) <br> eryan@baileyglasser.com <br> **BAILEY & GLASSER LLP** <br> 176 Federal Street, 5th Floor <br> Boston, MA 02110 <br> Telephone: (617) 439-6730 <br><br> Derek G. Howard (SBN: 118082) <br> derek@derekhowardlaw.com <br> **DEREK G. HOWARD LAW FIRM, INC.** <br> 42 Miller Avenue <br> Mill Valley, CA 94941 <br> Telephone: (415) 432-7192 <br> Facsimile: (415) 524-2419 |

*Attorneys for Plaintiff Dr. Andrew Forrest*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. <br><br> Defendant. | Case No. 22-CV-03699-PCP (VKD) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> The Honorable Virginia K. DeMarchi |

**[PROPOSED] ORDER**

In accordance with Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff Andrew Forrest filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") in connection with the following documents:

| Document | Designating Party | Portion(s) to Seal | Reason for Sealing |
|---|---|---|---|
| Unredacted Joint Discovery Letter Brief | Defendant Meta Platforms, Inc. | Highlighted portions on pages 3-7 | Designated as Protected Material by Defendant |
| Unredacted Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 1 and 8 (Exhibit 4) | Defendant Meta Platforms, Inc. | Highlighted portions on pages 2, 5-8 | Designated as Protected Material by Defendant |
| Unredacted Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiff's Interrogatories Nos. 4, 6, 7 (Exhibit 5) | Defendant Meta Platforms, Inc. | Highlighted portions on pages 8-11 | Designated as Protected Material by Defendant |
| Unredacted META-0105928 (Exhibit 6) | Defendant Meta Platforms, Inc. | Highlighted portions on pages Bates numbered META-0105928 to -0105936 | Designated as Protected Material by Defendant |

Having considered Plaintiff's Motion, any filing by the Designating Party, and any response by Plaintiff, the Court ORDERS as follows:

The Motion is _____.

SO ORDERED.

1

[PROPOSED] ORDER GRANTING PLAINTIFF ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | CASE NO. 22-CV-03699-PCP (VKD)

Dated: _____    _____
                                  Hon. Virginia K. DeMarchi, Magistrate Judge