UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW FORREST,<br><br>   Plaintiff,<br><br> v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 22-cv-03699-PCP   (VKD)<br><br>**ORDER RE CART REQUEST FOR DISCOVERY HEARING** |

On February 24, 2026, a discovery hearing is scheduled to be held in the above-entitled action before Magistrate Judge Virginia K. DeMarchi. The Court has received a CART request from defense counsel who will be appearing at the hearing.

Accordingly, the real-time service of this proceeding is to be provided on the following basis:

 ( ) Ordinary (within 30 days @ $3.65 per page).

 ( ) 14-Day (within 14 days @ $4.25 per page).

 ( ) Expedited (within 7 days @ $4.85 per page).

 ( ) 3-Day Transcript (within 3 days @ $5.45 per page).

 ( ) Daily (overnight @ $6.05 per page).

 ( ) Hourly (within 2 hours of receipt of the order @ $7.25 per page).

 (X) One feed, $3.70 per page.

The Clerk is directed to pay the court reporter the cost of providing the real-time service at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

\\\

\\\

**IT IS SO ORDERED.**

Dated: February 18, 2026



VIRGINIA K. DEMARCHI
United States Magistrate Judge

ORDER RE CART REQUEST FOR DISCOVERY HEARING