| | |
|---|---|
| Karen L. Dunn (*pro hac vice*)<br>kdunn@dirllp.com<br>Melissa F. Zappala (*pro hac vice*)<br>mzappala@dirllp.com<br>**DUNN ISAACSON RHEE LLP**<br>401 9th Street NW<br>Washington, DC 20004<br>Telephone: (202) 240-2900<br>Facsimile (202) 240-2050<br><br>Meredith R. Dearborn (SBN: 268312)<br>mdearborn@dirllp.com<br>**DUNN ISAACSON RHEE LLP**<br>345 California Street, Suite 600<br>San Francisco, CA 94104-2671<br>Telephone: (202) 240-2900<br>Facsimile: (202) 240-2050 | Walter F. Brown, Jr. (SBN: 130248)<br>wbrown@paulweiss.com<br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br><br>Amy L. Barton (*pro hac vice*)<br>abarton@paulweiss.com<br>T. Patrick Cordova (*pro hac vice*)<br>pcordova@paulweiss.com<br>Anne Simons (*pro hac vice*)<br>asimons@paulweiss.com<br>Paloma Rivera (*pro hac vice*)<br>privera@paulweiss.com<br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**DECLARATION OF WALTER F. BROWN, JR. IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CLOSE FEBRUARY 24 HEARING ON THE JOINT DISCOVERY LETTER BRIEF (DKTS. 307, 307-4, 307-5, 307-6, 308-3, 308-4, 308-5, 308-6)**<br><br>The Honorable Virginia K. DeMarchi |

I, Walter F. Brown, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta") in this action.

2. I submit this declaration under Civil Local Rule 7-11(a) in support of Meta's Administrative Motion to Close the February 24, 2026 Hearing on the Joint Discovery Letter Brief (Dkts. 307, 307-4, 307-5, 307-6 (redacted); Dkts. 308-3, 308-4, 308-5, 308-6 (filed under seal)) ("Meta's Administrative Motion"). Below I set forth the facts explaining why a stipulation between the parties could not be obtained. I have personal knowledge of these facts and, if called as a witness, I could and would testify competently thereto.

3. On February 17, my colleague, T. Patrick Cordova, emailed counsel for Plaintiff to inform them of Meta's intention to file a motion requesting that Judge DeMarchi's courtroom be closed during the February 24 discovery hearing addressing the parties' Joint Discovery Letter Brief (the "Discovery Letter Brief"). Mr. Cordova explained that this was necessary because the Discovery Letter Brief includes—and thus the hearing would address—information Meta has designated as Confidential and Highly Confidential – Attorneys' Eyes Only under the Second Amended Protective Order. Mr. Cordova requested that Plaintiff stipulate to the closing of the courtroom during the discussion of the Discovery Letter Brief.

4. Plaintiff's counsel responded on February 17. Plaintiff's counsel explained that Plaintiff was not willing to stipulate to closing the courtroom and that Plaintiff would oppose any such motion. Plaintiff's counsel stated their view that there were less restrictive alternatives available to closing the hearing, including sidebar conferences. Plaintiff's counsel added that, in their view, much of what the parties will discuss is already in the public domain, and that the parties can present most or all of their arguments without referencing sealed material.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.  Executed this 19th day of February, 2026 in San Francisco, CA.

<u>/s/ Walter F. Brown, Jr.</u>