| | |
|---|---|
| Karen L. Dunn (*pro hac vice*)<br>kdunn@dirllp.com<br>Melissa F. Zappala (*pro hac vice*)<br>mzappala@dirllp.com<br>**DUNN ISAACSON RHEE LLP**<br>401 9th Street NW<br>Washington, DC 20004<br>Telephone: (202) 240-2900<br>Facsimile (202) 240-2050<br><br>Meredith R. Dearborn (SBN: 268312)<br>mdearborn@dirllp.com<br>**DUNN ISAACSON RHEE LLP**<br>345 California Street, Suite 600<br>San Francisco, CA 94104-2671<br>Telephone: (202) 240-2900<br>Facsimile: (202) 240-2050 | Walter F. Brown, Jr. (SBN: 130248)<br>wbrown@paulweiss.com<br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile:  (628) 232-3101<br><br>Amy L. Barton (*pro hac vice*)<br>abarton@paulweiss.com<br>T. Patrick Cordova (*pro hac vice*)<br>pcordova@paulweiss.com<br>Anne Simons (*pro hac vice*)<br>asimons@paulweiss.com<br>Paloma Rivera (*pro hac vice*)<br>privera@paulweiss.com<br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>         Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>         Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CLOSE FEBRUARY 24 HEARING ON THE JOINT DISCOVERY LETTER BRIEF (DKTS. 307, 307-4, 307-5, 307-6, 308-3, 308-4, 308-5, 308-6)**<br><br>The Honorable Virginia K. DeMarchi |

1  The Court grants Meta's administrative motion to close the February 24, 2026 hearing
2  regarding the parties' discovery dispute letter (Dkts. 307, 307-4, 307-5, 307-6 (redacted); Dkts.
3  308-3, 308-4, 308-5, 308-6 (filed under seal)).
4  **IT IS SO ORDERED**.

6  Dated: _____

         _____
         Virginia K. DeMarchi
         United States Magistrate Judge