# EXHIBIT A

**EXHIBIT LIST**

| Exhibit | Description |
| --- | --- |
| Exhibit A | Exhibit List |
| Exhibit B | 8/9/19 Letter from Mark O'Brien Legal |
| Exhibit C | 8/27/19 Letter from White & Case |
| Exhibit D | 10/18/19 Letter from White & Case |
| Exhibit E | 4/28/23 Letter from Bailey & Glasser |
| Exhibit F | 11/20/23 Letter from Bailey & Glasser |
| Exhibit G | 1/21/25 Letter from Paul Weiss |
| Exhibit H | Meta's Supplemental Responses & Objections to Interrogatory No. 1 |
| Exhibit I | META-0002349 |
| Exhibit J | META-0008778 |
| Exhibit K | META-0092245 |
| Exhibit L | 7/11/25 Letter from Paul Weiss |
| Exhibit M | Meta's Responses & Objections to RFAs Nos. 6-17 |
| Exhibit N | META-0104805, META-0104809, META-0104813, META-0104871 |
| Exhibit O | Excerpts from 10/21/25 Hearing Transcript |