| | |
|---|---|
| John C. Quinn (*pro hac vice*)<br>jquinn@heckerfink.com<br>Hyatt Mustefa (*pro hac vice*)<br>hmustefa@heckerfink.com<br>Jocelyn Hassel (*pro hac vice*)<br>jhassel@heckerfink.com<br>Tayonna Ngutter (*pro hac vice*)<br>tngutter@heckerfink.com<br>Tanveer Singh (*pro hac vice*)<br>tsingh@heckerfink.com<br>**HECKER FINK LLP**<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>Telephone: (212) 763-0883<br><br>Joshua Matz (*pro hac vice*)<br>jmatz@heckerfink.com<br>Kaitlin Konkel (*pro hac vice*)<br>kkonkel@heckerfink.com<br>Joanne Grace Dela Peña (*pro hac vice*)<br>jdelapena@heckerfink.com<br>Brian Remlinger (*pro hac vice*)<br>bremlinger@heckerfink.com<br>**HECKER FINK LLP**<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>Telephone: (212) 763-0883 | Leslie Brueckner (SBN: 140968)<br>lbrueckner@singletonschreiber.com<br>**SINGLETON SCHREIBER, LLP**<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>Telephone: (619) 573-1851<br><br>Elizabeth Ryan (*pro hac vice*)<br>eryan@baileyglasser.com<br>**BAILEY & GLASSER LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Telephone: (617) 439-6730<br><br>Derek G. Howard (SBN: 118082)<br>derek@derekhowardlaw.com<br>**DEREK G. HOWARD LAW FIRM, INC.**<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone: (415) 432-7192<br>Facsimile: (415) 524-2419 |

*Attorneys for Plaintiff Dr. Andrew Forrest*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>  Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.<br><br>  Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DR. ANDREW FORREST'S MOTION FOR SANCTIONS RE: SPOLIATION OF EVIDENCE**<br><br>The Honorable P. Casey Pitts |

**[PROPOSED] ORDER**

Having considered Plaintiff Dr. Andrew Forrest's Notice of Motion and Motion for Sanctions re: Spoliation of Evidence and Memorandum of Points and Authorities in Support Thereof, along with the accompanying documents, the Court ORDERS as follows:

Plaintiff's request for evidentiary sanctions under Rule 37(e)(1) is GRANTED. The Court:

(1) holds that a triable issue of fact exists with respect to Meta's assertion of Section 230 immunity; [and/or]

(2) precludes Meta from relying on the absence of the data it destroyed in moving for summary judgment or at trial.

Plaintiff's request for evidentiary sanctions under Rule 37(e)(2) is GRANTED. The Court will draw at summary judgment, and instruct the jury that it may draw at trial, the following adverse inference[s]:

(3) the destroyed evidence is unfavorable to Meta; [and/or]

(4) where outputs and change data are missing, the data would have shown that all eligible tools in fact acted upon the ads, and that each of those tools made the most substantial contributions it was capable of making, according to the record evidence and reasonable inferences that can be drawn from it.

SO ORDERED.

Dated:_____     _____
                                         Hon. P. Casey Pitts, District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF DR. ANDREW FORREST'S MOTION FOR SANCTIONS RE: SPOLIATION OF EVIDENCE | CASE NO. 22-CV-03699-PCP (VKD)