John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

*Attorneys for Plaintiff Dr. Andrew Forrest*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>                 Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.<br><br>                 Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S OPPOSITION RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 308)**<br><br>The Honorable Virginia K. DeMarchi |

I, John C. Quinn, declare as follows:

1. I am a partner at the law firm Hecker Fink LLP and counsel of record for Plaintiff Dr. Andrew Forrest in this action. I make this declaration based on my own personal knowledge.

2. On February 9, 2026, the parties filed two versions of the Joint Discovery Letter Brief re: Fraud Scoring and the accompanying exhibits (the "Letter Brief"): a public, redacted version (ECF 307) and an unredacted version filed under conditional seal (ECF 308).

3. This discovery dispute arose after Plaintiff learned from Reuters reporting—sourced from internal Meta documents—that Meta had failed to disclose responsive information in discovery. *See, e.g.*, Jeff Horwitz, *Meta Is Earning a Fortune on a Deluge of Fraudulent Ads, Documents Show*, Reuters (Nov. 6, 2025), https://www.reuters.com/investigations/meta-is-earning-fortune-deluge-fraudulent-ads-documents-show-2025-11-06/; Jeff Horwitz, *Meta's "Trusted Experts" Helped Me Run Scam Ads on Facebook and Instagram*, Reuters (Dec. 15, 2025), https://www.reuters.com/investigations/metas-trusted-experts-helped-me-run-scam-ads-facebook-instagram-2025-12-15/.

4. After learning of these articles, Plaintiff sent Meta a detailed deficiency letter citing that reporting. Meta took weeks to respond and then refused to supplement or correct its document production and interrogatory responses. The parties submitted the Letter Brief on February 9, 2026.

5. Prior to filing, Meta requested redaction of specific portions pursuant to the Second Amended Protective Order, ECF 234 (the "Protective Order"). Thus, as required by Section 14.4 of the Protective Order, Plaintiff filed those parts of the Letter Brief under conditional seal, reserving "all rights to challenge Defendant's sealing requests and confidentiality designations." ECF 308 at 1.

6. Meta subsequently sought to seal the material conditionally redacted from the Letter Brief, ECF 310, as well as to close the entire February 24 hearing, ECF 312.

7. Meta's counsel submitted a declaration in support of sealing, ECF 310, which attached a chart listing the portions of the Letter Brief for which Meta is requesting sealing,

1

DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S OPPOSITION RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | CASE NO. 22-CV-03699-PCP (VKD)

1  ECF 310-1.  Plaintiff has attached a reproduced version of Meta's chart that includes a column
2  with his position for each entry.
3      I declare under penalty of perjury that the foregoing is true and correct.

5  Dated:  February 23, 2026                    /s/ [signature]
6  New York, New York                           John C. Quinn