| | |
|---|---|
| John C. Quinn (*pro hac vice*)<br>jquinn@heckerfink.com<br>Hyatt Mustefa (*pro hac vice*)<br>hmustefa@heckerfink.com<br>Jocelyn Hassel (*pro hac vice*)<br>jhassel@heckerfink.com<br>Tayonna Ngutter (*pro hac vice*)<br>tngutter@heckerfink.com<br>Tanveer Singh (*pro hac vice*)<br>tsingh@heckerfink.com<br>**HECKER FINK LLP**<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>Telephone: (212) 763-0883<br><br>Joshua Matz (*pro hac vice*)<br>jmatz@heckerfink.com<br>Kaitlin Konkel (*pro hac vice*)<br>kkonkel@heckerfink.com<br>Joanne Grace Dela Peña (*pro hac vice*)<br>jdelapena@heckerfink.com<br>Brian Remlinger (*pro hac vice*)<br>bremlinger@heckerfink.com<br>**HECKER FINK LLP**<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>Telephone: (212) 763-0883 | Leslie Brueckner (SBN: 140968)<br>lbrueckner@singletonschreiber.com<br>**SINGLETON SCHREIBER, LLP**<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>Telephone: (619) 573-1851<br><br>Elizabeth Ryan (*pro hac vice*)<br>eryan@baileyglasser.com<br>**BAILEY & GLASSER LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Telephone: (617) 439-6730<br><br>Derek G. Howard (SBN: 118082)<br>derek@derekhowardlaw.com<br>**DEREK G. HOWARD LAW FIRM, INC.**<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone: (415) 432-7192<br>Facsimile: (415) 524-2419 |

*Attorneys for Plaintiff Dr. Andrew Forrest*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>              Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.<br><br>              Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**[PROPOSED] ORDER DENYING SEALING RE: PLAINTIFF DR. ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 308)**<br><br>The Honorable Virginia K. DeMarchi |

**[PROPOSED] ORDER**

Having considered Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 308), Defendant Meta Platforms, Inc.'s declaration in support of sealing (ECF 310), and Plaintiff's opposition in response, the Court ORDERS as follows:

The request for sealing is DENIED.

SO ORDERED.

Dated:_____

Hon. Virginia K. DeMarchi
Magistrate Judge

1

[[PROPOSED] ORDER DENYING SEALING RE: PLAINTIFF DR. ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | CASE NO. 22-CV-03699-PCP (VKD)