| | |
|---|---|
| John C. Quinn (*pro hac vice*)<br>jquinn@heckerfink.com<br>Hyatt Mustefa (*pro hac vice*)<br>hmustefa@heckerfink.com<br>Jocelyn Hassel (*pro hac vice*)<br>jhassel@heckerfink.com<br>Tayonna Ngutter (*pro hac vice*)<br>tngutter@heckerfink.com<br>Tanveer Singh (*pro hac vice*)<br>tsingh@heckerfink.com<br>**HECKER FINK LLP**<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>Telephone: (212) 763-0883<br><br>Joshua Matz (*pro hac vice*)<br>jmatz@heckerfink.com<br>Kaitlin Konkel (*pro hac vice*)<br>kkonkel@heckerfink.com<br>Joanne Grace Dela Peña (*pro hac vice*)<br>jdelapena@heckerfink.com<br>Brian Remlinger (*pro hac vice*)<br>bremlinger@heckerfink.com<br>**HECKER FINK LLP**<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>Telephone: (212) 763-0883 | Leslie Brueckner (SBN: 140968)<br>lbrueckner@singletonschreiber.com<br>**SINGLETON SCHREIBER, LLP**<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>Telephone: (619) 573-1851<br><br>Elizabeth Ryan (*pro hac vice*)<br>eryan@baileyglasser.com<br>**BAILEY & GLASSER LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Telephone: (617) 439-6730<br><br>Derek G. Howard (SBN: 118082)<br>derek@derekhowardlaw.com<br>**DEREK G. HOWARD LAW FIRM, INC.**<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone: (415) 432-7192<br>Facsimile: (415) 524-2419 |

*Attorneys for Plaintiff Dr. Andrew Forrest*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>                Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>                Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CLOSE FEBRUARY 24 HEARING**<br><br>The Honorable Virginia K. DeMarchi |

DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CLOSE FEBRUARY 24 HEARING | CASE NO. 22-CV-03699-PCP (VKD)

I, John C. Quinn, declare as follows:

1. I am a partner at the law firm Hecker Fink LLP and counsel of record for Plaintiff Dr. Andrew Forrest in this action. I make this declaration based on my own personal knowledge.

2. On February 9, 2026, the parties filed two versions of the Joint Discovery Letter Brief re: Fraud Scoring and the accompanying exhibits (the "Letter Brief"): a public, redacted version (ECF 307) and an unredacted version filed under conditional seal (ECF 308).

3. Prior to filing, Meta requested redaction of specific portions pursuant to the Second Amended Protective Order, ECF 234 (the "Protective Order"). Thus, as required by Section 14.4 of the Protective Order, Plaintiff filed those parts of the Letter Brief under conditional seal, reserving "all rights to challenge Defendant's sealing requests and confidentiality designations." ECF 308 at 1.

4. Meta subsequently sought to seal the material conditionally redacted from the Letter Brief, ECF 310, as well as to close the entire February 24 hearing, ECF 312.

5. The arguments and facts in the Letter Brief are largely non-confidential. Indeed, the parties publicly filed the Letter Brief with limited redactions.

6. In addition, much of the relevant material is in the public domain, and recent reporting has made it a matter of public interest. *See, e.g.*, Jeff Horwitz, *Meta Is Earning a Fortune on a Deluge of Fraudulent Ads, Documents Show*, Reuters (Nov. 6, 2025), https://www.reuters.com/investigations/meta-is-earning-fortune-deluge-fraudulent-ads-documents-show-2025-11-06/; Jeff Horwitz, *Meta's "Trusted Experts" Helped Me Run Scam Ads on Facebook and Instagram*, Reuters (Dec. 15, 2025), https://www.reuters.com/investigations/metas-trusted-experts-helped-me-run-scam-ads-facebook-instagram-2025-12-15/.

7. Plaintiff learned of the deficiencies that gave rise to the Letter Brief only because Reuters broke a story on the subject, revealing the existence of responsive information that Meta had failed to disclose in discovery.

8. To the extent the Court determines that any of the material at issue is entitled to

1

DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CLOSE FEBRUARY 24 HEARING | CASE NO. 22-CV-03699-PCP (VKD)

1  protection, the parties can address that material through sidebar conferences or other limited, tailored means.

9. One of Plaintiff's House Counsel (as defined in the Protective Order) has traveled from Australia to attend the February 24 hearing.

10. The Protective Order permits disclosure of "CONFIDENTIAL" Protected Material to House Counsel where specified requirements are met. *See* ECF 234 ¶¶ 7.3(b), 7.7.

11. The House Counsel referenced above has complied with those requirements and is permitted to access "CONFIDENTIAL" Protected Material.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2026         /s/ *[signature]*
New York, New York               John C. Quinn

2

DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CLOSE FEBRUARY 24 HEARING | CASE NO. 22-CV-03699-PCP (VKD)