| | |
|---|---|
| 1  John C. Quinn (*pro hac vice*) | Leslie Brueckner (SBN: 140968) |
|    jquinn@heckerfink.com | lbrueckner@singletonschreiber.com |
| 2  Hyatt Mustefa (*pro hac vice*) | **SINGLETON SCHREIBER, LLP** |
|    hmustefa@heckerfink.com | 591 Camino de la Reina, Suite 1025 |
| 3  Jocelyn Hassel (*pro hac vice*) | San Diego, CA 92108 |
|    jhassel@heckerfink.com | Telephone: (619) 573-1851 |
| 4  Tayonna Ngutter (*pro hac vice*) | |
|    tngutter@heckerfink.com | |
| 5  Tanveer Singh (*pro hac vice*) | Elizabeth Ryan (*pro hac vice*) |
|    tsingh@heckerfink.com | eryan@baileyglasser.com |
| 6  **HECKER FINK LLP** | **BAILEY & GLASSER LLP** |
|    350 Fifth Avenue, 63rd Floor | 176 Federal Street, 5th Floor |
| 7  New York, NY 10118 | Boston, MA 02110 |
|    Telephone: (212) 763-0883 | Telephone: (617) 439-6730 |

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

*Attorneys for Plaintiff Dr. Andrew Forrest*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST, | Case No. 22-CV-03699-PCP (VKD) |
| Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CLOSE FEBRUARY 24 HEARING (ECF 312)** |
| v. | |
| META PLATFORMS, INC. | |
| Defendant. | The Honorable Virginia K. DeMarchi |

**[PROPOSED] ORDER**

Having considered Defendant Meta Platforms, Inc.'s Administrative Motion to Close February 24 Hearing (ECF 312), along with Plaintiff's Opposition, the Court ORDERS as follows:

The Motion is DENIED.

SO ORDERED.

Dated:_____

_____
Hon. Virginia K. DeMarchi
Magistrate Judge

1

[PROPOSED] ORDER DENYING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CLOSE FEBRUARY 24 HEARING (ECF 312) | CASE NO. 22-CV-03699-PCP (VKD)