| | |
|---|---|
| Karen L. Dunn (*pro hac vice*) <br> kdunn@dirllp.com <br> Melissa F. Zappala (*pro hac vice*) <br> mzappala@dirllp.com <br> **DUNN ISAACSON RHEE LLP** <br> 401 9th Street NW <br> Washington, DC 20004 <br> Telephone: (202) 240-2900 <br> Facsimile: (202) 240-2050 <br><br> Meredith R. Dearborn (SBN: 268312) <br> mdearborn@dirllp.com <br> **DUNN ISAACSON RHEE LLP** <br> 345 California Street, Suite 600 <br> San Francisco, CA 94104-2671 <br> Telephone: (202) 240-2900 <br> Facsimile: (202) 240-2050 | Walter F. Brown, Jr. (SBN: 130248) <br> wbrown@paulweiss.com <br> **PAUL, WEISS, RIFKIND,** <br> **WHARTON & GARRISON LLP** <br> 535 Mission Street, 25th Floor <br> San Francisco, CA 94105 <br> Telephone: (628) 432-5100 <br> Facsimile: (628) 232-3101 <br><br> Amy L. Barton (*pro hac vice*) <br> abarton@paulweiss.com <br> T. Patrick Cordova (*pro hac vice*) <br> pcordova@paulweiss.com <br> Anne Simons (*pro hac vice*) <br> asimons@paulweiss.com <br> Paloma Rivera (*pro hac vice*) <br> privera@paulweiss.com <br> **PAUL, WEISS, RIFKIND,** <br> **WHARTON & GARRISON LLP** <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 22-CV-03699-PCP (VKD) <br><br> [PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO EXTEND THE BRIEFING SCHEDULE ON PLAINTIFF'S SPOLIATION MOTION AND THE CASE SCHEDULE **AS MODIFIED** <br><br> The Honorable P. Casey Pitts |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE BRIEFING SCHEDULE ON PLAINTIFF'S SPOLIATION MOTION AND THE CASE SCHEDULE

CASE NO. 5:22-CV-03699-PCP (VKD)

Having considered Defendant's Motion to Extend the Briefing Schedule on Plaintiff's Spoliation Motion and the Case Schedule and the papers submitted in support, and good cause appearing, the Motion is GRANTED. Meta's deadline to file its opposition to Plaintiff's Spoliation Motion is extended to March 23, 2026. Plaintiff's deadline to reply to Meta's opposition is extended to April 7, 2026. The motion is set for hearing on April 16, 2026.

The case deadlines set forth in the Court's December 10, 2025 Order (ECF 301) are further modified as follows:

| Event | Deadline |
|---|---|
| Meta's Motion for Summary Judgment on Section 230 defense and opening expert report(s) (if applicable) | ~~March 31, 2026~~<br>~~30~~ 14 days after a final decision on Plaintiff's Spoliation Motion |
| Dr. Forrest's Opposition to Meta's Summary Judgment Motion; Cross-Motion for Partial Summary Judgment (if applicable); and opening expert report(s) (if applicable) | ~~May 26, 2026~~<br>60 days after the filing of Meta's Motion for Summary Judgment |
| Meta's Reply in Further Support of Summary Judgment; Opposition to Dr. Forrest's Cross-Motion for Partial Summary Judgment (if applicable); and rebuttal expert report(s) (if applicable) | ~~July 3, 2026~~<br>40 days after the filing of Plaintiff's Opposition or Cross-Motion |
| Dr. Forrest's Reply in Further Support of Partial Summary Judgment (if applicable) and rebuttal expert report(s) (if applicable) | ~~August 4, 2026~~<br>30 days after the filing of Meta's Reply |

**IT IS SO ORDERED**.

Dated: February 27, 2026

_____
Hon. P. Casey Pitts
United States District Judge