| | |
|---|---|
| John C. Quinn (*pro hac vice*)<br>jquinn@heckerfink.com<br>Hyatt Mustefa (*pro hac vice*)<br>hmustefa@heckerfink.com<br>Jocelyn Hassel (*pro hac vice*)<br>jhassel@heckerfink.com<br>Tayonna Ngutter (*pro hac vice*)<br>tngutter@heckerfink.com<br>Tanveer Singh (*pro hac vice*)<br>tsingh@heckerfink.com<br>**HECKER FINK LLP**<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>Telephone: (212) 763-883<br><br>Joshua Matz (*pro hac vice*)<br>jmatz@heckerfink.com<br>Kaitlin Konkel (*pro hac vice*)<br>kkonkel@heckerfink.com<br>Joanne Grace Dela Peña (*pro hac vice*)<br>jdelapena@heckerfink.com<br>Brian Remlinger (*pro hac vice*)<br>bremlinger@heckerfink.com<br>**HECKER FINK LLP**<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>Telephone: (212) 763-0883<br><br>*Attorneys for Plaintiff Dr. Andrew Forrest*<br><br>[Additional Counsel on Signature Page] | Walter F. Brown Jr. (SBN: 130248)<br>wbrown@paulweiss.com<br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br><br>Karen L. Dunn (*pro hac vice*)<br>kdunn@dirllp.com<br>Melissa F. Zappala (*pro hac vice*)<br>mzappala@dirllp.com<br>**DUNN ISAACSON RHEE LLP**<br>401 9th Street NW<br>Washington, DC 20004<br>Telephone: (202) 240-2900<br>Facsimile: (202) 240-2050<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>[Additional Counsel on Signature Page] |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 22-cv-03699-PCP-VKD<br><br>**JOINT STATUS REPORT**<br><br>The Hon. Judge Virginia K. DeMarchi |

1    Plaintiff Dr. Andrew Forrest and Defendant Meta Platforms, Inc. (together, the "Parties")
2 jointly submit this status report pursuant to this Court's February 24, 2026 Order. *See* Dkt. 322.
3    On March 5, Meta sent Plaintiff a letter from counsel with additional information
4 concerning Meta's post-publication, pre-impression processes for reviewing advertisements for
5 compliance with its standards and policies, including those concerning scams and frauds.
6    The Parties met and conferred on March 6 regarding the contents of Meta's March 5
7 letter. The Parties disagreed as to whether the statements Meta's counsel provided in the letter
8 were "sufficient to explain what, if any, review for violation of Meta's fraud or scam policies Meta
9 undertakes." Dkt. 322 at 1. Plaintiff explained that those statements were not sufficient and posed
10 follow-up questions concerning the additional information Meta provided. Meta is evaluating
11 whether these requests are within the scope of Phase 1 discovery. Meta has not yet advised as to
12 whether it will provide any further information or discovery.
13    The Parties respectfully propose to file another joint status report on March 17, advising
14 the Court of their progress with respect to this dispute.

Dated: March 10, 2026

Respectfully submitted,

By:

| /s/ John C Quinn | /s/ Walter F. Brown Jr. |
|---|---|
| John C. Quinn (*pro hac vice*) | Walter F. Brown Jr. (SBN: 130248) |
| jquinn@heckerfink.com | wbrown@paulweiss.com |
| Hyatt Mustefa (*pro hac vice*) | **PAUL, WEISS, RIFKIND,** |
| hmustefa@heckerfink.com | **WHARTON & GARRISON LLP** |
| Jocelyn Hassel (*pro hac vice*) | 535 Mission Street, 24th Floor |
| jhassel@heckerfink.com | San Francisco, CA 94105 |
| Tayonna Ngutter (*pro hac vice*) | Telephone: (628) 432-5100 |
| tngutter@heckerfink.com | Facsimile: (628) 232-3101 |
| Tanveer Singh (*pro hac vice*) | |
| tsingh@heckerfink.com | Amy L. Barton (*pro hac vice*) |
| **HECKER FINK LLP** | abarton@paulweiss.com |
| 350 Fifth Avenue, 63rd Floor | T. Patrick Cordova (*pro hac vice*) |
| New York, NY 10118 | pcordova@paulweiss.com |
| Telephone: (212) 763-0883 | Anne Simons (pro hac vice) |
| | asimons@paulweiss.com |
| Joshua Matz (*pro hac vice*) | Paloma Rivera (pro hac vice) |
| jmatz@heckerfink.com | privera@paulweiss.com |
| Kaitlin Konkel (*pro hac vice*) | **PAUL, WEISS, RIFKIND,** |
| kkonkel@heckerfink.com | **WHARTON & GARRISON LLP** |
| Joanne Grace Dela Peña (*pro hac vice*) | 1285 Avenue of the Americas |
| jdelapena@heckerfink.com | New York, NY 10019 |
| Brian Remlinger (*pro hac vice*) | Telephone: (212) 373-3000 |
| bremlinger@heckerfink.com | Facsimile: (212) 757-3990 |
| **HECKER FINK LLP** | |
| 1050 K Street NW, Suite 1040 | Karen L. Dunn (*pro hac vice*) |
| Washington, DC 20001 | kdunn@dirllp.com |
| Telephone: (212) 763-0883 | Melissa F. Zappala (*pro hac vice*) |
| | mzappala@dirllp.com |
| Leslie Brueckner (SBN: 140968) | **DUNN ISAACSON RHEE LLP** |
| lbrueckner@singletonschreiber.com | 401 9th Street NW |
| **SINGLETON SCHREIBER** | Washington, DC 20004 |
| 591 Camino de la Reina, Suite 1025 | Telephone: (202) 240-2900 |
| San Diego, CA 92108 | Facsimile: (202) 240-2050 |
| Telephone: (619) 573-1851 | |
| | Meredith R. Dearborn (SBN: 268312) |
| Derek G. Howard (SBN: 118082) | mdearborn@dirllp.com |
| derek@derekhowardlaw.com | **DUNN ISAACSON RHEE LLP** |
| **DEREK G. HOWARD LAW FIRM, INC.** | 345 California Street, Suite 600 |
| 42 Miller Avenue | San Francisco, CA 94104-2671 |
| Mill Valley, CA 94941 | Telephone: (202) 240-2900 |
| Telephone: (415) 432-7192 | Facsimile: (202) 240-2050 |
| | |
| | Jacob M. Heath (SBN: 238959) |
| | jheath@orrick.com |
| | **ORRICK, HERRINGTON &** |
| | **SUTCLIFFE LLP** |
| | 1000 Marsh Road |
| | Menlo Park, CA 94025-1015 |

| | | |
|---|---|---|
| 1 | Elizabeth Ryan (*pro hac vice*)<br>eryan@baileyglasser.com<br>**BAILEY & GLASSER LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Telephone: (617) 439-6730<br><br>*Attorneys for Plaintiff Dr. Andrew Forrest* | Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |

- 3 -

JOINT STATUS REPORT                                   Case No. 22-cv-3699-PCP

**FILER'S ATTESTATION**

I, Walter F. Brown Jr., am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: March 10, 2026                    By:    */s/ Walter F. Brown Jr.*
                                                Walter F. Brown Jr.