UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW FORREST,<br><br>    Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 22-cv-03699-PCP   (VKD)<br><br>**ORDER FOR FURTHER STATUS REPORT RE FEBRUARY 9, 2026 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 331 |

Based on their March 10, 2026 status report (Dkt. No. 331), the parties shall submit a further joint status report by **March 17, 2026**, regarding (1) the status of the exchange of information described in the Court's February 24, 2026 order (Dkt. No. 322), and (2) their agreed or respective proposals for resolving the February 9, 2026 discovery dispute (Dkt. No. 307), including whether supplemental briefing or further hearing is required. The joint status report may not exceed 1000 words total, and it may not include attachments or argument.

**IT IS SO ORDERED.**

Dated: March 10, 2026

Virginia K. DeMarchi
United States Magistrate Judge