United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREW FORREST,
Plaintiff,

v.

META PLATFORMS, INC.,
Defendant.

Case No. 22-cv-03699-PCP (VKD)

**ORDER RE FURTHER PROCEEDINGS RE FEBRUARY 9, 2026 DISCOVERY DISPUTE LETTER**

Re: Dkt. No. 307

As reflected in the parties' March 17, 2026 status report (Dkt. No. 334), the parties disagree about whether Meta has provided the information required in the Court's February 24, 2026 order (Dkt. No. 322) and whether the dispute presented in the February 9, 2026 discovery dispute letter (Dkt. No. 307) has been resolved.

The Court will hold a further hearing regarding this dispute on **April 14, 2026 at 10:00 a.m.** in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California. By **April 3, 2026**, the parties shall jointly file a supplemental discovery dispute letter, concisely explaining the disagreement that remains. The supplemental letter may not exceed 750 words per party.

**IT IS SO ORDERED.**

Dated: March 18, 2026

Virginia K. DeMarchi

Virginia K. DeMarchi
United States Magistrate Judge