John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

*Attorneys for Plaintiff Dr. Andrew Forrest*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST, | Case No. 22-CV-03699-PCP (VKD) |
| Plaintiff, | **DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S RESPONSE TO DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION AND SUPPORTING DOCUMENTS (ECF 337)** |
| v. | |
| META PLATFORMS, INC. | |
| Defendant. | |
| | The Honorable P. Casey Pitts |

I, John C. Quinn, declare as follows:

1.    I am a partner at the law firm Hecker Fink LLP and counsel of record for Plaintiff Dr. Andrew Forrest in this action. I make this declaration based on my own personal knowledge.

2.    On February 20, 2026, Plaintiff filed a Motion for Sanctions re: Spoliation of Evidence and Memorandum of Points and Authorities in Support Thereof and the accompanying exhibits (the "Spoliation Motion") (ECF 314). Meta sought to seal portions of the Spoliation Motion, and the parties have fully briefed those sealing requests (ECFs 313, 328-330).

3.    On March 23, 2026, Meta filed its Opposition to the Spoliation Motion, including supporting declarations and exhibits (the "Spoliation Opposition Papers") (ECF 338). Meta now seeks to seal portions of its Spoliation Opposition Papers (ECF 337).

4.    Meta's counsel submitted a declaration in support of sealing (ECF 337-1), which attached a chart listing the portions of the Spoliation Opposition Papers for which Meta is requesting sealing (ECF 337-2). Plaintiff has attached as Exhibit A a revised version of Meta's chart that includes a column with his position for each entry.

5.    Many of the terms and concepts discussed in the Spoliation Opposition Papers were previously disclosed in public filings by the parties, Meta's public web pages, or public news reporting, as set forth in more detail in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 27, 2026

New York, New York                                                John C. Quinn

1

DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S RESPONSE TO DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION AND SUPPORTING DOCUMENTS (ECF 337) | CASE NO. 22-CV-03699-PCP (VKD)