# Exhibit 2

# [REDACTED]

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Walter F. Brown, Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (*pro hac vice*)
asimons@paulweiss.com
Paloma Rivera (*pro hac vice*)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 5:22-CV-03699-PCP (VKD)<br><br>**DEFENDANT META PLATFORMS, INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORY NOS. 1, 2, 4, 6 AND 9**<br><br>The Honorable P. Casey Pitts |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendant Meta Platforms, Inc. ("Meta"), by its undersigned counsel, provides its Supplemental Responses and Objections to Plaintiff's Interrogatory No. 9, Second Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 1, 4 and 6, and Third Supplemental Responses and Objections to Plaintiff's Interrogatory No. 2.

## GENERAL OBJECTIONS

Meta incorporates by reference, as though fully set forth herein, its General Objections as set forth in its Responses and Objections to Plaintiff's First Set of Interrogatories, served on December 23, 2024; its Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 2, 3, and 5, served on March 25, 2025; its Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 4, 6, and 7, served on April 25, 2025; its Second Supplemental Responses and Objections to Plaintiff's Interrogatory No. 2, served on May 30, 2025; its Second Supplemental Responses and Objections to Plaintiff's Interrogatory No. 5, served on June 27, 2025; and its Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 1 and 8, served on August 22, 2025.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

Meta incorporates by reference, as though fully set forth herein, its Objections to Definitions and Instructions as set forth in its Responses and Objections to Plaintiff's First Set of Interrogatories, served on December 23, 2024; its Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 2, 3, and 5, served on March 25, 2025; its Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 4, 6, and 7, served on April 25, 2025; its Second Supplemental Responses and Objections to Plaintiff's Interrogatory No. 2, served on May 30, 2025; its Second Supplemental Responses and Objections to Plaintiff's Interrogatory No. 5, served on June 27, 2025; and its Supplemental Responses and Objections to Plaintiff's Interrogatory Nos. 1 and 8, served on August 22, 2025.

## SPECIFIC RESPONSES AND OBJECTIONS

Subject to and without waiving any of the foregoing General Objections and Objections to Definitions and Instructions, which are incorporated by reference into each of the following specific responses and objections, Meta responds and objects to Interrogatory Nos. 1, 2, 4, 6 and 9 as follows:

**INTERROGATORY NO. 1:**

Describe the step-by-step process that occurs when an Advertiser creates an Advertisement, including all steps taken by the Advertiser and all steps taken by Meta, from the beginning of the process through and including any Content Modification, Optimization, and Placement.

**RESPONSE TO INTERROGATORY NO. 1:**

Meta incorporates its Objections to the defined terms used in this Interrogatory. Meta further objects to this Interrogatory to the extent it is an inaccurate, incomplete, or misleading description of the facts, and assumes the truth of allegations in the TAC that Meta disputes. Meta further objects to this Interrogatory to the extent that it seeks information not relevant to Meta's Section 230 defense in accordance with the bifurcated schedule as ordered by the Court. *See* Dkt. 172.

Subject to and without waiving any of the foregoing General and Specific Objections, pursuant to Federal Rule of Civil Procedure 33(d), Meta will conduct a reasonable search proportional to the needs of this case and produce any non-privileged documents sufficient to ascertain the answer to this Interrogatory. Meta further states that it will produce any non-privileged documents sufficient to show the operation of relevant portions of Ads Manager, and how those tools may affect the content of Advertisements on Meta's services. Meta will amend these Responses to provide the Bates numbers of such documents.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Subject to and without waiving any of the foregoing General and Specific Objections, Meta supplements its Response to Interrogatory No. 1 as follows:

An advertiser can create an Advertisement in Ads Manager. *See generally* META-0016880. Each Advertisement, [redacted], is part of an Ad Set. Each Ad Set, [redacted], is part of a Campaign. [redacted].

To create an Advertisement in Ads Manager, an advertiser first creates a Campaign and selects a Campaign Objective. Available Campaign Objectives are sales, leads, engagement, traffic, awareness, and app promotion. Campaign Objectives help advertisers achieve the outcome that the advertiser would find most valuable. In the Campaign creation stage, an advertiser can toggle on A/B testing, which allows an advertiser to compare two versions of an ad strategy by changing variables such as ad images, ad text, audience, or placement. According to Meta's Advertising Standards, "[a]ny United States advertiser or advertiser targeting the United States, Canada or certain parts of Europe that is running financial products and services, housing or employment ads, must self identify as a Special Ad Category, as it becomes available, and run such ads with approved targeting options." Types of Special Ad Categories include "Financial products and services," "Employment," "Housing," and "Social issues, elections or politics." Advertisements relating to a Special Ad Category can be subject to limitations in terms of the targeting and Advantage+ creative enhancements that are available for the Advertisement. For example, certain audience options, including lookalike audience and saved audience, are limited or unavailable for housing, employment, and financial products and services Advertisements for advertisers based in or reaching certain countries. Likewise, Advantage+ creative enhancements that incorporate generative AI ("Gen AI") may not be available for certain Special Ad Categories.

After creating a Campaign, an advertiser will move on to Ad Set creation. *See* META-0016880. An Ad Set allows an advertiser to group Advertisements that share settings for how and when to run. Settings defined at the Ad Set level will automatically apply to all Advertisements in the Ad Set. The settings available to an advertiser in Ad Set creation will vary based on the selected Campaign Objective. For example, an advertiser may not be able to use Dynamic Creative for its

Ad Set if the advertiser selected sales or app promotion as its Campaign Objective.[1] *See also* Meta's Second Supplemental Response to Interrogatory No. 2 dated May 30, 2025. An advertiser can also select the budget and schedule for its Ad Set. An advertiser can seek to select the Audience for its Advertisement during Ad Set creation and can enable Tools to facilitate this, including audience controls and Advantage+ audience. Audience controls limit who can see an advertiser's ads by categories such as locations, minimum age, custom audiences, and languages. An advertiser can also utilize Advantage+ audience to find its campaign audience. *See also* Meta's Amended Response to Interrogatory No. 5 dated March 25, 2025. An advertiser can also adjust the Placement of its Advertisements by using Tools such as Advantage+ placements. *See also* Meta's Amended Response to Interrogatory No. 5 dated March 25, 2025.

After creating an Ad Set, an advertiser will move on to Ad Creation. *See* META-0016880. An advertiser will select a Facebook Page and Instagram account connected with the advertiser's business. An advertiser will then select a Format: Single Image or Video, Carousel, Collection, or Flexible Format. Advertisements using the Single Image or Video Format will display a still image, video, or slideshow for the user, depending on the media uploaded by the advertiser. Advertisements using the Carousel Format showcase two or more images or videos, each with its own headline, description, link, and call to action. Advertisements using the Collection Format pair a video or image with a row of product images below it. Advertisements using Flexible Format allow the ad delivery system to automatically determine what media or media combination, such as Single Image, Video, or Carousel, to show users. An advertiser can upload up to 10 images and videos in connection with a single Flexible Format Advertisement. *See also* Meta's Second Supplemental Response to Interrogatory No. 2 dated May 30, 2025.

Different format options enable the advertiser to opt in to different enhancements at the Ad

[1] If an advertiser enables Dynamic Creative during Ad Set creation, the advertiser will not be able to adjust individual Advantage+ creative enhancements (by nature of the Dynamic Creative Tool's function). An advertiser will still be able to make other changes at the Ad Creation stage, including by selecting the text and creative that will be used in the Advertisement. If Dynamic Creative is available to an advertiser during Ad Set creation, Flexible Format will not be available during Ad Creation.

Creation stage in Ads Manager. In general, after selecting the format for its Advertisement, an advertiser can opt in to certain Advantage+ creative enhancements, including Image generation, Background generation, Expand image, Image animation, Text generation, Text improvements, Adapt multi-image format, Adapt to placement, Add catalog items, Add details to ad layout, Add overlays, Dynamic description, Dynamic media, Enhance CTA, Highlight carousel card, Image brightness and contrast, Info labels, Music, Profile end card, Relevant comments, Store locations, Video effects, Visual touch-ups, and 3D animation. However, certain Advantage+ creative enhancements are only available for opt in for certain formats. For example, Highlight carousel card and Profile end card are only available for Advertisements that use the Carousel format. Likewise, certain Advantage+ creative enhancements are only available for opt in if the advertiser enabled certain Campaign Objectives. For example, Store locations is only available for Campaigns that use the sales, traffic, or engagement Objectives.

Meta's Advantage+ creative enhancements that use Gen AI ("Gen AI enhancements"), including Image generation, Background generation, Expand image, Image animation, Text generation, Text improvements, and Visual touch-ups, are among the Advantage+ creative enhancements that may be available for opt-in during the Ad Creation stage in Ads Manager. Some of Meta's Gen AI enhancements may not be available to advertisers in certain Special Ad Categories, such as financial services and pharma/health, and in ads for housing, employment or financial services/credit, social issues, elections, or politics, along with certain countries, given the highly regulated environment that advertisers in these verticals or countries operate in. Text improvements, is designed to surface key information about an Advertisement. When an advertiser toggles on this feature, keywords and phrases will be taken from the advertiser's original ad copy and displayed directly or adjusted to better fit on or around the ad creative, such as text overlays, footers, prominent headlines, and more. Text generation is a Gen AI feature that allows advertisers to create diverse text variations. To use Text generation in Advantage+ creative, an advertiser must first provide input text. Text generation can generate up to five variations of the inputted text. An advertiser selects

which variations, if any, it would like to enable as an option to display with its Advertisement. Text generation is available for primary text and headline text.

An advertiser can preview versions of its Advertisement in the Ad preview section of Ads Manager. An advertiser can review how its Advertisement may appear on different Placements and how Advantage+ creative enhancements may be applied. An advertiser completes the Ad Creation process in Ads Manager by clicking "publish."

Meta will automatically review the Advertisement against Meta Advertising Standards. *See* META-0016880. Meta's Ad Review process is identified in its Supplemental Response to Interrogatory No. 7 dated April 25, 2025.

[redacted]

[redacted] *See* META-0008778. [redacted]

[redacted] *See* META-0091188.

[redacted] *See* META-0092243. [redacted] *See* META-0077041.

[redacted] *See id.*

Meta's investigation is ongoing. Meta reserves the right to further supplement its Response to this Interrogatory.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Subject to and without waiving any of the foregoing General and Specific Objections, Meta supplements its Response to Interrogatory No. 1 as follows:

An advertiser can create an Advertisement in Ads Manager. *See generally* META-0016880. Each Advertisement, [redacted], is part of an Ad Set. Each Ad Set, [redacted], is part of a Campaign. [redacted]

To create an Advertisement in Ads Manager, an advertiser first creates a Campaign and selects a Campaign Objective. Available Campaign Objectives are sales, leads, engagement, traffic, awareness, and app promotion. Campaign Objectives help advertisers achieve the outcome that the advertiser would find most valuable. In the Campaign creation stage, an advertiser can toggle on A/B testing, which allows an advertiser to compare two versions of an ad strategy by changing variables such as ad images, ad text, audience, or placement. According to Meta's Advertising Standards, "[a]ny United States advertiser or advertiser targeting the United States, Canada or certain parts of Europe that is running credit, housing or employment ads, must self identify as a Special Ad Category, as it becomes available, and run such ads with approved targeting options." Types of Special Ad Categories include "Financial products and services," "Employment," "Housing," and "Social issues, elections or politics." Advertisements relating to a Special Ad Category can be subject to limitations in terms of the targeting and Advantage+ creative enhancements that are available for the Advertisement. For example, certain audience options, including lookalike audience and saved audience, are limited or unavailable for housing, employment, and financial products and services Advertisements for advertisers based in or reaching certain countries. Likewise, Advantage+ creative enhancements that incorporate generative AI ("Gen AI") may not be available for certain Special Ad Categories.

After creating a Campaign, an advertiser will move on to Ad Set creation. *See* META-0016880. An Ad Set allows an advertiser to group Advertisements that share settings for how and when to run. Settings defined at the Ad Set level will automatically apply to all Advertisements in the Ad Set. The settings available to an advertiser in Ad Set creation will vary based on the selected Campaign Objective. For example, an advertiser may not be able to use Dynamic Creative for its Ad Set if the advertiser selected sales or app promotion as its Campaign Objective.[2] *See*

[2] If an advertiser enables Dynamic Creative during Ad Set creation, the advertiser will not be able to adjust individual Advantage+ creative enhancements (by nature of the Dynamic Creative Tool's function). An advertiser will still be able to make other changes at the Ad Creation stage, including by selecting the text and creative that will be used in the Advertisement. If Dynamic Creative is available to an advertiser during Ad Set creation, Flexible Format will not be available during Ad Creation.

*also* Meta's Second Supplemental Response to Interrogatory No. 2 dated May 30, 2025. An advertiser can also select the budget and schedule for its Ad Set. An advertiser can seek to select the Audience for its Advertisement during Ad Set creation and can enable Tools to facilitate this, including audience controls and Advantage+ audience. Audience controls limit who can see an advertiser's ads by categories such as locations, minimum age, custom audiences, and languages. An advertiser can also utilize Advantage+ audience to find its campaign audience. *See also* Meta's Amended Response to Interrogatory No. 5 dated March 25, 2025. An advertiser can also adjust the Placement of its Advertisements by using Tools such as Advantage+ placements. *See also* Meta's Amended Response to Interrogatory No. 5 dated March 25, 2025.

After creating an Ad Set, an advertiser will move on to Ad Creation. *See* META-0016880. An advertiser will select a Facebook Page and/or Instagram account connected with the advertiser's business. An advertiser will then select a Format: Single Image or Video, Carousel, Collection, or Flexible Format. Advertisements using the Single Image or Video Format will display a still image, video, or slideshow for the user, depending on the media uploaded by the advertiser. Advertisements using the Carousel Format showcase two or more images or videos, each with its own headline, description, link, and call to action. Advertisements using the Collection Format pair a video or image with a row of product images below it. Advertisements using Flexible Format allow Meta's ad delivery system ("Ad Delivery Stack") to automatically determine what media or media combination, such as Single Image, Video, or Carousel, to show users. An advertiser can upload up to 10 images and videos in connection with a single Flexible Format Advertisement. *See also* Meta's Second Supplemental Response to Interrogatory No. 2 dated May 30, 2025.

Different Format options enable the advertiser to opt in to different enhancements at the Ad Creation stage in Ads Manager. In general, after selecting the Format for its Advertisement, an advertiser can opt in to certain Advantage+ creative enhancements, including Image generation, Background generation, Expand image, Image animation, Text generation, Text improvements,

Adapt multi-image format, Adapt to placement, Add catalog items, Add details to ad layout, Add overlays, Dynamic description, Dynamic media, Enhance CTA, Highlight carousel card, Image brightness and contrast, Info labels, Music, Profile end card, Relevant comments, Store locations, Video effects, Visual touch-ups, and 3D animation. However, certain Advantage+ creative enhancements are only available for opt in for certain Formats. For example, Highlight carousel card and Profile end card are only available for Advertisements that use the Carousel Format. Likewise, certain Advantage+ creative enhancements are only available for opt in if the advertiser enabled certain Campaign Objectives. For example, Store locations is only available for Campaigns that use the sales, traffic, or engagement Objectives.

Meta's Advantage+ creative enhancements that use Gen AI ("Gen AI enhancements"), including Image generation, Background generation, Expand image, Image animation, Text generation, Text improvements, and Visual touch-ups, are among the Advantage+ creative enhancements that may be available for opt-in during the Ad Creation stage in Ads Manager. Some of Meta's Gen AI enhancements may not be available to advertisers in certain Special Ad Categories, such as financial services and pharma/health, and in ads for housing, employment or financial services/credit, social issues, elections, or politics, along with certain countries, given the highly regulated environment that advertisers in these verticals or countries operate in. Text improvements is designed to surface key information about an Advertisement. When an advertiser toggles on this feature, keywords and phrases will be taken from the advertiser's original ad copy and displayed directly or adjusted to better fit on or around the ad creative, such as text overlays, footers, prominent headlines, and more. Text generation is a Gen AI feature that allows advertisers to create diverse text variations. To use Text generation in Advantage+ creative, an advertiser must first provide input text. Text generation can generate up to five variations of the inputted text. An advertiser selects which variations, if any, it would like to enable as an option to display with its Advertisement. Text generation is available for primary text and headline text. Image generation is a Gen AI feature that allows advertisers to create

diverse image variations in two ways: Background generation can generate background variations for an image provided by the advertiser with a specific object in it. Full image generation can generate new variations from a reference the advertiser uploads or selects from Meta's media editor.

An advertiser can preview versions of its Advertisement in the Ad preview section of Ads Manager. An advertiser can review how its Advertisement may appear on different Placements and how Advantage+ creative enhancements may be applied. An advertiser can also decide whether to toggle on or off Meta's testing of new creative features on its Advertisement in the Advertiser settings section of Ads Manager. An advertiser completes the Ad Creation process in Ads Manager by clicking "publish."

Meta will automatically review the Advertisement against Meta Advertising Standards. *See* META-0016880. Meta's Ad Review process is identified in its Supplemental Response to Interrogatory No. 7 dated April 25, 2025.

[redacted]

[redacted]

[redacted] *See* META-0105720; META-0105735; META-0105725. [redacted] *(e.g.,* [redacted]. [redacted]

[redacted]

[redacted]

---

[3] [redacted].

[redacted] *See* META-0224866; META-0224873.

[redacted] *See* META-0008778. [redacted] *See* META-0091188.

[redacted]

*See* META-0092243. [redacted]

[redacted] *See* META-0077041.

[redacted] *See id.*

Meta reserves the right to further supplement its Response to this Interrogatory.

**INTERROGATORY NO. 2:**

List and describe every product, service, feature, or tool provided or used by Meta that can affect in any way the content or display of an Advertisement.

**RESPONSE TO INTERROGATORY NO. 2:**

Meta incorporates its Objections to the defined terms used in this Interrogatory. Meta further objects to this Interrogatory to the extent it is an inaccurate, incomplete, or misleading description of the facts, and assumes the truth of allegations in the TAC as true that Meta disputes. Meta further objects to this Interrogatory as overbroad and unduly burdensome because it seeks information about "every product, service, feature, or tool provided or used by Meta." Meta further objects to this Interrogatory because the phrase "every product, service, feature or tool provided or used by Meta" is vague and ambiguous in that Plaintiff could be referring to a wide range of Ads Manager products, features, tools, or services. Meta further objects to the phrase "the content or display of an Advertisement" as vague and ambiguous in that it is unclear what the "content or display" mean. Meta will construe this Interrogatory as seeking information relating to tools offered by Meta that can affect the Ad-Creative of an Advertisement.

Subject to and without waiving any of the foregoing General and Specific Objections, pursuant to Federal Rule of Civil Procedure 33(d), Meta will conduct a reasonable search proportional to the needs of this case and produce any non-privileged documents sufficient to

ascertain the answer to this Interrogatory. Meta further states that it will produce any non-privileged documents sufficient to show the operation of relevant portions of Ads Manager, and how those tools may affect the content of Advertisements on Meta's services. Meta will amend these Responses to provide the Bates numbers of such documents.

**<u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:</u>**

Subject to and without waiving any of the foregoing General and Specific Objections, Meta supplements its Response to Interrogatory No. 2 as follows:

The Tools offered by Meta to advertisers that can affect the Ad-Creative of an Advertisement are dynamic creative ("Dynamic Creative") (*see* META-0004432-34), Advantage+ creative ("Advantage+ Creative") (*see* META-0011849-63), and flexible ad format ("Flexible Format") (*see* META-0006755).

Enhancements of Advantage+ Creative that can affect the Ad-Creative of an Advertisement include Image generation, Background generation, Expand image, Image animation, Text generation, Text improvements, Adapt multi-image format, Adapt to placement, Add catalog items, Add details to ad layout, Add overlays, Dynamic description, Dynamic media, Enhance CTA, Highlight carousel card, Image brightness and contrast, Info labels, Music, Profile end card, Relevant comments, Store locations, Video effects, Visual touch-ups, and 3D animation. *See* META-0011849-63.

Dynamic Creative takes multiple media, such as images and videos, and multiple Advertisement components, such as images, videos, text, audio, and calls-to-action, and then mixes and matches them in new ways to improve the advertiser's Advertisement's performance. When the advertiser enables the "Optimize creative for each person" toggle, various optimizations may occur that can affect the Ad-Creative of an Advertisement, including: applying minor image enhancements to thumbnails or images; cropping the advertiser's image and video; applying a template to the advertiser's creative element for Stories; creating a Stories carousel ad based on a single image or headline, or product catalog information; playback speed for videos without sound;

swapping text between fields, such as primary text and headline; creating videos from images; displaying an advertiser's carousel cards as a video; selecting songs based on the advertiser's ad's content to accompany the advertiser's ad when applicable; optimizing the advertiser's ad destination between the advertiser's website and the advertiser's shop on Facebook or Instagram; and expanding an image by filling the background with matching colors or patterns. *See* META-0004432-34.

When an advertiser selects Flexible Format as its ad format, an advertiser can select up to 10 images and videos in a single ad campaign, and the ad delivery system will automatically determine what media or media combination, such as single image, video, or carousel, to show to users. *See* META-0006755. When the advertiser enables the "Advantage+ creative optimizations" toggle, various optimizations may occur that can affect the Ad-Creative of an Advertisement.

For purposes of this Response, Meta defines a "Tool" as a technology developed by Meta that carries out a particular function.

Meta continues to develop the Tools it provides to advertisers to help them publish Advertisements, and Tools—and enhancements or optimizations in these Tools—may be added or deprecated.

Meta's investigation is ongoing. Meta reserves the right to further supplement its Response to this Interrogatory.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiving any of the foregoing General and Specific Objections, Meta's Second Supplemental Response to Interrogatory No. 2 is as follows:

The Tools offered by Meta to advertisers that can affect the Ad-Creative of an Advertisement are dynamic creative ("Dynamic Creative") (*see* META-0004432-34), Advantage+ creative ("Advantage+ Creative") (*see* META-0011849-63), and flexible ad format ("Flexible

Format") (*see* META-0006755). In addition, [redacted], as noted below.

Enhancements of Advantage+ Creative that can affect the Ad-Creative of an Advertisement include Image generation, Background generation, Expand image, Image animation, Text generation, Text improvements, Adapt multi-image format, Adapt to placement, Add catalog items, Add details to ad layout, Add overlays, Dynamic description, Dynamic media, Enhance CTA, Highlight carousel card, Image brightness and contrast, Info labels, Music, Profile end card, Relevant comments, Store locations, Video effects, Visual touch-ups, and 3D animation. *See* META-0011849-63.

Dynamic Creative takes multiple media, such as images and videos, and multiple Advertisement components, such as images, videos, text, audio, and calls-to-action, and then mixes and matches them in new ways to improve the advertiser's Advertisement's performance. When the advertiser enables the "Optimize creative for each person" toggle, various optimizations may occur that can affect the Ad-Creative of an Advertisement, including: applying minor image enhancements to thumbnails or images; cropping the advertiser's image and video; applying a template to the advertiser's creative element for Stories; creating a Stories carousel ad based on a single image or headline, or product catalog information; playback speed for videos without sound; swapping text between fields, such as primary text and headline; creating videos from images; displaying an advertiser's carousel cards as a video; selecting songs based on the advertiser's ad's content to accompany the advertiser's ad when applicable; optimizing the advertiser's ad destination between the advertiser's website and the advertiser's shop on Facebook or Instagram; and expanding an image by filling the background with matching colors or patterns. *See* META-0004432-34.

When an advertiser selects Flexible Format as its ad format, an advertiser can select up to 10 images and videos in a single ad campaign, and the ad delivery system will automatically determine what media or media combination, such as single image, video, or carousel, to show to

users. *See* META-0006755. When the advertiser enables the "Advantage+ creative optimizations" toggle, various optimizations may occur that can affect the Ad-Creative of an Advertisement.

[redacted] *See, e.g.*, META-0028165-79; META-0028140-55; META-0028136-39; META-0028162-64; META-0028156-61. Examples of [redacted] are included in META-0010983-86.

For purposes of this Response, Meta defines a "Tool" as a technology developed by Meta that carries out a particular function.

Meta continues to develop the Tools it provides to advertisers to help them publish Advertisements, and Tools—and enhancements or optimizations in these Tools—may be added or deprecated. [redacted] may likewise be added or deprecated.

Meta's investigation is ongoing. Meta reserves the right to further supplement its Response to this Interrogatory.

**<u>THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:</u>**

On October 21, 2025, the Court ordered the parties to confer regarding Meta's further investigation of relevant data. Dkt. 284. Pursuant to that order, on October 27, 2025, Plaintiff identified to Meta the creative optimizations for which Plaintiff asked Meta to further investigate the existence of relevant data. *See* Dkt. 289. In connection with Meta's investigation of the list of creative optimizations and enums[4] provided by Plaintiff, Meta hereby supplements its Response to Interrogatory No. 2 based on its investigation as of the date of this interrogatory response and for the period January 1, 2019 to January 31, 2025, as applicable:

Subject to and without waiving any of the foregoing General and Specific Objections, Meta supplements its Response to Interrogatory No. 2 as follows:

4 [redacted]

[redacted] (META-01124447 – META-0112464); [redacted] (META-0105720); [redacted] (META-0105735); [redacted] (META-0105725); [redacted] (META-0105714 – META-0105715); [redacted] (META-0105716 – META-0105719); [redacted] (META-0145238 – META-0145241); [redacted] (META-0224865); [redacted] (META-0224883); [redacted] (META-0224884); [redacted] (META-0224885); [redacted] (META-0105699 – META-0105713); [redacted] (META-0224866); [redacted] (META-0105733); [redacted] (META-0224869); [redacted] (META-0224873).

For purposes of this Response, Meta defines a "Tool" as a technology developed by Meta that carries out a particular function.

Meta reserves the right to further supplement its Response to this Interrogatory.

February 13, 2026
Washington, D.C.

*/s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2905

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (*pro hac vice*)
asimons@paulweiss.com
Paloma Rivera (*pro hac vice*)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Jonathan S. Tam (SBN: 304143)
jtam@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Telephone: (310) 982-4350
Facsimile: (628) 226-3210

Jacob M. Heath (SBN: 238959)
jheath@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

*Attorneys for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I am employed in the County of New York, the State of New York. I am over the age of 18 years and not a party to this action. My business address is Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064.

On February 13, 2026, I caused the following document(s) to be served:

**DEFENDANT META PLATFORMS, INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORY NOS. 1, 2, 4, 6, AND 9**

via electronic mail delivery to the person(s), address(es), and email address(es) set forth below:

John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
101 Arch Street, 8th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192

*Attorneys for Plaintiff Dr. Andrew Forrest*

The party upon whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on February 13, 2026 in New York, New York.

*/s/ T. Patrick Cordova*