John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

*Attorneys for Plaintiff Dr. Andrew Forrest*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>                    Plaintiff,<br><br>          v.<br><br>META PLATFORMS, INC.<br><br>                    Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S RESPONSE RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 344)**<br><br>The Honorable Virginia K. DeMarchi |

DECLARATION OF JOHN C. QUINN IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S RESPONSE RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | CASE NO. 22-CV-03699-PCP (VKD)

I, John C. Quinn, declare as follows:

1.    I am a partner at the law firm Hecker Fink LLP and counsel of record for Plaintiff Dr. Andrew Forrest in this action.  I make this declaration based on my own personal knowledge.

2.    The parties submitted the original Joint Discovery Letter Brief re: Fraud Scoring and the accompanying exhibits on February 9, 2026. ECF 307.

3.    The Court held a hearing on the dispute on February 24, 2026.

4.    Following this hearing, the Court ordered Meta to provide specific additional information to Plaintiff.  ECF 322.

5.    The parties met and conferred and submitted a joint status report. ECF 334.

6.    Pursuant to the Court's March 18, 2026 order, ECF 336, the parties submitted the Supplemental Joint Discovery Letter Brief re: Fraud Scoring and the accompanying exhibits (the "Supplemental Letter Brief") on April 3, 2026.  The parties filed two versions of the Supplemental Letter Brief: a public, redacted version (ECF 343) and an unredacted version filed under conditional seal (ECF 344).

7.    Prior to filing, Meta requested redaction of specific portions pursuant to the Second Amended Protective Order, ECF 234 (the "Protective Order").  Thus, as required by Section 14.4 of the Protective Order, Plaintiff filed those parts of the Letter Brief under conditional seal, reserving "all rights to challenge Defendant's sealing requests and confidentiality designations." ECF 344 at 1.

8.    Meta subsequently sought to seal the material conditionally redacted from the Letter Brief. ECF 350.

9.    Meta's counsel submitted a declaration in support of sealing, ECF 350, which attached a chart listing the portions of the Letter Brief for which Meta is requesting sealing, ECF 350-1.  Plaintiff has attached a reproduced version of Meta's chart that includes a column with his position for each entry.  In opposing certain of Meta's sealing requests, Plaintiff has accounted for the Court's prior ruling, *see* ECF 333, and Judge Pitts' recent ruling to publicly file all spoliation briefing, *see* ECF 352.

1

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  April 13, 2026                          /s/ *John C. Quinn*

New York, New York                          John C. Quinn

2