UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW FORREST,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.  22-cv-03699-PCP   (VKD)<br><br>**ORDER RE FEBRUARY 9, 2026<br>DISCOVERY DISPUTE LETTER**<br><br>Re: Dkt. Nos. 307, 343 |

The Court held a further hearing on April 14, 2026 regarding the parties' February 9, 2026 discovery dispute.  Dkt. No. 357.  As discussed at the hearing, by no later than **April 24, 2026**, Meta shall provide to Dr. Forrest a written description of the information that Meta shared at the hearing—i.e., a description of the optimizations (identified by Dr. Forrest) that are applied at the L1 stage and the L0 stage, and the "enums" that correspond to those optimizations.

**IT IS SO ORDERED.**

Dated: April 14, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California