# EXHIBIT 1

**CONFIDENTIAL INFORMATION**

| Document | Designating Party | Portion of Document to be Sealed | Reason for Sealing |
|---|---|---|---|
| Declaration of James Mickens In Support of Motion for Sanctions | Meta | Highlighted text page 4, lines 24-26 | This text should be redacted because it refers to Meta's non-public backend systems and processes related to ad delivery, which reveals specific, non-public information about Meta's proprietary ad delivery systems and processes. In particular, this text provides detailed and non-public information about how Meta's ad auction process operates, including a step-by-step description of its components. If this information were disclosed, it could competitively harm Meta and enable bad actors to infiltrate Meta's proprietary systems. In addition, this information is not otherwise disclosed in the briefing and the detailed description is not necessary for the public to understand the issues raised by Plaintiff's motion for sanctions. |
| Declaration of James Mickens In Support of Motion for Sanctions | Meta | Highlighted text page 5, lines 1-6 | This text should be redacted because it refers to Meta's non-public backend systems and processes related to ad delivery, which reveals specific, non-public information about Meta's proprietary ad delivery systems and processes. In particular, this text provides detailed and non-public information about how Meta's ad rendering process operates. If this information were disclosed, it could competitively harm Meta and enable bad actors to infiltrate Meta's proprietary systems. In addition, this information is not otherwise disclosed |

1

2

| | | | in the briefing and the detailed description is not necessary for the public to understand the issues raised by Plaintiff's motion for sanctions. |
|---|---|---|---|
| Declaration of James Mickens In Support of Motion for Sanctions | Meta | Highlighted text page 6, lines 6-10 | This text should be redacted because it refers to Meta's non-public backend systems and processes related to ad delivery, which reveals specific, non-public information about Meta's proprietary ad delivery systems and processes.  In particular, this text provides detailed and non-public information about how Meta's ad rendering process operates, including specific details about where and how such related data is stored at Meta.  If this information were disclosed, it could competitively harm Meta and enable bad actors to infiltrate Meta's proprietary systems.  In addition, this information is not otherwise disclosed in the briefing and the detailed description is not necessary for the public to understand the issues raised by Plaintiff's motion for sanctions. |
| Declaration of James Mickens In Support of Motion for Sanctions | Meta | Highlighted text page 10, line 11 | This text should be redacted because it refers to the name of Meta's non-public production store, which reveals specific, non-public information about Meta's proprietary data storage systems.  If this information were disclosed, it could competitively harm Meta and enable bad actors to infiltrate Meta's proprietary systems.  In addition, this information is not otherwise disclosed in the briefing and is not necessary for the public to understand the issues raised by Plaintiff's motion for |

3

| | | | sanctions. |
|---|---|---|---|

3