Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
Thomas Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (*pro hac vice*)
asimons@paulweiss.com
Paloma Rivera (*pro hac vice*)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>              Plaintiff,<br><br>       v.<br><br>META PLATFORMS, INC.,<br><br>              Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**DEFENDANT META PLATFORMS, INC.'S [PROPOSED] ORDER GRANTING AS MODIFIED**<br><br>The Honorable P. Casey Pitts |

Pursuant to Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff Andrew Forrest ("Plaintiff") submitted an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with his Reply In Support Of Plaintiff's Motion for Sanctions Re: Spoliation of Evidence and accompanying papers. Dkts. 347–347-6.

Pursuant to Civil Local Rule 79-5(f)(3), Defendant Meta Platforms, Inc. ("Meta") filed the Declaration of Walter F. Brown, Jr. In Support of Plaintiff's Administrative Motion and accompanying Exhibit 1, in which Meta, as the designating party, narrowed portions of Plaintiff's original sealing request. Meta filed as Exhibit 2 an updated version of the Declaration of James Mickens In Support Of Plaintiff's Reply (Dkt. 347-6) with Meta's proposed modified sealing (together, "Brown Declaration and Exhibits").

Having considered Plaintiff's Administrative Motion and materials submitted in support thereof, along with Meta's Brown Declaration and Exhibits, and having found compelling reasons for sealing:

**IT IS HEREBY ORDERED** that Plaintiff's Administrative Motion is **GRANTED AS MODIFIED** by Meta's Brown Declaration and Exhibits. Accordingly, the following documents, or portions of documents, are to be sealed:

| Document | Designating Party | Portion of Document to be Sealed |
|---|---|---|
| Declaration of James Mickens In Support of Motion for Sanctions | Meta | Highlighted text page 4, lines 24-26 |
| Declaration of James Mickens In Support of Motion for Sanctions | Meta | Highlighted text page 5, lines 1-6 |
| Declaration of James Mickens In Support of Motion for Sanctions | Meta | Highlighted text page 6, lines 6-10 |
| Declaration of James Mickens In Support of Motion for Sanctions | Meta | Highlighted text page 10, line 11 |

**IT IS SO ORDERED**

Dated: _____                By: _____

                                  Honorable P. Casey Pitts
                                  United States District Judge