Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Walter F. Brown, Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (*pro hac vice*)
asimons@paulweiss.com
Paloma Rivera (*pro hac vice*)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable P. Casey Pitts |

**CERTIFICATE OF SERVICE**

I, Walter F. Brown, Jr., declare that I am a citizen of the United States and employed in the City and County of San Francisco, CA. I am over the age of 18 and not a party to this action. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and my business address is 535 Mission Street, 24th Floor, San Francisco, CA 94105.

I further declare that on April 14, 2026, a true and correct copy of the Non-Redacted version of the following documents:

- **EXHIBIT 2 TO DECLARATION OF WALTER F. BROWN, JR. IN SUPPORT OF PLAINTIFF DR. ANDREW FORREST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 347)**

was served pursuant to Civil L.R. 5(a) by providing a true copy thereof addressed to each of the persons named below:

John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
BAILEY & GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
HECKER FINK LLP

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
DEREK G. HOWARD LAW FIRM, INC.
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-088

*Attorneys for Plaintiff Dr. Andrew Forrest*

☒ **BY EMAIL OR ELECTRONIC TRANSMISSION**: I caused a true copy of the above-referenced documents to be sent in electronic PDF format as an attachment to an email addressed to the persons on whom such documents are to be served at the email addresses shown below, as last given by those persons or as obtained from an internet website relating to such persons, and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 14, 2026, at San Francisco, California.

*/s/ Walter F. Brown, Jr.*
Walter F. Brown, Jr.

CERTIFICATE OF SERVICE                    - 2 -                    CASE NO. 5:22-CV-03699-PCP (VKD)