UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW FORREST,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.  22-cv-03699-PCP   (VKD)<br><br>**ORDER RE ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 344 |

In connection with the parties' April 3, 2026 supplemental joint discovery letter (Dkt. No. 343), plaintiff Andrew Forrest filed an administrative motion to consider whether another party's material should be sealed.  Dkt. No. 344.  Defendant Meta Platforms, Inc. ("Meta") filed a statement in support of sealing the material at issue, Dkt. No. 350, and Dr. Forrest filed a response in opposition to sealing Meta's material, Dkt. No. 356.  Since the filing of the motion, the presiding judge has denied the parties' administrative motions to seal portions of the briefing regarding plaintiff's motion for sanctions (Dkt. Nos. 313, 337, 347).  Dkt. No. 352; *see also* Dkt. No. 348.  The material at issue in the presiding judge's order substantially overlaps with the material at issue in the instant sealing motion.

In light of the presiding judge's order, and to avoid inconsistency, the Court orders the parties to confer regarding the information Meta currently requests to seal and to file a joint stipulation regarding what information, if any, in the supplemental joint discovery letter and attachments properly may be sealed.  If the parties do not agree, they should file a joint response to this order that briefly describes the areas of disagreement.  The parties may cite to prior support in the record and need not re-file supporting declarations.

United States District Court
Northern District of California

The parties shall file their joint stipulation or joint response by **May 5, 2026**.  This order terminates Dkt. No. 344.

**IT IS SO ORDERED.**

Dated: April 15, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2