John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

*Attorneys for Plaintiff Dr. Andrew Forrest*

[Additional Counsel on Signature Page]

Walter F. Brown, Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>        Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-03699-PCP-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO SEAL SUPPLEMENTAL JOINT DISCOVERY LETTER AND ATTACHMENTS**<br><br>**[WITH PUBLICLY-FILED EXHIBITS]**<br><br>The Honorable Virginia K. DeMarchi |

Pursuant to Civil Local Rule 7-12, the parties hereby agree as follows:

WHEREAS, in connection with the parties' April 3, 2026 supplemental joint discovery letter and attachments, *see* Dkt. 343, Plaintiff Dr. Andrew Forrest filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), *see* Dkt. 344; and

WHEREAS, Defendant Meta Platforms, Inc. ("Meta") filed a statement in support of sealing the material at issue, *see* Dkt. 350; and

WHEREAS, Plaintiff filed a response to Meta's sealing requests, opposing sealing of some of the material, *see* Dkt. 356; and

WHEREAS, between the filing of Meta's statement in support of sealing the material at issue, and Plaintiff's filing of a response, the presiding judge denied Meta's requests to seal portions of the briefing regarding Plaintiff's motion for sanctions, *see* Dkts. 313, 337, 347, 352; *see also* Dkt. 348; and

WHEREAS, this Court thereafter concluded that "[t]he material at issue in the presiding judge's order substantially overlaps with the material at issue in the [Administrative Motion]" and "order[ed] the parties to confer regarding the information Meta currently requests to seal and to file a joint stipulation regarding what information, if any, in the supplemental joint discovery letter and attachments properly may be sealed," Dkt. 363 at 1; and

WHEREAS, the parties have conferred and agreed as to what information in the supplemental joint discovery letter and attachments properly may be sealed; and

WHEREAS, the parties have reached agreement on these specific sealing requests, and Plaintiff reserves the right to challenge Meta's confidentiality designations and sealing requests in the future; and

THEREFORE, IT IS STIPULATED AND AGREED:

1. The information highlighted in yellow in the attached supplemental joint discovery letter and attachments properly may be sealed.

Dated:  May 5, 2026

Respectfully submitted,

By:

/s/ John C. Quinn
John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Jocelyn Hassel (*pro hac vice*)
jhassel@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
Tanveer Singh (*pro hac vice*)
tsingh@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192

/s/ Walter F. Brown, Jr.
Walter F. Brown, Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (*pro hac vice*)
asimons@paulweiss.com
Paloma Rivera (*pro hac vice*)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Jacob M. Heath (SBN: 238959)
jheath@orrick.com
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
1000 Marsh Road

- 2 -

- 3 -

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

*Attorneys for Plaintiff Dr. Andrew Forrest*

Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

*Attorneys for Defendant Meta Platforms, Inc.*

**FILER'S ATTESTATION**

I, Walter F. Brown, Jr., am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: May 5, 2026                              By:   */s/ Walter F. Brown, Jr.*
                                                      Walter F. Brown, Jr.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  May _____, 2026                         _____
                                                Hon. Virginia K. DeMarchi
                                                UNITED STATES MAGISTRATE JUDGE

- 4 -

STIPULATION AND [PROPOSED] ORDER TO                    Case No. 22-cv-03699-PCP-VKD
SEAL JOINT DISCOVERY LETTER