Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Walter F. Brown, Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
Anne Simons (*pro hac vice*)
asimons@paulweiss.com
Paloma Rivera (*pro hac vice*)
privera@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DR. ANDREW FORREST,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 22-CV-03699-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMIN. MOTION TO SEAL PORTIONS OF THE FEBRUARY 24 AND APRIL 14, 2026 HEARING TRANSCRIPTS [DKTS. 324, 364, 370]**<br><br>The Honorable Virginia K. DeMarchi<br><br>Re: Dkt. No. 378 |

[PROPOSED] ORDER GRANTING
DEFENDANT META PLATFORMS, INC.'S
ADMIN. MOTION TO SEAL

CASE NO. 5:22-CV-03699-PCP (VKD)

# [PROPOSED] ORDER

Having considered Defendant Meta Platforms, Inc.'s ("Meta") Administrative Motion to Seal Portions of the February 24 and April 14, 2026 Hearing Transcripts (the "Administrative Motion to Seal") pursuant to Civil Local Rules 7-11, 7-12, and 79-5, all materials submitted in support thereof, and other records on file, and having found good cause to seal:

**IT IS HEREBY ORDERED** that the Administrative Motion to Seal is **GRANTED**. Accordingly, the following portions of documents are to be sealed:

| Designating Party | Document to be Sealed | Portions of Document to Be Sealed |
|---|---|---|
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 6, lines 5–7 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 6, lines 12–16 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 7, lines 7–9 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 10, lines 18–20 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 16, lines 17–18 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 20, lines 6–9 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 21–22, lines 21:14–22:5 |

| Designating Party | Document to be Sealed | Portions of Document to Be Sealed |
|---|---|---|
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 22, lines 8–20 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 23, lines 2–23 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on pages 25–26, lines 25:14–26:2 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on pages 27–28, lines 27:4–28:11 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 28, lines 20–24 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 29, lines 1–12 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on pages 29–30, lines 29:21–30:1 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 30, lines 7–11 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on pages 31–32, lines 31:20–32:8 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 35, lines 19–21 |
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 36, lines 6–20 |

| Designating Party | Document to be Sealed | Portions of Document to Be Sealed |
|---|---|---|
| Meta | February 24, 2026 Hearing Transcript, Dkts. 324 and 370 | Highlighted text on page 37, lines 7–8 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 10, lines 5–18 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 11, lines 5–9 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 13, lines 15–18 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 14, line 15 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 15, lines 11–14 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 16, lines 14–21 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 17, lines 8–25 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on pages 18–19, lines 18:8–19:23 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on pages 20–21, lines 20:10–21:6 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 23, lines 22–24 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 24, lines 5–23 |

| Designating Party | Document to be Sealed | Portions of Document to Be Sealed |
|---|---|---|
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 25–26, lines 25:13–26:24 |
| Meta | April 14, 2026 Hearing Transcript, Dkt. 364 | Highlighted text on page 29, lines 12–13 |

**IT IS SO ORDERED**.

Dated: _____ May 27, 2026

By: *Virginia K. DeMarchi*
Honorable Virginia K. DeMarchi
United States Magistrate Judge

[PROPOSED] ORDER GRANTING
DEFENDANT META PLATFORMS, INC.'S            - 4 -            CASE NO. 5:22-cv-03699-PCP (VKD)
ADMIN. MOTION TO SEAL