John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
breminlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

*Attorneys for Plaintiff Dr. Andrew Forrest*

[Additional Counsel on Signature Page]

Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DR. ANDREW FORREST,

Plaintiffs,

v.

META PLATFORMS, INC., a Delaware Corporation, and DOES 1 through 20, inclusive,

Defendant.

Case No. 22-CV-03699-PCP

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CASE SCHEDULE**

The Honorable P. Casey Pitts

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Dr. Andrew Forrest ("Plaintiff") and Defendant Meta Platforms, Inc. (the "Parties"), by and through their respective counsel, submit this stipulation and [proposed] order:

**WHEREAS**, on February 23, 2026, Defendant Meta Platforms, Inc. ("Meta") filed a Motion to Extend the Briefing Schedule on Plaintiff's Spoliation Motion and the Case Schedule, Dkt. 318, which this Court granted (as modified) on February 27, 2026, *see* Dkt. 325;

**WHEREAS**, the revised case schedule set 14 days after a final decision on Plaintiff's Spoliation Motion as the deadline for Meta's Motion for Summary Judgment on its Section 230 defense and opening expert report(s) (if applicable); 60 days thereafter as the deadline for Plaintiff's Opposition to Meta's Summary Judgment Motion, Cross-Motion for Partial Summary Judgment (if applicable), and opening expert report(s) (if applicable); 40 days thereafter as the deadline for Meta's Reply in Further Support of Summary Judgment, Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment (if applicable), and rebuttal expert report(s) (if applicable); and 30 days thereafter as the deadline for Plaintiff's Reply in Further Support of Partial Summary Judgment (if applicable) and rebuttal expert report(s) (if applicable). *See* Dkt. 325 at 2;

**WHEREAS**, on August 10, 2026, this Court issued its final decision on Plaintiff's spoliation motion, such that the deadline for Meta's Motion for Summary Judgment on its Section 230 defense and opening expert report(s) (if applicable) is August 24, 2026; the deadline for Plaintiff's Opposition to Meta's Summary Judgment Motion, Cross-Motion for Partial Summary Judgment (if applicable), and opening expert report(s) (if applicable) is October 23, 2026; the deadline for Meta's Reply in Further Support of Summary Judgment, Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment (if applicable), and rebuttal expert report(s) (if applicable) is December 2, 2026; and the deadline for Plaintiff's Reply in Further Support of Partial Summary Judgment (if applicable) and rebuttal expert report(s) (if applicable) is January 4, 2027. *See* Dkt. 388.

**WHEREAS**, Meta has requested that Plaintiff agree to a seven (7) day extension of time for Meta to file its Motion for Summary Judgment on its Section 230 defense and opening expert report(s), and Plaintiff consents to such an extension. The Parties agree there is good cause for

such an extension.

**IT IS HEREBY STIPULATED** that the summary judgment briefing schedule is extended by seven (7) days, with extensions for subsequent deadlines, as follows:

| **Event** | **Deadline** |
|---|---|
| Meta's Motion for Summary Judgment on Section 230 defense and opening expert report(s) (if applicable) | ~~August 24, 2026~~ August 31, 2026 |
| Dr. Forrest's Opposition to Meta's Summary Judgment Motion; Cross-Motion for Partial Summary Judgment (if applicable); and opening expert report(s) (if applicable) | ~~October 23, 2026~~ October 30, 2026 |
| Meta's Reply in Further Support of Summary Judgment; Opposition to Dr. Forrest's Cross-Motion for Partial Summary Judgment (if applicable); and rebuttal expert report(s) (if applicable) | ~~December 2, 2026~~ December 9, 2026 |
| Dr. Forrest's Reply in Further Support of Partial Summary Judgment (if applicable) and rebuttal expert report(s) (if applicable) | ~~January 4, 2027 (accounting for holiday)~~ January 8, 2027 |

Dated: August 18, 2026

Respectfully submitted,

By:
*/s/ John C. Quinn*
John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
breminlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192

*Attorneys for Plaintiff Dr. Andrew Forrest*

*/s/ Walter F. Brown Jr.*
Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Jacob M. Heath (SBN: 238959)
jheath@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

*Attorneys for Defendant Meta Platforms, Inc.*

**FILER'S ATTESTATION**

I, Walt F. Brown, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each signatory identified above has concurred in this filing and has authorized the use of his or her electronic signature.

Dated: August 18, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Walter F. Brown Jr.*
Walter F. Brown Jr. (SBN: 130248)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August , 2026

______________________________
Hon. P. Casey Pitts
United States District Judge