John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

*Attorneys for Plaintiff Dr. Andrew Forrest*

[Additional Counsel on Signature Page]

Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

DR. ANDREW FORREST,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 22-CV-03699-PCP (VKD)

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE CASE SCHEDULE AND ENLARGE PAGE LIMITS**

The Honorable P. Casey Pitts

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Dr. Andrew Forrest ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, submit this joint stipulation and [proposed] order:

**WHEREAS** on February 23, 2026, Meta filed a Motion to Extend the Briefing Schedule on Plaintiff's Spoliation Motion and the Case Schedule, *see* Dkt. 318, which this Court granted as modified on February 27, 2026, *see* Dkt. 325;

**WHEREAS** the revised case schedule set 14 days after a final decision on Plaintiff's Spoliation Motion as the deadline for Meta's Motion for Summary Judgment on its Section 230 defense and opening expert report(s) (if applicable); 60 days thereafter as the deadline for Plaintiff's Opposition to Meta's Summary Judgment Motion, Cross-Motion for Partial Summary Judgment (if applicable), and opening expert report(s) (if applicable); 40 days thereafter as the deadline for Meta's Reply in Further Support of Summary Judgment, Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment (if applicable), and rebuttal expert report(s) (if applicable); and 30 days thereafter as the deadline for Plaintiff's Reply in Further Support of Partial Summary Judgment (if applicable) and rebuttal expert report(s) (if applicable), *see* Dkt. 325 at 2;

**WHEREAS** on August 10, 2026, the Court issued its Order Granting in Part Motion for Spoliation Sanctions, *see* Dkt. 388;

**WHEREAS** on August 18, 2026, Meta filed a joint stipulation and proposed order seeking a seven-day extension of time for Meta to submit its Motion for Summary Judgment on its Section 230 defense and opening expert report(s), with corresponding extensions for subsequent deadlines in the summary judgment schedule, *see* Dkt. 389, which this Court so-ordered on August 19, 2026, *see* Dkt. 390 at 2;

**WHEREAS** on August 31, 2026, Meta submitted its Motion for Summary Judgment on its Section 230 defense and opening expert report, *see* Dkt. 392;

**WHEREAS** the Parties have conferred and agree that, due to the complexity of the anticipated filings and the need to accommodate the schedules of expert and fact witnesses, there is good cause to modify and extend the case schedule by extending the next two deadlines in the summary judgment schedule by a period of 34 days for Plaintiff and 38 days for Defendant, with

corresponding shifts to otherwise maintain the spacing of the current schedule; and

**WHEREAS** the Parties have conferred and agree that, due to the complexity of the anticipated filings and Dr. Forrest's intention to file a cross-motion for summary judgment, there is good cause to enlarge the page limits for Dr. Forrest's consolidated opposition and cross-motion, Meta's consolidated reply and opposition, and Dr. Forrest's reply, as set forth in the chart below.

**IT IS HEREBY STIPULATED** that the page limits are enlarged and the case schedule is modified and extended as follows:

| **Event** | **Deadline** |
|---|---|
| Dr. Forrest's Opposition to Meta's Summary Judgment Motion; Cross-Motion for Partial Summary Judgment (if applicable); and opening expert report(s) (if applicable) | ~~October 30, 2026~~<br>December 3, 2026<br><br>Page limit enlarged to 40 pages |
| Meta's Reply in Further Support of Summary Judgment; Opposition to Dr. Forrest's Cross-Motion for Partial Summary Judgment (if applicable); and rebuttal expert report(s) (if applicable) | ~~December 9, 2026~~<br>February 19, 2027<br><br>Page limit enlarged to 35 pages |
| Dr. Forrest's Reply in Further Support of Partial Summary Judgment (if applicable) and rebuttal expert report(s) (if applicable) | ~~January 8, 2027~~<br>March 22, 2027<br><br>Page limit enlarged to 20 pages |

Dated: October 14, 2026

Respectfully submitted,

By:
*/s/ John C. Quinn*
John C. Quinn (*pro hac vice*)
jquinn@heckerfink.com
Hyatt Mustefa (*pro hac vice*)
hmustefa@heckerfink.com
Tayonna Ngutter (*pro hac vice*)
tngutter@heckerfink.com
**HECKER FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

Joshua Matz (*pro hac vice*)
jmatz@heckerfink.com
Kaitlin Konkel (*pro hac vice*)
kkonkel@heckerfink.com
Joanne Grace Dela Peña (*pro hac vice*)
jdelapena@heckerfink.com
Brian Remlinger (*pro hac vice*)
bremlinger@heckerfink.com
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

Leslie Brueckner (SBN: 140968)
lbrueckner@singletonschreiber.com
**SINGLETON SCHREIBER**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 573-1851

Elizabeth Ryan (*pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730

Derek G. Howard (SBN: 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192

*Attorneys for Plaintiff Dr. Andrew Forrest*

*/s/ Walter F. Brown Jr.*
Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*pro hac vice*)
abarton@paulweiss.com
T. Patrick Cordova (*pro hac vice*)
pcordova@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Karen L. Dunn (*pro hac vice*)
kdunn@dirllp.com
Melissa F. Zappala (*pro hac vice*)
mzappala@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Meredith R. Dearborn (SBN: 268312)
mdearborn@dirllp.com
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Facsimile: (202) 240-2050

Jacob M. Heath (SBN: 238959)
jheath@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

*Attorneys for Defendant Meta Platforms, Inc.*

**FILER'S ATTESTATION**

I, John C. Quinn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each signatory identified above has concurred in this filing and has authorized the use of his or her electronic signature.

Dated: October 14, 2026

HECKER FINK LLP

By: */s/ John C. Quinn*
John C. Quinn

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 15, 2026

Hon. P. Casey Pitts
United States District Judge